<u>DEFENDANT:</u>   DANIEL B. RUDDEN

<u>DOB:</u>          1946

<u>ADDRESS:</u>    Greenwood Village, CO   80111

<u>COMPLAINT FILED?</u>        ___X___ YES     __NO

<u>OFFENSE:</u>    **Count 1:** 18 U.S.C. § 1343 – Wire Fraud

<u>LOCATION OF OFFENSE:</u>       Denver County, Colorado

<u>PENALTY:</u>    **Count 1:** NMT 20 years imprisonment; a fine of NMT $250,000 or twice the financial gain; NMT 3 years Supervised release; and $100 Special Assessment

<u>AGENT:</u>           Special Agent Travis Wall, FBI

<u>AUTHORIZED BY:</u>  Martha A. Paluch, Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL:</u>
_____  five days or less
____X_  over five days
_____  other

<u>THE GOVERNMENT</u>
_____ will seek detention in this case
_____X___ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.
<u>OCDETF CASE:</u>    _____    Yes           __X__  No