

AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No. 18-mj-01129-STV |
| DANIEL B. RUDDEN | ) |
| *Defendant* | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 8/7/18

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Natalie Stricklin
*Printed name and bar number of defendant's attorney*

633 17th St., Ste 1000
*Address of defendant's attorney*

natalie.stricklin@fd.org
*E-mail address of defendant's attorney*

(303)294-7002
*Telephone number of defendant's attorney*

_____
*FAX number of defendant's attorney*