IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| Civil Action: 18-mj-001129-STV | FTR - Reporter Deck - Courtroom A402 |
|---|---|
| Date: September 4, 2018 | Courtroom Deputy: Patricia Glover |

*Parties:*                                                *Counsel:*

UNITED STATES OF AMERICA,                Martha Paluch
                                                           Rebecca Weber
    Plaintiff,

v.

DANIEL B. RUDDEN,                                  Natalie Stricklin

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session:   9:21 a.m.**
Court calls case.  Appearance of counsel.

All parties and counsel appear telephonically.

This matter is before the Court on the Second Joint Motion for Extension of Time to Indict (**Doc. #20**).

Arguments by counsel.

For the reasons as stated on the record it is:

**ORDERED:** The Second Joint Motion for Extension of Time (**Doc. #20**) is **GRANTED**. The time period from and including September 14, 2018 to October 29, 2018 (45 days) is excluded from computing the time within which an indictment must be filed.

HEARING CONCLUDED.
**Court in recess:   9:23 a.m.**
Time In Court:          00:02

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 <u>OR</u> AB Court Reporting & Video, Inc. at (303)629-8534.