DEFENDANT:   DANIEL B. RUDDEN

DOB:          1946

ADDRESS:    Greenwood Village, CO   80111

COMPLAINT FILED?      ___X___ YES    __NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: 1:18-mj-01129-STV
    IF NO, PROCEED TO "OFFENSE" SECTION

OFFENSE:   **Count 1:**          18 U.S.C. § 1341 – Mail Fraud

LOCATION OF OFFENSE:      Denver County, Colorado

PENALTY:   **Count 1:**     NMT 20 years imprisonment; a fine of NMT $250,000 or twice the financial gain; NMT 3 years supervised release; and $100 special assessment

AGENT:         Special Agent Travis Wall, FBI

AUTHORIZED BY:  Martha A. Paluch, Rebecca S. Weber, Assistant U.S. Attorneys

ESTIMATED TIME OF TRIAL:
_____ five days or less
___X_ over five days
_____ other

THE GOVERNMENT
_____ will seek detention in this case
___X___ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:    _____   Yes          __X__ No