AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 18-cr-508-WJM |
| Daniel B. Rudden | ) | ~~18-mj-0124~~ |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/29/18

_____
Defendant's signature

_____
Signature of defendant's attorney

Natalie Stricklin
Printed name of defendant's attorney

Reid Neureiter
Judge's signature

N. REID NEUREITER, US Mag. ~~Dist~~ Judge
Judge's printed name and title