IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-cr-00508-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL B. RUDDEN,

    Defendant.

## NOTICE OF DISPOSITION

The defendant, Daniel B. Rudden, by and through undersigned counsel, hereby notifies this Court that a disposition has been reached in his case with the government. The defendant notes that a change of plea hearing is set for December 7, 2018, at 2:00 p.m.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/ Natalie G. Stricklin
    NATALIE G. STRICKLIN
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Natalie_Stricklin@fd.org
    Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2018, I filed the foregoing **Notice of Disposition** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Martha A. Paluch, Assistant United States Attorney
E-mail:  Martha.Paluch@usdoj.gov

Rebecca S. Weber, Assistant United States Attorney
E-mail:  Rebecca.Weber@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Daniel B. Rudden  (via U.S. mail)

s/ Natalie G. Stricklin
NATALIE G. STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Natalie_Stricklin@fd.org
Attorney for Defendant
