IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-cr-00508-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DANIEL B. RUDDEN,

        Defendant.

## MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF COUNSEL FROM THE CRIMINAL JUSTICE ACT PANEL

The Office of the Federal Public Defender, through Natalie G. Stricklin, Assistant Federal Public Defender, moves to withdraw as appointed counsel for the above named defendant, Mr. Daniel Rudden, and requests that conflict-free counsel be appointed to represent him. In support of this motion, Defendant states as follows:

1. A criminal complaint was filed against Mr. Rudden on July 16, 2018. The Office of the Federal Public Defender ("FPD") was appointed to represent Mr. Rudden on July 17, 2018, and undersigned counsel entered her appearance on July 18, 2018. On October 29, 2018, an information was filed in this case.

2. The FPD has recently discovered that it has a conflict of interest between Mr. Rudden and other client(s) currently represented by this office. Based upon information recently discovered, counsel is ethically bound to file this motion to withdraw as counsel. Colorado Rule of Professional Conduct 1.16 authorizes withdrawal for good

cause. *See* Colo. RPC 1.16 (2016). Undersigned counsel maintains that good cause exists for withdrawal in the present case.

     3.     Colorado Rule of Professional Conduct 1.7 prevents the representation of a client if the representation involves a concurrent conflict of interest. *See* Colo. RPC 1.7 (2016). Such a conflict exists if:

> 1) The representation of one client will be directly adverse to another client; or
>
> 2) There is a significant risk that the representation of one or more clients will be materially limited by the lawyer's responsibilities to another client, a former client or a third person . . .

*Id.*

     4.     Based on recent information discovered relating to the representation of Mr. Rudden, undersigned counsel believe that continued representation of Mr. Rudden would violate the aforementioned Rules of Professional Conduct. The FPD cannot fulfill its duty of loyalty to these clients due to their competing interests and cannot choose between them. Therefore, the FPD is ethically required to file this motion to withdraw.

     5.     After confirming the conflict, counsel informed Mr. Rudden and the government of the conflict. This motion is being filed forthwith after confirming the existence of a conflict of interest with other client(s) in counsel's office.

     6.     Counsel cannot provide further detail without compromising his duty of confidentiality to the client(s).

WHEREFORE, undersigned counsel respectfully moves this Court for an Order allowing the FPD to withdraw as counsel of record and appoint new conflict-free counsel from the CJA panel.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Natalie G. Stricklin
NATALIE G. STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Natalie_Stricklin@fd.org
Attorney for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that on February 8, 2019, I filed the foregoing **MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF COUNSEL FROM THE CRIMINAL JUSTICE ACT PANEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

    Martha A. Paluch, Assistant United States Attorney
    E-mail:  Martha.Paluch@usdoj.gov

    Rebecca S. Weber, Assistant United States Attorney
    E-mail:  Rebecca.Weber@usdoj.gov

    I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Daniel B. Rudden  (via U.S. mail)

    s/ Natalie G. Stricklin
    NATALIE G. STRICKLIN
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Natalie_Stricklin@fd.org
    Attorney for Defendant