## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No.  18-CR-508

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL RUDDEN,

    Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT

---

    COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as counsel for the above-named Defendant.

    DATED at Denver, Colorado this  11th  day of  February ,2019 .

    s/ Colette Tvedt
    Colette Tvedt
    The Law Firm of Colette Tvedt LLC
    Attorney Registration 49751
    1600 Stout Street, Suite 1400
    Denver, Colorado   80202
    (303) 577-1633

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing was served this  11th  day of February, 2019 using the CM/ECF system which will send notification of such filing to all listed parties.

    s/ Leni Charles, Legal Assistant