IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-CR-00508-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL B. RUDDEN,

    Defendant.

_____

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING DATE**

_____

Mr. Daniel Rudden, by and through undersigned counsel, Colette Tvedt, moves this Court for an Order vacating the April 9, 2019 sentencing date and continuing the sentencing date 90 days, until June 2019 and in support thereof, states as follows:

### PROCEDURAL HISTORY

1) On July 16, 2018, an arrest warrant was issued on the basis of a criminal complaint charging the defendant, Mr. Rudden, with wire fraud, in violation of 18 U.S.C. §1343. Mr. Rudden voluntarily surrendered to the United States Marshalls Service on July 17, 2018.

2) On July 18, 2018, Federal Public Defender, Natalie Stricklin, entered her appearance on behalf of Mr. Rudden.

3) On December 7, 2018, the parties entered into a Plea Agreement, Document 33. In this agreement, the defendant agreed, for purposes of calculating the U.S.

1

Sentencing Guidelines that the loss amount is between $9,500,000 and $25,000,000. (Doc. 33, page 2).

4) The advisory guideline range resulting from the government's calculations is 97-121 months' imprisonment. However, the guidelines could conceivably result in a range from 97 months to 210 months. See, Doc. 33, paragraph H, page 13.

5) In the plea agreement, the parties also stated that the parties could ask the Court, within the overall context of the guidelines, to depart that range at sentencing; or to ask the Court to vary entirely from the advisory guidelines and to impose a sentence based on other 18 U.S.C. §3553 factors. See, Doc.33, Paragraph L, page 14.

6) At the time of the change of plea hearing, the sentencing was set for April 9, 2019.

7) On February 8, 2019, Natalie Stricklin filed a Motion to Withdraw as Attorney.

8) On February 11, 2019, the Court allowed the Motion to Withdraw and the Court appointed undersigned counsel to represent Mr. Rudden at sentencing.

9) The Defendant needs additional time to review the discovery and properly prepare a thoughtful and thorough mitigation package for the sentencing hearing, given the potential lengthy sentence Mr. Rudden is facing. The investigative materials include interviews, transcripts, bank records totaling over 28,000 pages. Agents have identified 21 bank accounts tied to Mr. Rudden. In addition, there are numerous records from several financial institutions. A thorough review of the financial records in this case is necessary to calculate the proper loss amount.

Defense counsel must review all of these documents as well as victim interviews and statements to effectively represent Mr. Rudden at the time of sentencing.

10) Assistant U.S. Attorney's Martha A. Paluch and Rebecca S. Weber have no objection to continuing the sentencing.

11) United States Probation Officer Michelle Means also does not object to the sentencing date being continued.

12) The parties have all conferred and are all available between June 17, 2019 through June 27, 2019. United States Probation Officer Means has a sentencing hearing the morning of June 21, 2019, but is available in the afternoon of June 21st, as are the parties.

13) Given the volume of discovery, the defense cannot reasonably review all of the discovery, and properly prepare for the sentencing of Mr. Rudden in the current time frame.

14) If a continuance is not granted, a miscarriage of justice would result, and defense counsel will be denied the reasonable time necessary for effective preparation. In contrast, granting the continuance will enable counsel sufficient time to prepare for sentencing. The government, who has not opposed this request, states no prejudice. Further, Mr. Rudden is on bond and in agreement with the request. At this time, the defense believes that 90 days will be sufficient time to complete these tasks.

        Respectfully submitted,

        Colette Tvedt

        s/Colette Tvedt
        The Law Firm of Colette Tvedt LLC
        1600 Stout Street, Suite 1400
        Denver, CO 80202
        colette@tvedtlaw.com
        303-577-1633
        Attorney for Defendant Daniel Rudden

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2019, I electronically filed the foregoing

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE THE SENTENCING DATE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Assistant United States Attorneys:
Email:  Martha.Paluch@usdoj.gov;  rweber@usa.doj.gov

        s/ Leni Charles, Legal Assistant