**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 18-cr-00508-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANIEL B. RUDDEN,

    Defendant.

---

**GOVERNMENT'S RESPONSE TO THE PRESENTENCE
INVESTIGATION REPORT, ECF 42**

---

The United States of America, by Jason R. Dunn, United States Attorney for the District of Colorado, and Martha A. Paluch and Rebecca S. Weber, Assistant United States Attorneys, hereby notify the Court, defendant, and the Probation Office that the United States has no objections to the Presentence Investigation Report, ECF 42.

    Respectfully submitted,

    JASON R. DUNN
    United States Attorney

    /s *Martha A. Paluch*
    Martha A. Paluch
    Rebecca S. Weber
    Assistant U.S. Attorneys
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    E-mail: Martha.paluch@usdoj.gov
    E-mail: Rebecca.weber@usdoj.gov

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on May 29, 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system that will send notification of such filing to all parties of record.

    /s *Martha A. Paluch*
Martha A. Paluch
Rebecca S. Weber
Assistant United States Attorneys
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: Martha.paluch@usdoj.gov
Rebecca.weber@usdoj.gov