## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-00508-CMA

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

1. **DANIEL B. RUDDEN,**

    **Defendant.**

---

## ORDER
---

THIS MATTER coming before the Court upon motion of the government to grant the defendant an additional one-level decrease pursuant to U.S.S.G § 3E1.1(b), and the Court having considered the same,

IT IS HEREBY ORDERED that the defendant is granted an additional one-level decrease pursuant to U.S.S.G § 3E1.1(b), this _____ day of _____, 2019.

BY THE COURT:

_____
Hon. Christine M. Arguello
United States District Court