IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-CR-00508-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DANIEL B. RUDDEN,

       Defendant.

_____

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEFENDANT'S SENTENCING MEMORANDUM DEADLINE BY ONE DAY**
_____

       Mr. Daniel Rudden, by and through undersigned counsel, Colette Tvedt, moves this Court for a one-day extension to file the Defendant's Sentencing Memorandum. Assistant United States Attorney, Martha Paluch has no objection. The Defendant will file the Sentencing Motion and Exhibits on June 7, 2019 in anticipation of the sentencing hearing on June 20, 2019.

       Respectfully submitted,

       Colette Tvedt

       <u>s/Colette Tvedt</u>
       The Law Firm of Colette Tvedt LLC
       1600 Stout Street, Suite 1400
       Denver, CO 80202
       colette@tvedtlaw.com
       303-577-1633
       Attorney for Defendant Daniel Rudden

CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2019, I electronically filed the foregoing: **DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEFENDANT'S SENTENCING MEMORANDUM DEADLINE BY ONE DAY** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses: Martha.Paluch@usdoj.gov; Rebecca.Weber@usdoj.gov

                                                  s/ Leni Charles, Legal Assistant