To the Honorable Justice Arguello:

I have had 9 months to reflect on life. In retrospect if I would have reflected on life earlier, things may have been different.

I was born in Manhattan, NY on October 30, 1946. I was the oldest of 5 children. As I have been told, we lived with a Grandmother for my first 4 years in Manhattan. My father had served in WW 2 and lost his left leg during his duty. It took my Dad a little while to recover, but he would lead a healthy and productive life. My Mom, Dad and I and my younger brother Gerald (Jerry-2 years younger) lived with Grandma from 1946-1950. In 1950, we moved into a modest house in New Milford, New Jersey. My Dad worked for the Post Office and my Mom was a stay at home mother. Looking back, we lived a very happy existence with lots of love in the family. In 1954 my five-year-old brother, Jerry, was stricken with polio. That event changed our families lives forever. Jerry's age group was the last, not to receive polio shots. I was in 2nd grade and our class received polio shots. Jerry was in kindergarten and his age group did not receive the polio vaccination. Because of this disease, my parents were looking for a cure and they heard that Spears Hospital in Colorado might have the answer. They sold the little of value that we had and moved to Colorado.

We moved to Colorado in January of 1956. There was no cure for polio at Spears hospital, but my parents liked the environment and decided to stay in Colorado. Our family was a lower - middle income family, but my parents believed in education and my Dad worked 2 jobs in order to afford Catholic school for us. I was classmates with many affluent children, including Governor McNichols son.  Our family was not rich, my Dad worked for the government; but I did not realize the monetary differences within my peer group, until years later. However, I was one of best athletes in our school, so I always felt accepted. My brother Jerry was fighting the polio. He had a brace on his left leg. Over the years he was limited by his handicap, but he never complained and always made the best of a tough situation. Instead of playing sports he participated by being a manager on teams. He made many friends and he never complained. By this time our brother, Tim was born, so now 3 boys in our family. A routine day in my life was: school, sports and dinner with the family. In 1960, I graduated from Christ the King grade school and got accepted to Regis Jesuit High School. The next 4 years I traveled from East Denver to North Denver (20 miles) each day to attend Regis. My parents could justify the cost because they felt that I would receive a quality education. Although I was not a great student, I did receive a very good education. I graduated with a low ranking in my graduating class, but I was well schooled in Latin and Math and I did well on my college entrance tests. I believe that Latin offered a solid foundation for understanding the English language. I was a natural at Math. I also had some athletic success during high school which helped my overall confidence. I was on the Regis High School baseball and basketball teams. I also met my future wife while in my Freshman year at Regis High School. Peggy Stapp was in 8th grade when we met. We then dated throughout High School. My years 1960-1964 at Regis, could be summarized as an enjoyable and normal High School experience.

Brothers and Sisters
Jerry Rudden. 1949
Tim Rudden. 1955
Mary Anne. 1958
Eileen. 1965 my mother was 47, having a baby.

Exhibit A

My Early Work history: 1958-1966

Age 12: delivered the Rocky Mountain Newspapers.
Age 14: bus boy at Writer's Manor
Age 16: parked cars at the Mayflower Hotel
Age 18: bellman at a night club (while in college)
Age 19: washed trucks at King Sooper (while in college)

In 1964 I left for college. I was not a model student, but I knew that college was an important step in my growth. I had a bad right eye (20-200 vision) from a childhood incident, so I was not accepted into the military. I began at Regis College in September 1964. In college, I studied business, had a job (washing trucks), played baseball and joined a fraternity. I did not do well in school and after 2.5 years, I left Regis College.

