To The Honorable Christine M. Arguello
United States District Judge
District of Colorado
Re: Daniel Rudden

Dear Judge Arguello:

I am Dan's younger sister, Mary Ann and I was hoping to share a little snapshot with you of him as a man, a brother and father. I am one of his 4 siblings, he is the oldest, we have a brother Jerry who is 69, Tim, 64 then me, I'm 61 and our younger sister Eileen is 53.) I think most of Dan's life has been defined by being the person many people have depended on and leaned on. In our youth he was more like a father to my sister and I, since our father passed away from cancer when I was 13 and Eileen was 5. Dan was a married young dad of 2 babies at age 24 when dad died. He quickly jumped in to help my mother with all of the difficult tasks and decisions too be made in the midst of her grief. Danny had graduated from college and started a great new job in Houston, Texas. But when our dad passed, he immediately packed up and moved his little family back to Denver to help our mom and family. Although he was only 24 and a fairly new father and husband himself, he sacrificed a lot to help our mom financially and stepped in to be a dad to my sister and I. The burden was heavy, as my mom was so broken after my dads death that Danny really carried the weight of the entire family. He was always a rock, never wanting to let anyone down.

He continued that role throughout our lives; taking my sister under his wing; he took her with them on family's vacations, stepped in as a dad for all the dad roles , helped both of us w/ our weddings, he walked us down the aisle, he helped me with a down payment on my 1st home…the list goes on and on. He was simply always there for us. Our brother Jerry had polio when he was 5 and is in a wheelchair. Danny always had great compassion for him and tried to help him in any way he could.  Mom, as a widowed mother of 5,  struggled financially in the years after dads death. Danny helped her in so may ways, including by providing a place for her (and us) to live…a little house in Denver that his family had outgrown. He fixed it up and let her live there rent free for 12 years. I honestly don't know what mom would've done without his help over the years. When I look back our life as a family the one constant was always Danny. He helped raise us while raising 6 children of his own. He coached their sports teams, put them all through college and was very involved in their lives in every way. I remember when his kids were growing up he would leave them all sticky notes in the mornings, with words of encouragement on them or "good luck" on a test, game or whatever they had going on that day. He was a constant encourager and caretaker.

He has continued his involvement and care w his 19 grandkids. One of his granddaughters; Gabby, died of a brain tumor when she was only 6 years old (15 years ago). Danny was a rock throughout this grueling time, for Gabby, for his daughter Tammy and her entire family. He has another grandson, Dominic, with many disabilities and Dan has also helped their family with medical bills, alternate opinions and healthcare all along the way. He is an awesome grandpa ("pops") to all of his grandkids and loves and supports all of them in different ways. He loves to watch their sports and activities and attends as many games/events as possible even for the kids who live far away. He has a grandson with Downs Syndrome and Danny is forever bragging about Jake's kind heart and contagious laugh.

I would also like to share with you a little bit about my brothers work ethic. From the time he was 11 years old delivering newspapers in freezing temperatures…to this very day at age 72 driving for Lyft and Uber…he has always had a job and worked hard. After delivering newspapers he worked as a busboy at age 14, mowed lawns and shoveled walks and as he got older he continued to work his way through high school and college. In his youth he was an athlete; so in addition to holding down jobs, he worked at his sports after school and always helped around the house with chores, lawn mowing, snow shoveling etc. He is a very intelligent and capable guy and through much hard work became a successful business man. He worked so hard for all these years to build and maintain many businesses but clearly things went terribly wrong over these past years and he somehow lost his way. I can tell you from the bottom of my heart that this is not a representation of the man he truly is. Looking back at his story, I feel like Dan finally buckled under the pressure of the huge burdens he has carried for so many and for so long. He has never wanted to let anyone down, and obviously he thought he could turn the financial train around and find a way to make it right for his investors.

If you look at Dans life as a whole, it was mostly a life of kindness and caring for many people. I know that he has helped 100's of other people over the years besides our family. He didn't live a greedy, lavish lifestyle, as he has lived in a 2 bed room apt for the past 15+ years, with few possessions. I don't believe he took peoples money to maliciously hurt or steal from them, I truly believe he kept trying to resurrect the business by pouring more money into it to get the money back for his investors. I am not defending what he did as I know it is serious and he has hurt many people, I just wanted you to know the other Dan Rudden the *true* Dan Rudden and his heart. Thank you so much for your time,

Sincerely,

Mary Ann O'Toole