The Hon. Christine M. Arguello

United States District Judge
District of Colorado

Re: Daniel Rudden

Dear Judge Arguello:

I am Daniel's oldest daughter and the oldest of his six children. While I am deeply saddened by his actions I do feel that there is another side to my Father that I would like to share with you. Growing up as the oldest daughter, I have seen many sides of my father. He was a businessman, a coach, a mentor, an athlete and a great father. One of my favorite memories of my dad was when he would drive us to school in the mornings. He would play his favorite country music and we would play the smile game. My Dad made sure mornings were positive and would tell us that we could make our days as great as we wanted. I also have many memories of him coaching us whether it was baseball or basketball and him always being supportive of all our teams I have many friends who still talk about playing for "Mr. Rudden." As a coach, my Dad was fair but tough and always insisted we do our very best. Through the many years he coached, my Dad also looked out for the kids who did not have the same support we did. He would pay team fees, pick kids up for practice and make sure everyone was treated fairly regardless of their resources.

As I got older, I began to better understand my Dad's positive outlook. He grew up as the oldest of five kids. His younger brother suffered from Polio and this had a huge impact on my Dad. He knew from a young age that "life was not always fair" and he took it upon himself to see the good in almost all situations. He knew he was lucky to be able to run and play and he never took it for granted. As a father, he imparted this message to all six of his kids. He made sure we knew how lucky we were and how to share our blessings.

Part of understanding my father was also getting to know him as a young adult and seeing him as a grandfather. I will never forget how excited he was when his oldest granddaughter, my daughter Madison, was born. As happy, as I remember my Dad being the pure joy that he had on that day was an incredible thing to witness. As the years went on there were many more grandkids and more joy. I have two siblings who have special needs children and my Dad is incredible with their unique needs. He loves to go the kid's games and activities and brings the same positive out look to each of his 19 grandkids. Even when life was at its hardest for me during the 19 month's I watched my own daughter fight cancer and eventually pass away my Dad would remind me to pray and have faith. Many years later when I was going through an ugly divorce my Dad stood by my side and encouraged me to handle the situation with kindness.

Exhibit B - 2

I hope this helps in some way to see the other side of my father as a kind and compassionate person. I do not believe he intentionally set out to defraud his friends and family out of millions of dollars. I believe that he thought he could work his way out of a bad situation just as he had done earlier in his life. My Dad thought he could save the business himself and ended up making terrible choices that hurt many people. I know from his own words that he would do anything to have the chance to make it up to the people who he hurt so deeply. Please know that he was a good Father and a good role model for most of his life.

Sincerely,

*Tammy Krause*
Tammy Rudden Krause