The Hon. Christine M Arguello

United States District Judge
District of Colorado
Re:  Daniel Rudden

Dear Judge Arguello,

I am writing this letter as a friend and ex-spouse of Daniel Rudden.

I met Dan 57 years ago when I was 13.  We became friends and later dated and married.   I have known him and his family since that time and remain close with all members of his family.  Dan grew up as the oldest of five children.  His family moved to Denver when his younger brother contracted polio.   Dan's father was a wonderful gentle man who lost his leg in World War II.   His mom came from a broken family and grew up in poverty.  She was a loving mother and a good woman. Dan and I married in 1969 and moved to Houston Texas in late 1969 where he began his career in Rent to Own.   In July of 1970 his father was diagnosed with kidney cancer and as the oldest he believed he needed to return home.   His father passed in September of 1970 and Dan took on the role of caretaker and support for his 4 younger siblings and his mother.

From the time his father died Dan helped support and parent his younger siblings and as a couple with two children of our own, he tried to give his younger siblings the same supportive family he gave his own children. We took his sisters with us on vacations and helped his mom with chores and finances. Dan also supported and encouraged both his younger brother throughout their lives. His mom and siblings moved briefly back to New Jersey but returned to Denver after three years.

During that time, we moved to Dallas Texas where he started his own Rent to Own office. After a year, the business was stable, and we moved back to Denver. We purchased a home and had our third child. His mom returned to Colorado and we found another home and gave our home to his mom and younger siblings.  Through the next 22 years Dan supported his mother and siblings both financially and as a "pseudo" parent.

In addition to supporting his biological family Dan and I have six children. He coached all of his children and helped many of their friends who came to him with family problems.  Some of those adult children continue to reach out to him with thanks and conversation. We have been divorced for 20 years yet he always supported the children and me as I worked in the nonprofit world.

Sincerely
Marjorie (Peg) Rudden

Exhibit B - 3