The Hon. Christine M. Arguello
United States District Judge District of
 Colorado

Re: Daniel Rudden

Dear Honorable Justice Arguello:

My name is DC Webb and I would like to tell you about Dan Rudden. I went to work for Colortyme in Denver, Colorado in August of 1985. The first time I met Dan was October 30, 1986. It was at his 40th birthday party. I think Dan liked me a lot because as soon as we met, he took me under his wing to teach me about the Rent to Own business. Even though I had worked for his company for over a year he obviously knew the great results I had been giving to his company. I was a college dropout and had worked several previous jobs, none of them much to talk about. Dan saw the results I had been giving him and soon started sending me to other stores to help with some of their problems. Soon after that he started sending me all over the country to some of his stores that weren't doing well. I would audit all functions of the business, I started recruiting, hiring and training to bring people in to help resolve problems. These were all things that Dan had taught me along the way.

Dan not only taught me about the business but taught me about customer service, how to treat employees and especially our customers. Apparently, he liked what I did because he made me Vice-President of his company and continued to send me around the country to continue making his stores better. At one time he had around 100 stores and I believe I went to every one of them at one time or another. Dan had me do commercials for tv and radio and that got me a lot of recognition in all the towns I visited. In 1991 Dan helped me buy my first 2 stores on my own. I never heard the term bucket list 30 plus years ago, but now it's a common term. Now that I look back on my life, I made a bucket list of about 100 things I would like to do. From NFL games, NHL games, college football venues, MLB games, tennis venues and I got to play at beautiful golf courses. I was able to go to all the venues above because of Dan Rudden. Because of Dan, I got to live or work in 48 of the 50 states and many more things. My bucket list has been fulfilled.

In 1994 I went through a divorce and lost both of my stores that Dan had helped me get, Dan was still there for me, he got me back to Denver and got me a job and gave me money to help get by. In 1997 Dan helped me get another opportunity in Palm Springs, California as an owner-operator. That went well for a couple of years then he sold the company, but he made sure the people that bought the company would give me a job as long as I was a good employee. In 2002 I moved to New York and the company approved a transfer for me so I could retain employment. I was in New York for a couple of years then wanted to move to Virginia, the company also approved the move and I was set again. In 2006 I was getting to old, I thought, to continue in the Rent to Own business and with the help of Dan being a reference I got a great job with the City of Manassas Park, VA as a Park Manager for the Parks and Recreation. I'm still here after about 12 years and I love my job. I'm also the Santa Claus for our area.

I got married again and I have a wonderful wife and a 17-year-old daughter getting ready to graduate and go off to college. I am able to afford a nice house and a lake house about an hour away. I'm healthy and get to play a lot of golf and I think I have the near perfect life that anyone would be happy to have.

None of these things would have happened had it not been for Dan Rudden. Dan was and is the most important person in my life, including my parents. He has also met my parents and invited them to come to Colorado and play golf with him and he was very kind to them as well.

I always thought and hoped that as Dan got a little older, he would write a book or teach classes to people about the do's and don'ts of how to be successful. There is no one better.
I tell you this story because I enjoy talking about my friend. Every year around Halloween (his birthday) I call him every year to wish him happy birthday. I haven't missed 1 time since 1986.
The best part of my story about Dan Rudden is knowing that I'm not the only person he has helped. I'm sorry I can't remember all of the names, but I know of at least 100 and probably a lot more people that Dan Rudden has given the same opportunities. And I always thought I was the only one. I know that saying Thank You is not enough but if I could talk to Dan right now, I would simply say thank you Dan. One more thing, he never asked me for anything back.

Sincerely,
DC Webb
9454 Silver Meteor Ct.
Manassas Park VA 20111
571-921-5959