

**Mt. Olive Church of Plano**
Dedicated to Uniting the Body of Christ

300 Chisholm Place ● Plano, TX 75075 ● www.mocop.org ● 972-633-5511 PHONE / 972-982-7391 FAX
Pastors Sam and Gloria Fenceroy

December 5, 2018

The Hon. Christine M. Arguello

    United States District Judge
    District of Colorado

    Re: Daniel Rudden

Dear Judge Arguello:

My name is Samuel Louis Fenceroy, D.Div., the senior pastor of Mt. Olive Church of Plano (MOCOP) in Plano, Texas. I have served as the senior pastor of MOCOP for twenty-four years. I have known Daniel Rudden since 1971. He hired me to serve as his area manager at Mr. T's T.V. Rental in Denver, Colorado. Daniel Rudden and I worked closely with each other for over two years. In 1973, he made me an offer to move to Dallas, Texas, to purchase a rental store called ABC Rental. About two years later, he made me an offer to acquire 100% of the store. Afterwards, Daniel Rudden moved back to Denver to open a ColorTyme Rental store.

The Denver newspaper made reference to a pastor that Daniel Rudden confided in about this situation. Well, I am that pastor. Therefore, I understand the trouble that Daniel Rudden is in. He called me for advice when making his decision about what to do. He knows that what he did was wrong.

Exhibit B - 5

Daniel Rudden has always been a hero of mine because of his honesty and fairness. He was, and still is, one of the greatest men I know. Though this is a terrible thing he has done, he has done some great things in his life also. In the 1970s, he treated me, an African American, with all fairness and with the utmost respect. Our agreement regarding the rental store was merely a "handshake" deal. There was nothing in writing. He was a man of integrity and worked hard to help people, not hurt them. In fact, his decision to face this situation was because of his love for other people.

Daniel Rudden understands that his actions were wrong, and he is deeply sorrowful. My prayers go out to all the people who have been affected by this horrific mistake "crime".

Thank you in advance for your help and support to Daniel Rudden in this important time. If I can be of further assistance, please do not hesitate to call me at 214-228-1055.


Respectfully Yours,

Samuel L. Fenceroy
Senior Pastor