December 5, 2018

The Honorable Christine M. Arguello
United States District Judge
District of Colorado

Re: Daniel Rudden

Dear Judge Arguello,

Dan Rudden has been my best friend for over fifty years. Dan is more like a brother to me than a friend. We have known each other socially, as team mates, and as business partners over the years. I was witness to the births of all six of his children and attended the weddings of each child as well. Dan is as fine a father as anyone I have ever known. He has always been there in time of need, for all of his family and friends. Dan is a devote Christian and has given his time throughout the years, for causes of anyone in need. I have never heard one person say a bad thing about Dan, and I don't believe he has ever harmed one individual intentionally.

Yours truly,

*SR Case*

SR Case
Steve Case
Tel. 480-216-6371

Exhibit B - 6