December 6, 2018

Hon. Christine M. Arguello

United States District Judge
District of Colorado

Re: Daniel Rudden

Dear Judge Arguello:

I have known Dan Rudden for almost ten years.   We shared office space with Financial Visions and over the years became close friends.

I work for a non-profit, Project C.U.R.E., based in Centennial, Colorado and Fundación Curando México, Project C.U.R.E.'s Mexico arm.   We supply medical equipment and supplies to underserved communities.   Fundación Curando México was formed in 2010 and to date; we have delivered 80, 53 ft. semi-trailers, filled with medical equipment to support the health infrastructure of 26 states within the Mexican Republic.

Dan was instrumental in getting the foundation off the ground.   He connected us with financial supporters, volunteers and business leaders wanting to make a difference in México.   Many of these individuals and businesses remain dedicated to both Project C.U.R.E. and Curando Mexico.   It is without hesitation that I can affirm, if it were not for Mr. Rudden's continued support and community outreach promoting our projects, our organizations would not have been successful in sending health and hope to México.

Thank you for considering my letter.

Respectfully,

Beth Conley

Beth Conley

Exhibit B - 7