**The Hon. Christine M. Arguello**

**United States District Judge**
**District of Colorado**

Re: Daniel Rudden

Dear Judge Arguello:

I met Dan Rudden in 2006 when we were raising money for a large project we were undertaking in Mexico. We became friends and eventually he was elected to sit on the Board of Directors with me.

Dan was actively involved with a charity we formed named Curando Mexico. We partnered with Project C.U.R.E. to donate medical equipment and supplies to underserved hospital and clinics throughout the Mexican Republic. Over an eight-year period, we donated over $25,000,000 wholesale valued medical goods that were lifesaving and life changing for many underserved communities.

Over the many years that I have worked with Dan, he has always acted with honesty and integrity. He's a hard worker, good father and a good citizen. I have always valued and appreciated Dan's friendship over the years and will continue to do so.

Very truly yours,

John E. Conley

Exhibit B - 8