December 6, 2018

Honorable Christine M. Arguello
United States District Judge
District of Colorado

RE: Daniel Rudden

Dear Judge Arguello,

I met Daniel Rudden in the mid 60's at Regis College. Dan was a gifted athlete, outgoing, and interested in others.

Many years later, approximately 1980, I returned to Denver after corporate transfers. At that time our children were attending some of the same schools as Dan's children. Us families we came to know each other well. Primarily through school sports. Dan was always involved with his children. In athletics, day to day activities, etc. I highly doubt Dan has ever missed a game his children or grand children participated in. He was a devoted father and grand father of epic proportion. Dan always complimented his kids after a game. He also explained to them how to shrug off a miscue if they made one. Always the consummate parent.

Dan has the innate ability to teach, motivate, and correct all at the same time.

It wasn't just his children's involvement that caused Dan to devote countless hours of his time. He was involved at Cherry Creek High School in various ways.

As our children grew up we saw less of Dan and his family, but we were always in touch. Every time we speak Dan wants a rundown of each of our 3 children. His interest is most sincere. That's the same way he has been over the fifty years I've known him, caring and interested. He is a kind, generous, religious, devoted man. I don't recall Dan asking me for anything, but he always asked what he could do for me.

Respectfully,

Rick Gervasini

5405 S. Fulton Court
Greenwood Village, CO.
80111
(303) 779-5197