December 5, 2018

The Honorable Christine M. Arguello

United States District Judge

District of Colorado

Re: Daniel Rudden

Dear Judge Arguello,

I have known Dan Rudden for over 50 years, first as a student and then as a friend. He has always been a good friend, successful businessman, devoted family man & dad.

Everybody makes mistakes. This was a big one and Dan knows it. He has deep remorse and regret for the people he harmed and his own family.

This incident is an aberration and totally out of character. I believe Dan turned himself in (without counsel) and has been extremely cooperative. He took kind of a novel approach: "admit what you did and move on."

His future should not be a lengthy stint incarcerated. Perhaps he could arrive at some restitution agreement.

I plead for the court's mercy on behalf of a good family man and friend that made a mistake.

Thank you for your consideration,

Sincerely,

*Rich LeDuc*

Rich LeDuc