Your Honor,

I am Dan Rudden's first cousin, Kathleen Martucci. I am writing to tell you about the Dan Rudden I know and love. He has always been a good person who loves his family and friends. He has been generous and helpful in life situations and has volunteered his help whenever needed. I have always admired Dan because of his love and generosity as a father, family man, and his success in business.  He never lauded his success over anyone.

A little over a year ago, I found out that my fourth grandchild would be born in August and he had Down Syndrome. In my correspondence with Dan he confirmed my belief that this baby would be a true blessing to our family.  He also has a grandson, Jake, with Down Syndrome. I love hearing how Dan feels about Jake and the joy Jake has brought to his family and Dan. I feel the same about my grandson, James Daniel.

I do understand the seriousness of the charges against Dan, but I want you to know what a caring person I know Dan to be, and I hope you take that into consideration when you sentence Dan.

Sincerely,

Kathleen Martucci