November 19, 2018

United States District Judge

District of Colorado

Dear Judge Argeuello,

As I sit here, trying to begin this letter regarding my relationship with Daniel Rudden. I feel sad for his family, Debbie Lombardi, and the victims of his crime. I also feel sorry for Dan that he put himself in this situation and now at 72 years old has to face these issues when he should be enjoying his grandchildren and his later years.

With that being said, I have known Danny since we both attended Regis High School. We played on the same baseball team and had fun as teenagers attending High School functions and hanging out.

After High School we lost touch with one another only to become reacquainted when our wife's were having sons at Rose Hospital. Our friendship again began to take form as our boys got older and they to began playing sports together. Danny was always a big supporter of my son and always did his best to help further my son's athletic success.

It wasn't until the early 2000's that I had any business association with Dan, with that being said he always handled our relationship in a respectful and honorable fashion. During some tough personal times in my life, Danny was always available to be a good listener and supportive friend, always willing to listen in a nonjudgmental and respectful manner.

Knowing Danny the way I do, I know how important his family is to him, continuing to support his ex-wife Peggy, attending his children and later his grandchildren's life events and being there for his family.

His faith in God and Jesus Christ is very firm and hopefully with help carry him through this storm. Your Honor, I understand the magnitude of Mr. Rudden's crimes and the hardship it has caused to many of his victims. If for any reason at this time of the season and in light of Mr. Rudden's health and age, if you could see to afford him any leniency in your decision.

Yours Truly,

James F Marsico

5251 DTC Parkway, Suite 410

Greenwood Village, CO 80111

330 475 2110

Exhibit B - 12