To The Honorable Christine M. Arguello
United States District Judge
District of Colorado

Re: Dan Rudden

Dear Judge Arguello,

I am writing to you to share my thoughts about my cousin Dan. My name is Bridget. Dan's dad and my mom were siblings. Even though I live in New Jersey and he in Colorado, we visited many times. He is the oldest of the 18 first cousins and I always looked up to him. Dan made several trips to the east coast to visit family over the years. Two of the most special trips I remember were when he arrived at my Mom's funeral, who passed away at the age of 63. He wrote a beautiful note to us about her and how our parents grew up in New York City with so little money but all got married and had families of their own. Dan also came to my wedding the following year, knowing it would be a happy but difficult day without my mom.

Dan was always such a hard worker and successful in many business ventures. He was always helpful and caring when family members faced health issues. His brother Gerald was stricken with polio since the age of 5 and had to wear a brace on his leg. He is currently in a wheel chair now. During a family softball game, Dan would arrange for Gerald to hit the ball and Danny would run the bases for him. He would have given him one of his own healthy legs, if he could!

Dan's father passed away just around the time Dan became a young father himself. He had 4 younger siblings, the youngest, Eileen only 5 years old. He became the patriarch of the family and helped out his widowed mother, not only financially, but being there to help out with decisions and moral support.

Dan also suffered the loss of a little granddaughter, Gabriel. She lost a battle to brain cancer at the age of 5 and never made it to First Grade. "Gabby" is their little angel in Heaven. Dan was there to support his daughter and the whole family through such a tragic time in our family.

We all have our battles...some fight addiction to alcohol or drugs. Dan was addicted to success and money. No one can condone the last chapter of his life and the financial consequences it brought to so many. But Dan would have done anything to make the venture successful so that he could continue to help his family, friends and himself.

Your honor, Danny is a good person who failed this once and let so many people down. However, the first 6 decades of his life, he helped hundreds of people including his younger brother, Gerald, with the steel iron brace attached to his leg. He does have a heart of gold. I thank you for taking the time to read this letter about my cousin, Dan.

Sincerely,

*Bridget Schindo* 5/29/19
Bridget Schindo
Paramus, New Jersey

Exhibit B - 13