To the Honorable Judge Christine Arguello,

I wanted to write a letter to you on behalf of Dan Rudden.  I am Dan's youngest sister,  Eileen. Dan and I are 19 years apart. He has been the most influential person in my life… when I was 5 years old and Dan was 24…our father passed away from a fairly sudden illness.  My mother really struggled at the time to keep our family together, she was in shock and very distraught.

Dan stepped in as the oldest son, and was an incredible strength for her and for all of us, even though he had a wife and 2 kids of his own at the time.  He moved back to Denver from Texas, and he  helped our mother with financial decisions, and loved her through this crisis.
He also helped my 2 bothers who were 21 and 16, and my sister who was 13.

Dan really took me under his wing, as a 5 year old, he brought me into his family , and loved me like one of his own. He took me on vacations, and constantly checked in on me, and made sure my mom was taking care of me. I spent many nights and weekends at their house, and he was involved with my sports and education as well.
Always loving a reliable. I knew I could always count on him for anything I might need in my life.
When I got married he walked me down the isle and paid for my wedding.

I understand the very serious charges that Dan is faced with, he has admitted guilt, and has been very transparent with all he has done wrong.  I know he needs to face retribution for these wrong doings, but I hope that consideration can be taken, in that, Dan has always tried to take care of others financially…all of us (4 siblings) his mother, his wife, and his 6 children, along with their spouses, and his grandchildren.  Over the years, it appears that it was too much for him.

Thank you for listening, and allowing me to tell you a little bit about Dan... the brother I know and love.

Respectfully,
Eileen

Exhibit B - 14