

November 15, 2018

Honorable Christine M. Arguello
United States District Judge
District of Colorado

RE:  Daniel Rudden

Dear Judge Arguello,

I met Dan Rudden in August of 1974.  He asked me to coach a boys' basketball team at Most Precious Blood Catholic Grade School.  I accepted the job and we have been friends since then.

The following year I became the President of the Eagle Youth Sports program which serves Southeast Denver County and part of Arapahoe County.  This organization provides structured football and basketball programs for kids, ages 5 to 14 years old.  Dan coached for me and the Eagles for 15 years.  He coached both football and baseball and during that time I never received a complaint.

Dan was a great athlete and a gifted coach.  He was able to teach kids the technical parts of the game and his positive motivation skills are the best I have ever seen.  I saw these skills also used in his parenting.  His caring and loving style are so evident in his children and their successes.

A specific example of his loving attitude is his special attention to his Down syndrome grandchild, Jake.  He carved out specific times to take Jake to lunch, play ball and take him many places.

Dan also had a great fondness for Cherry Creek High School.  He was always at his kids' games, gave financial support to their programs and was the President of the "Diamond Club".

Dan and I have breakfast on a regular basis and our discussions always revolve around our kids.  He was so proud of his kids and grandchildren but voiced it in a humble way.

Exhibit B - 15

Honorable Christine M. Arguello
November 15, 2018
Page 2.

I have been Dan's insurance agent for over 25 years. He has always made his premium payments on time and bought the best coverage for his businesses. I am an investor in X-Train, which is one of Dan's ventures. The company has struggled, but he has always been "up front" with me about the company's status and their financial condition.

Twenty-five years ago, I was transitioning out of the banking business into the insurance business. I was out of a job for awhile and the first call I received was from Dan Rudden. He wanted to see how I was emotionally and financially and wanted to be sure my family was alright. I will always be thankful to Dan for his genuine concern for me and my family.

In closing, I know Dan to be a kind, loving, religious person. He is a wonderful father and grandfather. His generosity has helped so many people and he has changed many peoples lives for the better.

Sincerely,

Tom Young
President