IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-508-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    DANIEL B. RUDDEN,

        Defendant.

## ENTRY OF APPEARANCE OF FORFEITURE COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 12th day of June 2019.

    JASON R. DUNN
    United States Attorney

    s/ *Laura B. Hurd*
    Laura B. Hurd
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: 303-454-0100
    Fax: 303-454-0405
    Email: laura.hurd@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of June 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

      s/ *Jasmine Zachariah*
      FSA Data Analyst
      Office of the U.S. Attorney