IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-508-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DANIEL B. RUDDEN,

        Defendant.
_____

## GENERAL PRELIMINARY ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the United States' Motion for a General Preliminary Order of Forfeiture pursuant to Rule 32.2(b)(2)(C) of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

THAT on December 7, 2018, the United States and defendant Daniel B. Rudden entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure;

THAT defendant Daniel B. Rudden's interest in all proceeds obtained and all property derived from proceeds the defendant obtained as a result of Count One, including directly traceable assets in *S.E.C. v. Rudden, et al*, civil case number 18-cv-1849-RM, are forfeited to the United States in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c); and

THAT when the amount of the money judgment is calculated and the specific assets subject to forfeiture are identified, this General Order of Forfeiture will be amended pursuant to Rule 32.2(e)(1).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant Daniel B. Rudden's interest in all proceeds obtained and all property derived from proceeds the defendant obtained as a result of Count One, including directly traceable assets in *S.E.C. v. Rudden, et al*, civil case number 18-cv-1849-RM, is forfeited to the United States in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment; and

THAT this Preliminary Order of Forfeiture will be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure, when the specific assets and amount of the forfeiture money judgment has been calculated.

SO ORDERED this _____ day of _____ 2019.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge