IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-CR-00508-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL B. RUDDEN,

    Defendant.

_____

**DEFENDANT'S MOTION TO FILE SUPPLEMENT TO SENTENCING MATERIALS OUT OF TIME**
_____

Mr. Daniel Rudden, by and through undersigned counsel, Colette Tvedt, respectfully moves this Court for permission to file the attached three additional sentencing mitigation letters in support of Mr. Rudden's sentencing hearing on June 20, 2019. Defense counsel recognizes that these letters, which were received over the weekend, are being filed outside the deadlines articulated in the Court's Criminal Practice Standards, CMA Crim. Practice Standard 11 (c) (2) and asks the Court's permission to file these letters late.

    Respectfully submitted,

    s/Colette Tvedt
    Colette Tvedt, #49751
    The Law Firm of Colette Tvedt LLC
    1600 Stout Street, Suite 1400
    Denver, CO 80202
    colette@tvedtlaw.com
    303-577-1633
    Attorney for Defendant Daniel Rudden

## CERTIFICATE OF SERVICE

    I hereby certify that on June 17, 2019 I electronically filed the foregoing **DEFENDANT'S MOTION TO FILE SUPPLEMENT TO SENTENCING MATERIALS OUT OF TIME** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all listed parties.

                                                      s/ Leni Charles, Legal Assistant