The Honorable Judge Christine Arguello

I am Gerald Rudden, brother of Dan Rudden, a very good man that made a serious mistake with finances of his clients.

Dan, when I was 5, helped me learn how to walk with braces on my legs, when I contracted polio.  Six kids on our block came down with polio in 1955.  Dan has always been there for me through many difficult years.  At 7 I came down with rheumatic fever and Dan would come to the hospital and read comic books to me, for 2 years.  Dan has always been a great son and brother to our entire family.  I am not very mobile, so Dan and my brother Tim and sisters Maryann and Eileen come visit me at least monthly in Boulder.  I am a very lucky man to have a loving family, headed by Dan.

Your Honor I realize Dan must pay for his crime, I ask that you understand how important he is to our families and that his jail term be minimized.  I love my brother and want the best possible for him, he really is a good man.

Sincerely,

Gerald Rudden