RE: Sentencing of Dan Rudden

Dear Honorable Justice Christine Arguello,

My name is Tom Rudden and I am the youngest son of Dan Rudden.  I'm 35 years old and live in San Diego, California with my wife and 21-month-old son.

I want to make it clear that nothing in this letter excuses what my father did, and I feel nothing but pain and sadness for anyone greatly affected by his actions.  Their lives will be forever changed and for that I am truly sorry.

My parents divorced when I was 12 years old.  My father was the man that taught me to play sports and showed up at all my sporting events, but for the first 18 years of my life that's as far as our relationship went.  As I got older my father and I reconnected, and we built a relationship on a deeper level.  We would often talk about business and actions one should take to be successful in life.  Hard work and being a kind, caring person were always the cornerstone to our conversations.  You see, to me, I never saw my father as the "money guy" or the person who strived to be rich and powerful.  While he did provide a good life for my family and I growing up he never wanted money to define who we were/are as individuals in any way.  He was never the man to drive fancy cars or have extravagant things.  I truly believe his happiness came from making others happy.  He would always say "if you are kind to others and work hard you will go far in life."  As ironic as it may be, I believe that in the end him trying to make others happy is what drove him to make the terrible decisions he made.

My father liked to be liked. He was always the man that smiled, shook hands and hung onto every word through a conversation, because he cared about people and what others had to say.  I don't know a lot about my father's businesses but from what I do know, he was a people's person and he made people happy through the returns he provided for many years. Returns that were legal.

But several years ago, he made a decision that would affect him every day for the rest of his life.  I believe that decision is one that he has been trying to make right and fix every day since. I truly believe these last few years of my fathers' life changed him from a kind caring man into a desperate man, making any decisions no matter the cost, to try and make those around him whole again.  In my humble opinion, I don't think he came clean earlier because he truly thought he could make this right for those involved. Unfortunately, that's not the case and the choice he made has affected many others negatively, but I know the last thing he ever wanted to do was to hurt others.

While the writing on the court papers and the opinions of others may say otherwise, my father is a strong man of faith, love and family. He is the father to six (6), father-in-law to six (6), and grandfather to nineteen (19) who has always, in his own unique way, made each individual feel loved and appreciated.  Whether it was through phone calls or texts or showing up for long days at the baseball, football or soccer fields, he made a point to be there for his family.

In the end the only thing that really matters is the ones who were hurt by my fathers' choices to find peace and feel vindicated or feel as if justice was served.  I pray that others can see deep down he is a caring, kind man, who lost his way and made these egregious decisions not out of greed or personal self-

worth but trying to fix a problem he created by compounding other poor choices on top of his already bad choice.

Respectfully,

Tom Rudden