Re:   Dan Rudden, Federal Case

To whom it may concern,

My name is William (Bill) Palmer. I am a retired United Airlines captain. I have known Dan Rudden a little over twenty years. No one was more surprised or disappointed than my wife and I were almost a year ago as we were watching the evening news on a local channel. To see a friend go before the public and voluntarily admit to a criminal offense that, while not a violent act, certainly affected and hurt many people. We were not in that affected group.

We have known Dan on a social basis primarily. He has always been open and honest with us as far as we know. We know him as an exemplary father and grandfather as well as a devout Christian who attended weekly Bible studies. He was also very much involved in a charitable foundation that honored a granddaughter. Dan had many friends in the Denver area, many well known. I never heard one that I talked with speak ill of him. I am sure that has changed. The point is, before this all came to light, Dan's personal traits were not false airs. He was never ostentatious or a show boat. He was personable and well liked. As I'm sure the Court is aware, he did not live the "high life" spending his investor's money on expensive collectables, cars or exotic vacations and other such nonsense. I am in no way trying to minimize or excuse his actions, still trying myself to understand how it could all go so terribly wrong. I do know that individuals do occasionally get overrun by circumstances and can make bad decisions under the pressure that they feel.

I could discuss my feelings and philosophize on this subject for some time but realize brevity a necessity in this matter. I am sure that there are many who would like to see maximum punishment for Dan's misdeeds while others would argue that he has suffered enough already. I hope the Court has the wisdom of Solomon in determining Dan's future.

Sincerely,

William Palmer