**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 18-cr-00508-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL B. RUDDEN,

    Defendant.

---

## PRELIMINARY ORDER OF FORFEITURE

    THIS MATTER comes before the Court on the United States' Motion for A General Preliminary Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure. (Doc. # 55.) The Court, having read said Motion and being fully advised in the premises, finds:

    THAT on December 7, 2018, the United States and Defendant Daniel B. Rudden entered into a Plea Agreement, (Doc. # 33), which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure;

    THAT the requisite nexus exists between all proceeds obtained and all property derived from proceeds the Defendant obtained as a result of Count One, including directly traceable assets in *S.E.C. v. Rudden, et. al.*, Case No. 18-cv-1849-RM, and Count One to which Defendant has pleaded guilty; and

THAT when the amount of money judgment is calculated and the specific assets subject to forfeiture and identified, this General Order of Forfeiture will be amended pursuant to Rule 32.2(e)(1).

Therefore, it is

ORDERED that Defendant's interest in all proceeds obtained and all property derived from proceeds the Defendant obtained as a result of Count One, including directly traceable assets in *S.E.C. v. Rudden, et. al.*, Case No. 18-cv-1849-RM, is forfeited to the United States in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). It is

FURTHER ORDERED that pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. It is

FURTHER ORDERED Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure, when the specific assets and amount of the forfeiture money judgment has been calculated.

DATED: June 18, 2019

BY THE COURT:

*Christine M. Arguello*
CHRISTINE M. ARGUELLO
United States District Judge