## AFFIDAVIT OF TRAVIS WALL

I, Travis Wall, being duly sworn, depose and state the following:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have held that position since February 2004. I am currently assigned to the Cyber and White Collar Crime squads.

2. As a Special Agent, I have investigated various criminal violations, included violations of 18 U.S.C. § 1341 (Mail Fraud); 18 U.S.C. § 1343 (Wire Fraud); and 18 U.S.C. §§ 1956 and 1957 (Money Laundering).

3. The facts set forth in this affidavit are based on my personal knowledge, as well as information provided to me by other law enforcement agents, forensic accountants, and other law enforcement personnel.

## OVERVIEW OF THE FINANCIAL INVESTIGATION

4. A part of the investigation of Daniel B. Rudden and his Financial Vision companies, 25 accounts were reviewed and analyzed, dating back to 2011. As part of that analysis, investor funds remitted as part of the underlying mail fraud scheme were traced into the various accounts held in the names of Financial Visions, as well as accounts held in the name of defendant Daniel B. Rudden.

5. In total, approximately $36,300,000.00 has been traced from the victim investors into Financial Vision and Daniel Rudden accounts. Based on the analysis of the accounts, almost all of the FV investor funds were dissipated through the Ponzi scheme with the funds being commingled with business income and generally used to pay



GOVERNMENT EXHIBIT A

1

existing investors promised interest payments and returning investments when requested.

6.     As part of the analysis of the Financial Vision and Daniel Rudden accounts, defendant Daniel B. Rudden also used some of the Financial Visions investor funds to invest or fund other identified assets set forth below.

7.     A review of the accounts showed the following transactions:

**Splash Beverage Group**

8.     On March 18, 2014, Splash Beverage Group received a wire transfer in the amount of $200,000.00 from Financial Visions, LLC Guaranty Bank and Trust account ending in #0110, which received $200,000.00 on March 18, 2014 from Financial Visions West Guaranty Bank and Trust account ending in #9638. These funds were a combination of insurance proceeds and investor funds prior to the transfer. On March 11, 2014, Financial Visions West Guaranty Bank and Trust account ending in #9638 received investor funds totaly $200,000 from investors.

**Defy the Oddz, LLC**

9.     Between August 14, 2013 and September 4, 2013, checks totaling $400,000.00 were remitted to Defy the Oddz from Financial Visions, Inc., Bank of Denver account ending in #7621, which had received approximately $428,300.00 in investor funds on and between July 16, 2013 thru August 7, 2013, and prior to the issuance of the checks.

10.    In addition, between September 5, 2013 and November 27, 2013, checks totaling $127,500.00 were remitted to Defy the Oddz from Daniel Rudden's Bank of Denver account ending in #3572, which had received $200,000.00 in investor funds on September 3, 2013 and September 4, 2013, prior to the issuance of the checks.

**B-Mex LLC**

11.     On November 6, 2014, a wire transfer in the amount of $100,000.00 was made from Financial Vision West Colorado State Bank and Trust Account ending in #7076 to B-Mex, LLC. Prior to the transfer, Colorado State Bank and Trust account #7076 had received a combination of insurance proceeds and $120,000.00 in investor funds on and between November 4, 2014 thru November 6, 2014, and prior to the wire to B-Mex.

**Wedbush Securities, Inc.**

12.     Between December 21, 2012 and December 17, 2015, checks totaling $351,167.00 were remitted to Wedbush Securities from Daniel Rudden Bank of Denver account ending in #3572, which had received $754,946.25 in investor funds during that timeframe.

**Rackfest Inc.**

13.     On July 11, 2016, a check totaling $25,000.00 was remitted to Rackfest Inc. from Daniel Rudden's Bank of Denver account ending in #3572, which had received $25,500.00 on July 11, 2016, from Financial Visions West Colorado State Bank and Trust account ending in #7076. These funds were a combination of insurance proceeds and investors funds prior to the transfer.  On July 1, 2016, Financial Visions West Colorado State Bank and Trust account ending in #7076 received $400,000.00 in investor funds.

**Life Gift Cards**

14.     Between April 30, 2014 and August 1, 2014, two checks, totaling $100,000.00 were remitted to Life Gift Cards, from Guaranty Bank and Trust, Financial Visions, Inc.

account ending in #1302, which had received $516,800.00 in investor funds on and between April 14, 2014 thru July 24, 2014, and prior to the issuance of the checks.

**Las Vegas Railway Express, Inc.**

15. On February 28, 2013, one check was remitted to Las Vegas Railway Express in the amount of $35,000.00, from Daniel Rudden's Bank of Denver account ending in #3572, which had received $50,000.00 on February 27, 2013 from Financial Visions Operating account ending in #7621. On February 26, 2016, Financial Visions Operating account ending in #7621 received $50,000 in investor funds prior to the funds being deposited into Daniel Rudden's Bank of Denver account ending in #3572.

16. On April 23, 2013, one check was remitted to Las Vegas Railway Express in the amount of $150,000.00, from Daniel Rudden's Bank of Denver account ending in #3572, which had received $300,000.00 on April 16, 2013 in investor funds prior to the issuance of the check.

### Conclusion

17. Pursuant to 18 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NAUGHT.

EXECUTED ON: 06/27/2019

Travis Wall, Special Agent
Federal Bureau of Investigation