# ATTACHMENT A

| Case Name: | USA v. Rudden | |
|---|---|---|
| Case Number: | 1:18-cr-00508-CMA | |
| | **Victim** | **Loss** |
| | Abell, Marianne | 53,106.17 |
| | Aberle, Leanna | 15,082.51 |
| | Aljoe, Michael | 85,802.00 |
| | Andersen, Ralph | 449,035.83 |
| | Anderson Bells, Kristina | 9,431.78 |
| | Anderson, Charles (Chuck) | 14,841.09 |
| | Anderson, Rosemary D | 77,093.15 |
| | Atler, Larry | 39,265.75 |
| | Aufieri, Roger | 441,328.76 |
| | Bailey, Jeff (dba MF LLC) | 43,395.13 |
| | Baker, Donna or Dick | 61,857.62 |
| | Baldus, Michael | 178,016.01 |
| | Ball, Stephen | 43,500.00 |
| | Ballard, John | 57,732.19 |
| | Barnet, Kenneth | 45,065.81 |
| | Barron, Michael | 21,000.00 |
| | Battelle, Anthony and Holly | 31,518.64 |
| | Beebe, Robert | 135,342.46 |
| | Bergen, Wendy | 30,772.11 |
| | Bernadette Moncrief | 71,000.00 |
| | Biggers, Vernon Ross (Bud)(IRA) | 36,000.00 |
| | Bower, Tim or Eva | 300,000.00 |
| | Brandow, Andrea Nicole (formerly Wewel) | 21,663.28 |
| | Brasel, Tim fbo Brasel, Mary Jane | 268,470.44 |
| | Bride, Mike & Lisa | 184,712.33 |
| | Bride, Mitchell | 9,000.00 |
| | Bride, Rachel | 9,200.00 |
| | Bride, Tara | 5,520.00 |
| | Buczek, Charles (Chuck) (IRA) | 71,200.00 |
| | Buczek, Christine | 163,400.00 |
| | Buczek, Jacqueline (Jackie) | 244,700.00 |
| | ADD: BUCZEK, JAMES | 85,300.00 |
| | Buczek, Virginia (Ginny) | 182,435.80 |
| | Burns, Karl | 3,500.00 |
| | Burns, Steve | 23,750.00 |
| | Burns, Betsy | 35,290.41 |
| | Byron, Dennis | 4,500.00 |
| | Cain, Donald Jeffrey (Jeff) | 61,784.94 |
| | Carnicello, Robert & Dona | 182,520.55 |
| | Cherry Creek Diamond Club | 151,600.00 |
| | Chris Criag inherited from Wendy Bergen | 120,000.00 |
| | Clark, Jill (and 'Mary E. Clarke Trust) | 146,891.78 |
| | Clever, Luanne (formerly Moser) | 273,814.86 |
| | Clever, Ruth J | 8,615.00 |
| | Cohan, Steve | 65,970.00 |
| | Collett, N Elaine | 38,039.46 |
| | Cox, James (Jim)(IRA) | 72,289.18 |
| | Critcher, Jay and Ambrose-Critcher, Carol | 100,000.00 |
| | David, Dianne Denise | 226,612.32 |
| | Dean, Janet M. (wife of Cain) | 59,845.89 |
| | Delfiner, Irwin (Mick) | 30,072.60 |
| | Deligiannis, Elizabeth | 178,580.82 |
| | Desalme, Sylvia H | 20,526.72 |
| | Dininger, John | 119,660.34 |
| | Douglas, Charles Taylor (Chuck) | 422,508.98 |
| | Douglas, Elizabeth Kay (Kay) | 139,354.65 |
| | Duncan, Larry Nick | 6,083.84 |
| | Dunn, Ernie | 100,000.00 |
| | Enwall, Michael | 238,292.88 |
| | F&H Leventhal Survivor TTE | 9,750.00 |
| | Fink-Soto, Laura | 16,831.09 |
| | Flatley, Carla Moser | 75,689.32 |
| | Florentine, Larry/Susan | 81,119.00 |
| | Fohn, Richard | 345,770.87 |
| | Fohn, Tim | 59,178.22 |
| | Gardner, Glen Christian | 104,575.00 |
| | Genser, Carter | 37,589.89 |
| | Glotfelty, John Charles | 46,095.89 |
| | Gold, Edward | 53,500.00 |
| | Goodman, Nong | 99,935.00 |
| | Green, Dean | 64,145.21 |
| | Green, Tom | 123,140.00 |
| | Green, Tom | 407,831.51 |
| | Kurt A. Gross Irrevocable Trust | 10,500.00 |
| | Tracy I. Alvarez Irrevocable Trust | 10,500.00 |
| | Hasset, Jessica | 76,697.33 |
| | Hassett, Dianne | 57,404.30 |
| | Hassett, Rick | 436,773.72 |
| | Hawkins, William Anthony (Bill) | 5,426.03 |
| | Hays, LaVonne | 33,700.00 |
| | Hays, Mary | 19,300.00 |

