**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 18-cr-00508-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. DANIEL B. RUDDEN,

　　Defendant.

---

**ORDER**

---

THIS MATTER coming before the Court on motion of the government to amend certain victim names pursuant to Rule 36, and to amend certain restitution amounts pursuant to 18 U.S.C. § 3664(d)(5) in the final judgment in this case, and the Court having considered the same,

IT IS HEREBY ORDERED that the government's motion is GRANTED and the judgment shall be amended. Government's Attachment A to Docket Number 66 shall replace what is currently labeled as "Exhibit A Restitution" (Docket No. 61, pages 8-11).

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Judge Christine M. Arguello
　　　　　　　　　　　　　　　　United States District Court