IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 18-cr-00508-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL B. RUDDEN,

    Defendant.

---

**ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO AMEND JUDGMENT**

---

THIS MATTER is before the Court on the Government's Unopposed Motion to Amend Judgment (Doc. # 66). The Court has reviewed the Motion, pertinent record, and applicable law. Pursuant to Federal Rule of Criminal Procedure 36 and 18 U.S.C. § 3664(d)(5), having found that good cause has been shown, it is

ORDERED that the Government's Unopposed Motion to Amend Judgment (Doc. # 66) is GRANTED. It is

FURTHER ORDERED that the Final Judgment (Doc. # 61) shall be amended as follows:

    1.    Attachment A to Doc. # 66 (Doc. # 66-1) shall replace what is currently labeled as "Exhibit A Restitution" to Doc. # 61, at pages 8 through 11.

2. The total amount of restitution, $19,609,905.21, listed on page 6 should be amended to indicate a total amount of $19,919,668.67. It is

FURTHER ORDERED that the United States Probation Office shall submit an Amended Judgment that includes the amendments set forth herein.

DATED: August 16, 2019

BY THE COURT:

*[signature]*
CHRISTINE M. ARGUELLO
United States District Judge