### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Case No.  18-CR-00508-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL B. RUDDEN,

    Defendant.

_____

### ENTRY OF APPEARANCE
_____

To: The Clerk of Court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:  <u>The United States of America.</u>

    DATED at Denver, Colorado this 6th day of April, 2020.

    JASON R. DUNN
    United States Attorney

    <u>s/William B. Gillespie</u>
    ***William B. Gillespie***
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, CO 80202
    Telephone: 303-454-0100
    E-mail:  William.Gillespie@usdoj.gov
    Counsel for United States

CERTIFICATE OF MAILING

      I hereby certify that on April 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following email addresses:

      William.Gillespie@usdoj.gov

      In addition, I hereby certify that I have mailed or faxed the document to the following non CM/ECF participants:

      Address of Defendant:

      Daniel B. Rudden
      Register Number 44825-013
      Leavenworth USP - SCP
      P.O. Box 1000
      Leavenworth, KS 66048

                              s/Patricia McGee-Wake
                              U.S. Attorney's Office