IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-CR-00508-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL B. RUDDEN,

    Defendant, and

DYNAMIC BODY SOLUTIONS 1, LLC,

    Garnishee.

## WRIT OF GARNISHMENT

Greetings to:  Dynamic Body Solutions 1, LLC
               ATTN:  Henry F. Block, Acting Interim Manager
               5455 Landmark Pl, #809
               Greenwood Village, CO  80111

An application for a Writ of Garnishment against Defendant Daniel B. Rudden, SSN: ***-**-3769, has been filed with this Court.  A judgment has been entered against the above-named Defendant in the original amount of $19,919,768.67 ($100.00 Special Assessment and $19,919,668.67 Restitution).  The current balance is $19,919,733.67.

**You are required by law to answer in writing, under oath, within ten (10) days,** whether or not you have in your custody, control or possession, any property owned by the Defendant, including any and all liquidation distributions owed to the Defendant.

You must file the original copy of your written answer to this Writ within **ten (10) days** of your receipt of this Writ with the **Clerk, United States District Court, District of**

**Colorado** located at: 901 19th Street, # A-105, Denver, CO 80294-3589.  Additionally, you are required by law to serve a copy of your Answer upon the Defendant at: Register Number 44825-013, Leavenworth USP - SCP, P.O. Box 1000, Leavenworth, KS 66048, and upon the government at: U.S. Attorney's Office, Attn: William B. Gillespie, Financial Litigation Unit, 1801 California Street, Suite 1600, Denver, CO 80202.

Under the law, there is property which is exempt from this Writ of Garnishment.  Property which is exempt and which is not subject to this order is listed on the attached Claim for Exemption Form.

**You are required to withhold and retain any property in which the Defendant has a substantial nonexempt interest.**   If you fail to answer this Writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court to explain your reason for not doing so.  If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the Defendant's nonexempt property.

**It is unlawful to pay or deliver to the Defendant any item attached by this Writ.**

JEFFREY P. COLWELL, Clerk
United States District Court

_____   By:   _____
Date                                                                Deputy Clerk

INSTRUCTIONS TO THE GARNISHEE

TO:  DYNAMIC BODY SOLUTIONS 1, LLC

Attached is a Writ of Garnishment requesting that you determine whether or not you have in your possession, custody or control any of the property of the Defendant.  You are required by law to serve a written answer to this Writ within 10 days of your receipt of this Writ.  You are further required to withhold and retain any property, **including any and all accounts with your institution which are held in his name or over which he holds signature authority including but not limited to distributions owed to the defendant**, in which the Defendant has a substantial nonexempt interest.  A list of exemptions which are not subject to the Writ of Garnishment, entitled "Claim for Exemption Form," is attached to the Writ.

**IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT, THE COURT MAY MAKE YOU LIABLE FOR THAT AMOUNT OF THE DEFENDANT'S NONEXEMPT PROPERTY WHICH YOU FAILED TO WITHHOLD.  ADDITIONALLY, YOU MAY BE HELD LIABLE FOR A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES OF AMERICA IF THE UNITED STATES FILES A PETITION TO THE COURT REQUESTING AN EXPLANATION FOR YOUR FAILURE TO COMPLY WITH THIS WRIT.**

If you have any additional questions, please contact Sarah Leffler or Assistant United States Attorney William B. Gillespie at 303-454-0100, or by mail and send to: United States Attorney's Office, Attn: William B. Gillespie, Financial Litigation Unit, 1801 California Street, Suite 1600, Denver, CO 80202.