**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.    18-CR-00508-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL B. RUDDEN,

    Defendant, and

PRESTIGE BODY SCULPTING, LLC,

    Garnishee.

---

**CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT
AND INSTRUCTIONS TO JUDGMENT DEBTOR**

---

TO:  DANIEL B. RUDDEN

    You are hereby notified that this Writ of Garnishment is being taken by the United States of America which has an Amended Judgment entered in the U.S. District Court for the District of Colorado on August 26, 2019, in Criminal Case No. 18-CR-00508-CMA in the original amount of $19,919,768.67 ($100.00 Special Assessment and $19,919,668.67 Restitution).  A balance of $19,919,733.67 remains outstanding.

    In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if you can show that the exemptions apply.  Attached is a summary of the major exemptions which apply in most situations.

You have a right to ask the Court to return your property to you, if you think you do not owe the money to the Government that it says you do, or if you think the property the Government is taking qualifies under one of the above exemptions.

**If you want a hearing on whether the debt is valid, the statute was followed, or your property is exempt, you must notify the Court within 20 days after receipt of this Notice.  Your request must be in writing.**

If you wish, you may use this Notice to request the hearing by checking the box below.  You must either mail or deliver the original to: Clerk, United States District Court, 901 19th Street, # A-105, Denver, CO 80294-3589.  You must also send a copy of your request to:  U.S. Attorney's Office, Attn: William B. Gillespie, Financial Litigation Unit, 1801 California Street, Suite 1600, Denver, CO 80202, so the Government will know you want a hearing.

☐ Yes, I do request a hearing because:          ☐ No, I do not request a hearing

    __ the claimed debt is not valid
    __ the applicable statute was not followed
    __ the property sought is exempt from garnishment

The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you think you do not owe the money to the Government.  If you do not request a hearing within 20 days of receiving this notice, your property may be sold at public auction and the proceeds of the sale paid on the debt you owe the Government.

If you think you live outside the Federal judicial district in which the Court is located, you may request, not later than 20 days after you receive this Notice, that this proceeding to take your property be transferred by the Court to the Federal judicial district in which you reside.  You must make your request in writing, and either mail or deliver the original to: Clerk of the Court, 901 19th Street, # A-105, Denver, CO 80294-3589.  You must also send a copy of your request to the Government at:  U.S. Attorney's Office, Attn: William B. Gillespie, Financial Litigation Unit, 1801 California Street, Suite 1600, Denver, CO 80202, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this Notice for your own records.  If you have any questions about your rights or about this procedure, you should contact a lawyer, or an office of public legal assistance.  The Clerk is not permitted to give legal advice.

JEFFREY P. COLWELL, Clerk
United States District Court

_____          By:     _____
Date                                                         Deputy Clerk

## NOTICE TO DEFENDANT ON
## HOW TO CLAIM EXEMPTIONS

The attached post-judgment process has been issued at the request of the United States of America

The law provides that certain property cannot be taken. Such property is said to be "exempted." This Notice lists the exemptions under Federal law and your state law. There is no exemption solely because you are having difficulty paying your debts.

If you claim an exemption, you should **(A)** fill out the Claim for Exemption Form and **(B)** deliver or mail the original form to the Clerk, U.S. District Court, District of Colorado, and one copy to counsel for the United States. You have a right to a hearing within five business days, or as soon as practicable, from the date you file your claim with the Court.

On the day of the hearing, you should come to Court ready to explain why your property is exempt, and you should bring any documents which may help you prove your case. If you do not come to Court at the designated time and prove that your property is exempt, you may lose some of your rights.

It may be helpful to you to seek the advice of an attorney in this matter.