IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER. COLORADO

APR 10 2020

JEFFREY P. COLWELL
CLERK

Criminal Case No. 18-CR-00508-CMA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

DANIEL B. RUDDEN,

     Defendant, and

PRESTIGE BODY SCULPTING, LLC,

     Garnishee.

---

## ANSWER OF THE GARNISHEE

---

I, _HENRY F. BLOCK_, the _INTERIM MANAGER_ of
     (Name)            (Title)

Garnishee PRESTIGE BODY SCULPTING, LLC, state under penalty of perjury as follows:

GARNISHEE IS (choose one):

☐ An Individual doing business in the name of _____.
☐ A partnership, ☐ LP, ☐ LLP, or ☑ LLC
☐ A corporation, organized under the laws of the State of _____.

On _APRIL 8th_, 2020, Garnishee was served with a Writ of Garnishment.

At the time Garnishee was served with the Writ, Garnishee had in its possession or control

the following property of the Defendant:

## 1.    Distributions and Any Other Property

Does the garnishee have custody, control or possession of any property now owed or to be paid in the future, in which the defendant has an interest?

☑ Yes or ☐ No      If yes, describe:

$331.00

_THREE HUNDRED THIRTY ONE DOLLARS_

2.      If Garnishee denies holding property subject to garnishment check and complete the applicable line below:

☐  Garnishee has the following objections, defenses, or set-offs:

_____

_____

☑ On the date the garnishee was served with the Writ, the garnishee was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property in which the defendant has an interest.

3.      Garnishee mailed the original Answer to:

Clerk, United States District Court
901 19th Street, #A-105
Denver, CO 80294-3589

and a copy of this Answer by first class mail to:

Office of United States Attorney
Attn: William B. Gillespie, Financial Litigation Unit
1801 California Street, Suite 1600
Denver, CO 80202

and to the Defendant:

Daniel B. Rudden
Register Number 44825-013
Leavenworth USP - SCP
P.O. Box 1000
Leavenworth, KS, 66048

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this ___8th___ day of ___April___, 2020.

_____
(Signature)

Henry F. Block
(Print Name)

303-810-9653
(Phone)

Subscribed and sworn to before me this
_____ day of _____ 20_____ .

_____
Notary Public  (Seal)
My Commission expires: _____

**HENRY F. BLOCK**
5455 Landmark Place #809
Greenwood Village, CO 80111

80294-250151

CLERK, UNITED STATES DISTRICT COURT
901 19th STREET, #A-105
DENVER, CO 80294-3589



DENVER CO 802
06 APR 20
PM 3L



stamps.com

US POSTAGE
CORRECTION
150 cents
80111

