IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 10 2020

JEFFREY P. COLWELL
CLERK

Criminal Case No. 18-CR-00508-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL B. RUDDEN,

    Defendant, and

DYNAMIC BODY SOLUTIONS 1, LLC,

    Garnishee.

---

## ANSWER OF THE GARNISHEE

---

I, __Henry F. Block__ (Name), the __Interim Manager__ (Title) of

Garnishee DYNAMIC BODY SOLUTIONS 1, LLC, state under penalty of perjury as follows:

GARNISHEE IS (choose one):

☐ An Individual doing business in the name of _____.
☐ A partnership, ☐ LP, ☐ LLP, or ☒ LLC
☐ A corporation, organized under the laws of the State of _____.

On __April 7th__, 2020, Garnishee was served with a Writ of Garnishment.

At the time Garnishee was served with the Writ, Garnishee had in its possession or control the following property of the Defendant:

1. **Distributions and Any Other Property**

Does the garnishee have custody, control or possession of any property, other than accounts, now owed or to be paid in the future, in which the defendant has an interest?

☑ Yes or ☐ No    If yes, describe:

$1550.00

FIFTEEN HUNDRED & FIFTY DOLLARS

2. If Garnishee <u>denies</u> holding property subject to garnishment check and complete the applicable line below:

☐ Garnishee has the following objections, defenses, or set-offs:

_____

_____

☑ On the date the garnishee was served with the Writ, the garnishee was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property in which the defendant has an interest.

3. Garnishee mailed the original Answer to:

   Clerk, United States District Court
   901 19th Street, #A-105
   Denver, CO 80294-3589

   and a copy of this Answer by first class mail to:

   Office of United States Attorney
   Attn: William B. Gillespie, Financial Litigation Unit
   1801 California Street, Suite 1600
   Denver, CO 80202

   and to the Defendant:

   Daniel B. Rudden
   Register Number 44825-013
   Leavenworth USP - SCP
   P.O. Box 1000
   Leavenworth, KS, 66048

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this __8th__ day of __April__, 2020.

_____
(Signature)

__Henry F. Block__
(Print Name)

__303-810-9553__
(Phone)

Subscribed and sworn to before me this _____ day of _____ 20_____.

_____
Notary Public  (Seal)
My Commission expires: _____

HENRY F. BLOCK
5455 Landmark Place #809
Greenwood Village, CO 80111

DENVER CO 800
08 APR 20
PM 3 L



80294-250151

Clerk, United States District Court
901 19th Street, #A-105
Denver, CO 80294-3589



stamps.com
US POSTAGE
CORRECTION
15.0 cents
80111

