IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-CR-00508-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DANIEL B. RUDDEN,

       Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT PURSUANT TO GENERAL ORDER 2020-7**

---

Pursuant to General Order 2020-7, Colette Tvedt enters her appearance on behalf of the Defendant, Daniel Rudden.

DATED at Denver, Colorado the 30th day of April 2020.

       Respectfully submitted,

       s/Colette Tvedt
       Colette Tvedt
       The Law Firm of Colette Tvedt LLC
       1600 Stout Street, Suite 1400
       Denver, CO 80202
       colette@tvedtlaw.com
       303-577-1633
       Attorney for Defendant Rudden

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2020, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT PURSUANT TO GENERAL ORDER 2020-7** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Assistant United States Attorneys:
Email:  Martha.Paluch@usdoj.gov;  rweber@usa.doj.gov


                                    s/ Leni Charles, Legal Assistant