IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-CR-00508-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DANIEL B. RUDDEN,

        Defendant

**EXHIBITS TO MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)**