Once I left Regis College, I was accepted in a school in Kansas, St Mary's of the Plains. This started a new chapter in my life. By this point, I was much more motivated and committed to my education and learning and did much better in school. During my stay at St Mary's, I met a man that had a lasting positive influence on my life. His name was Matt May. He was a teacher and head football coach. Although I did not play football in High School, I was encouraged by some friends to try out for the St Mary's College football team. I went on to play quarterback for 3 years and we set many school records. I enjoyed the experience and the success. I graduated in 1969 with a Major in Business Administration and Minors in English & Math. I made many lifelong friends at St. Mary's and I gained the respect of Coach May. It was through Coach May that I was introduced to his brother-in-law, Ernie Talley. Mr. Talley was very successful in the rent-to-own business and he was seeking young people to work for his company, Mr. T's Rental. This introduction led me down the path to my career in the rent to own industry. Ernie Talley was the founder of the rent-to-own industry, so I was able to get in on the ground floor of an industry that had begun in 1968 and is still viable today. I started my first post college job on January 11, 1970 in Houston, Texas. I worked for Mr. Talley for 3 years and became a top performer in the company. By performing well, I met the right people which gave me the opportunity to go into business on my own. I learned a lot from Mr. Talley and gained the confidence that I could build a successful rent - to - own company. In 1973, I bought my first store and named it ABC TV Rental. I opened a second store in Denver in 1974. Throughout the 1970's, I was able to open a total of 20 ABC Rental stores. I took on managing partners and opened stores in Connecticut, Rhode Island, Wisconsin, Colorado and California.

Personal life. 1969 -1980

Married in 1969-1997. This was my only marriage.

Children:
Tammy Kay July 3, 1969
Daniel Bernard Jr. September 30, 1970
Casey Mahn. December 23, 1974
Kevin Foster. November 14, 1976
Brian. November 24, 1980. (still born)

Houses
1970- We bought our 1st house - 1012 Harrison, Denver CO

1973- 2nd house - 6940 E. Wyoming Pl, Denver CO
1976- 3rd House- 9743 E. Maplewood Ave, Englewood CO

In September of 1970, my father Bernard Rudden, was diagnosed with cancer. He died weeks later, on October 6, 1970 at the young age of 51. He was a wonderful husband and father and he left this world too early. One of my major disappointments regarding me becoming a convicted criminal is putting a dark cloud over a family name that my father and others have worked so hard to build.

Peg, my wife, was a wonderful stay at home mother and has always been grateful to me for that time with our children. During this time, she also finished college at night during the 1970's. Later, Peg started a non-profit organization, Arapahoe Advocates for Children, that has become a well-known program to help abused children and a support to the court system. She is now retired.

I began coaching my kids sports in the late 1970's. I also participated in softball, basketball and racquetball during the 1970's. In 1978, I was named Athlete of the Year at the Denver Athletic Club.

In 1980 I was approached by a gentleman named Willie Talley (Ernie's brother). He was offering an opportunity to pool our stores with other competitors stores in other parts of the country and use a new name. The new name was Colortyme. By pooling stores, we could begin a Franchise and have marketing strength in numbers. We began with 200 stores under the new Colortyme Franchise of which, 20 were from my group. Over the years we grew to over 500 stores and my group grew to 50 of the 500. There were many challenges along the way, but we were always able to turn the challenges into a winning situation. The prime interest rate was as high as 18% during this period. At age 34, I had established a good reputation and was able to obtain a $ 20 million credit line which was needed for inventory to grow the 20 stores.

Between 1980 - 1989 we grew from 20 to 50 stores. During this time, I took on 20 managing partners. I believe the managing partners lives were changed for the good. Many of them have continued to thank me giving them the opportunity to own their own businesses. The group of stores were spread from Boston to Hawaii.

Personal life. 1981-1995

Children
Nicholas Christopher April 7, 1982
Thomas Michael May 30, 1984

House
1 Sedgwick Dr. Englewood, CO, 1982

This became a very special home from 1982-1997. Our kids and their friends have expressed the many happy memories they had at 1 Sedgwick Dr.

Tommy was born in 1984. We now had 6 children and our family was complete. From 1976-1994 I was fortunate to coach my kids in many sports. I coached my 2 daughters in basketball and the boys in football, basketball and baseball. We made many lifelong friends from the years of coaching kids. We had very few issues as a family and lots of love.