| Case Name: | USA v. Rudden | |
|---|---|---|
| Case Number: | 1:18-cr-00508-CMA | |
| | **Victim** | **Loss** |
| | Henderson, Ed & Maria | 24,724.85 |
| | Henderson, Marie E | 1,512.00 |
| | Herock, Landon | 2,669.45 |
| | Herock, Larry & Hayley | 1,300.00 |
| | Hopton, John | 175,258.63 |
| | Hunter, Richard | 23,750.00 |
| | Hynes, Susan | 100,000.00 |
| | Joanne Mui Fong Tom | 456,910.00 |
| | John Moyski | 173,304.11 |
| | John Robert Long Living Trust | 342,736.64 |
| | Jonas, Sam | 79,826.03 |
| | Jordening, Dave | 170,501.37 |
| | Jordening, Donna | 11,667.53 |
| | Jordening, Julie | 20,040.83 |
| | Joslyn, Norman & Elaine | 104,544.54 |
| | Katsimitas, Tina | 44,431.00 |
| | Katsimitas, Valerie | 146,624.00 |
| | Kelly, Michael | 44,941.10 |
| | Kirby, Chad | 9,000.00 |
| | Kreitzman, Jackie | 175,000.00 |
| | Krumwiede, David | 3,788.16 |
| | Lawson, Diane | 63,112.33 |
| | LaTorra, Steve | 29,500.00 |
| | Lee, George | 288,498.53 |
| | Lee, Jeanne | 37,125.75 |
| | Lefebvre, John | 67,671.28 |
| | Levy, Marvin | 110,000.00 |
| | Logsdon, Joseph DeGrood | 100,000.00 |
| | Mahony, Michael/Joan | 100,000.00 |
| | Manart, Frank | 271,159.69 |
| | Manfree, Ken | 47,882.00 |
| | Marich, Sarah | 4,300.00 |
| | Marshall, Dave | 14,334.80 |
| | May, Benjamin | 20,500.00 |
| | McCoy, Brian | 96,000.00 |
| | John McIlwee and Beverly Winters | 1,216,452.84 |
| | Kyla McIlwee | 180,431.96 |
| | McPherson, John | 189,316.44 |
| | McQueen, Rod | 100,000.00 |
| | McShane Jr, Joe David | 110,000.00 |
| | Medeiros, Elaine | 13,103.67 |
| | Megan Manart | 35,539.72 |
| | Meieroto, Lynn | 48,572.85 |
| | Meierotto, Frank & Donna | 22,871.26 |
| | Meine, James  (Jim) | 82,731.16 |
| | Miller, Darryl Jeffrey | 71,424.51 |
| | Mimi Matthews inherited from Wendy Bergen | 120,000.00 |
| | Monday, Jerald | 49,391.78 |
| | Moreland, Doug | 195,000.00 |
| | Moser, Elva | 69,200.36 |
| | Moser, Kelsey | 11,263.39 |
| | Moser, Scott Alan | 25,441.38 |
| | Motz, Laura Lynn | 27,300.00 |
| | Mullen, Bill | 6,900.00 |
| | Owens, Kirk | 84,100.00 |
| | Owens, Mike & Rosemary | 87,869.67 |
| | Pedrick, Reed | 123,100.00 |
| | Pence, June Clarke | 19,275.34 |
| | Ploen, Jeffrey Paul | 20,000.00 |
| | Ploen, Ruth & Rex | 48,000.00 |
| | Ressler, Gregory | 10,500.00 |
| | Richmond, Scott Edward | 61,912.00 |
| | Robert O Glau Jr Living Trust (and Keifer) | 1,433,000.00 |
| | Ruch, Terry & Joanne | 98,191.78 |
| | Saviers Family Cabin | 4,500.00 |
| | Saviers, Debra | 24,000.00 |
| | Saviers, Shannon | 234,882.13 |
| | Schultz, Mark | 67,000.00 |
| | Schwarting, David | 209,831.11 |
| | Schwarting, Marc | 198,506.85 |
| | Schwartz, Chester Phillip | 88,000.00 |
| | Sharon Faye Long Living Trust | 68,470.64 |
| | Shaw, Deb | 390,000.00 |
| | Smith, Mark | 356,886.22 |
| | Souply, Kenneth | 674.43 |
| | Spate, William | 35,200.00 |
| | Staff, Gregory Karl (Greg) | 89,576.71 |
| | Stames, John | 112,410.41 |
| | Strasburg, Roberta A | 9,000.00 |
| | Struharik, Janet Elaine | 9,770.41 |
| | Sturtevant, Bruce | 130,706.57 |

| Case Name: | USA v. Rudden | |
| --- | --- | --- |
| Case Number: | 1:18-cr-00508-CMA | |
| | **Victim** | **Loss** |
| | Tallick Family Trust | 147,546.49 |
| | Travers, Julieta E. | 43,962.72 |
| | Travers, Ronald | 112,100.00 |
| | Turnbull, Vincent Patrick, Inherited from Bergen, Wendy (Deceased) | 160,000.00 |
| | Turner, Robin Lynn | 115,207.81 |
| | Typher Jr., Robert Richard | 160,000.00 |
| | Walters, Allen | 15,708.90 |
| | Walters, Craig Mitchell | 15,000.00 |
| | Weakley, Joe | 248,000.00 |
| | Wewel, Megan Elizabeth | 42,627.28 |
| | Wewel, Paul or Betty | 90,446.78 |
| | Whatley, Christian | 124,843.06 |
| | Whatley, Christine | 134,539.41 |
| | Whatley, Samuel | 16,419.55 |
| | William Saviers Special Needs Trust | 24,000.00 |
| | Williams, John Arthur | 25,000.00 |
| | | |
| | **TOTAL** | 19,919,668.67 |