The Investors in the ABC Rental stores and the Colortyme Rental stores had been receiving very strong returns from 1974 through 1989. In 1989 I received an offer to buy 45 of the 50 stores which was very beneficial to the owners, investors and me. We completed the sale of the 45 stores to Borg Warner Corporation in late 1989. After the sale, I retained the 5 stores in Colorado which performed well through 1997. I received an offer to buy the remaining 5 Colorado stores in 1997 and I merged the 5 into a public company, Alrenco, Inc.

Personal Life

Peg and I divorced in 1997 after being married from 1969- 1997. She was a tremendous mother to our kids, but we had grown apart. We remain very good friends and supportive and respected co-parents and grandparents.

During this time, I had some money from the sale of Colortyme stores. I was in a new relationship with Debbie Lombardi and I was attempting to find a new career. Because investors made good returns on their Colortyme investments, I had a group of potential investors to talk to, if I found a viable project. As it turned out, I went back to what I knew best. I decided to open more Colortyme stores. Loveland, Colorado and Cathedral City, California were the next 2 stores. During this time, I was still adjusting to fewer business requirements and not living with my family. Sports dominated the family activities. I had children playing college tennis and college baseball, high school baseball and football. Lots of events to watch. It was a transitional period.

In December of 2000, I met a man named Alex Schatz. He told me about a funeral funding business he once had in Florida. Alex was not in good health and unable to work, but he explained the business to me. He suggested I try to rebuild the Financial Visions company. Alex died 3 months after we met.

Alex had given me enough information to begin cold calling the funeral homes to see if I could recruit funeral homes to use our services. I was happy to learn that when I called, many were interested. Financial Visions, Inc. began funding funeral homes in February 2001. The company began with me and one employee. Funeral Homes were our customers and they would refer families who were in need (just lost a loved one) of receiving funds to pay for a funeral. An average funeral required approximately $10,000 of Capital. As we gained more funeral homes, we needed more capital. Since our funeral assignments were collateralized by life insurance policies, it was an attractive model to help raise capital. I began by paying the first 5 investors 15% annual interest. After the first 5 investors we reduced the offer to 12 % annual interest. Potential investors liked the business model and loved the 12% return. Our group of funeral homes grew from 100 to hundreds over the next 10 years. There was not a problem raising capital. From 2001-2010 Financial Visions grew to 800 + Funeral homes, $ 20 million of capital and 10 employees. In 2010, things were good. Investors, funeral homes and employees were all in a positive mode. We had built a sound company. It was not a get rich type business, but it would cover the investors interest and provided a good living for me. I lived on approximately $300,000 per year.

My personal life between 1997 and 2010 entailed children in college and many grandchildren being born and one granddaughter tragically losing her battle with brain cancer in September of 2004. Gabby Krause was a precious little girl. God called her back home in 2004 at 6 years of age. Today her Legacy lives on through the Gabby Krause Foundation.

Fraudulent Scheme Begins

In 2011, Financial Visions was still doing well, but our growth had slowed. We were not gaining many new funeral homes. The National market was becoming saturated. We did not need growth because we were making a little money at our present level. Therefore, the only new investor money needed was to replace the investors who wanted or needed to withdraw money. I had approximately 100 investors who were very happy with their investment. They were receiving between 12-15% annual interest for many years.

At this time, I did not have a need for new money. However, I still had old and new investors wanting to loan me money. This is the point when I began to make very bad choices. Investors were so happy with their 12% returns over the last 10 years, they wanted to invest more. I did not have the discipline to turn them away. I realize now that I had become used to investors giving me accolades and putting me on a pedestal. They were thanking me for helping put their kids through college, paying their mother's nursing home bills, enhancing their retirement accounts, etc. The combination of people having put me on a pedestal and my ability to work out of previous financial difficulties, I believe gave me a false confidence. Therefore, I continued to accept money from investors when it was not needed. At this point, I began to dig a hole. With every new one million dollars that I raised, I needed $120,000 to pay the annual interest. There was no income to support the $120,000 of interest. For every million that I raised during the next 7 years, I needed $120,000 to pay annual interest. For example, a $20,000,000 investment required $2,400,000 to pay the annual interest.

If any of my outside investments would have gone as planned, over the next 7 years, I may have been able to pay the deficits. However, the numbers grew progressively worse. I had an investment in 5 casinos in Mexico and another investment in a project called the x-train. These investments had the possibility to be successful and bring in considerable money. I naively and quite foolishly thought that if either of those two investments came to a positive outcome, I may have been able to balance the books. However, In April of 2014 after 9 years of profitable operations, the Mexican casinos were shut down by the Mexican government; thereby stopping the cash flow. We are presently in the middle of a NAFTA suit with the Mexican government. The prospects of winning are good. The NAFTA process should be completed by 4th quarter 2020. If I receive any money from that suit, that will be turned over to the Government and given to my victims.

As these investments failed to perform, I realized that my business, FV, was going under and I would not be able to pay the 12% interest payments. My life spiraled down, and I acted in a very destructive way. I was trying to keep the business going until I could find a miracle solution. Before 2015 most of the fund raising came in the form of referrals or from current investors wanting to invest more. Now, I began having to work harder at raising money to make the interest payments.

During the last 4 years 2015-2018 is when most of the damage took place. Many of the new investors came from referrals. Since the Financial Visions "payment record" appeared to be flawless for 17 years, the word had spread around the community that Financial Visions was a blue-chip investment. I would receive numerous inquiries from friends and their relatives if I would take their investment dollars. Many had substantial amounts of money to invest. I never tried to convince investors to invest more than they were comfortable investing. But that is no excuse. I NEVER should have taken one penny from investors at a time when I knew the business was failing. But I was always in need of more dollars to pay the upcoming quarterly interest. Therefore, it became a vicious cycle. The sad truth is that there were many nice people who had confidence in me and the Financial Visions business model. Some people

went against their financial advisors' advice and put in more of their net worth than was deemed practical. This is devastating and I am so remorseful for all the damage my behavior has caused. The investors putting money in during this period (2015-2018) got hurt the worst. I feel terrible that so many nice people got hurt financially from my bad choices.

I was able to keep my personal life separate. I had been involved in a long-term relationship with Debbie Lombardi. She was a very loyal and loving partner. During this time, I spent time with friends and family and I went to many of my grandchildren's events. This part of my life helped keep my sanity. I knew the hole was getting deeper, but I felt that I had to keep going. I was approached by 2 outside companies who wanted to buy Financial Visions in 2015 and 2016, but I realized that their due diligence would expose the lopsided debt compared to the revenue, so I would just tell them that I was not interested in selling at this time. This time was a low point in life. I made bad choices and I have no excuses. I tried to foolishly convince myself that I would find a solution to pay the investors. My entire life, I had been able to resolve difficult situations. Even when all reasonable means of resolving a matter were exhausted, I hoped for a miracle.

It was in June of 2018 when I had exhausted all hope. I could no longer raise the large amounts of money necessary to keep the company going. I decided to take a long drive to collect my thoughts and come up with a final plan. I spent 4 days driving to Chicago and back. I wanted the alone time to consider the best way to end this. I decided to keep moving and thinking, and in early July I drive to Jackson Hole, Wyoming and then to Phoenix, Arizona. While on the trip to Phoenix, I put all my thoughts into a letter to the investors. The letter explained what I had done and that I would either turn myself in or put an end to my life. This letter was released via e-mail under the title "I Have Done Enough Damage for One Lifetime." I did not have all the investors e-mail addresses, but I knew that word of mouth would take care of dispersing the message.

I cannot believe my life has led me to this moment. I had always envisioned retiring in pride after years of hard work. I have read the victim impact statements that have been submitted to the Court. The devastation my actions has caused to so many people is beyond words. I am so sorry for everything I have done. I am sorry to everyone who trusted in me and lost their life savings. I am sorry to my family who I have disgraced with my behavior. I am sorry for the betrayal of trust and the blind faith many of the investors placed in me. I will spend the rest of my years on this earth trying to rectify my actions.

In sincere remorse and apology.

Sincerely,

Dan Rudden