| Inmate Name: | RUDDEN, DANIEL B | | | Reg #: | 44825-013 |
| Date of Birth: | 10/30/1946 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/07/2019 13:24 | Provider: | Liggett, Apryl RN | Facility: | LVN |

## Renew Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 818205-OKL | Lisinopril 10 MG Tab | 08/07/2019 13:24 | Take one tablet (10 MG) by mouth each day x 30 day(s) |
| 818204-OKL | metFORMIN 500 MG Tab | 08/07/2019 13:24 | Take one tablet (500 MG) by mouth twice daily x 30 day(s) |

## Reconciled Medications:

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| BOP | Continue | Rx | 818205-OKL | Lisinopril 10 MG Tab | Take one tablet (10 MG) by mouth each day |
| BOP | Continue | Rx | 818204-OKL | metFORMIN 500 MG Tab | Take one tablet (500 MG) by mouth twice daily |
| | | OTC | | No known OTCs | |

## Devices and Equipment Issued:

| Device/Equipment | Start Date | Stop Date | Obtained From |
|---|---|---|---|
| Eye Glasses | 08/07/2019 | | Personal |

## Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| PPD Reading | 08/09/2019 00:00 | Nurse |

## Disposition:

Follow-up at Sick Call as Needed

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/07/2019 | Counseling | Access to Care | Liggett, Apryl | Verbalizes Understanding |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes          **By:** Aulepp, Kristine DO/CD
**Telephone or Verbal order read back and verified.**

Completed by Liggett, Apryl RN on 08/07/2019 13:35
Requested to be cosigned by Aulepp, Kristine DO/CD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Medication Summary
## Historical

| | | |
|---|---|---|
| **Complex:** LVN--LEAVENWORTH USP | **Begin Date:** 08/07/2019 | **End Date:** 06/18/2020 |
| **Inmate:** RUDDEN, DANIEL B | **Reg #:** 44825-013 | **Quarter:** F05-023L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**                    Denied

## Active Prescriptions

Aspirin 81 MG EC Tab

Take one tablet (81 MG) by mouth each day for heart attack and stroke prevention

**Rx#:**  156456-LVN       **Doctor:** Aulepp, Kristine DO/CD

**Start:** 08/13/19       **Exp:** 08/12/20       **D/C:** 02/11/20       **Pharmacy Dispensings:** 180 TAB in 310 days

Aspirin 81 MG EC Tab

Take one tablet (81 MG) by mouth each day for heart attack and stroke prevention

**Rx#:**  162452-LVN       **Doctor:** Aulepp, Kristine DO/CD

**Start:** 02/11/20       **Exp:** 02/10/21       **Pharmacy Dispensings:** 150 TAB in 128 days

Lisinopril 10 MG Tab

Take one tablet (10 MG) by mouth each day

**Rx#:**  156200-LVN       **Doctor:** Aulepp, Kristine DO/CD

**Start:** 08/07/19       **Exp:** 09/06/19       **D/C:** 08/13/19       **Pharmacy Dispensings:** 0 TAB in 316 days

Lisinopril 10 MG Tab

Take one tablet (10 MG) by mouth each day

**Rx#:**  156453-LVN       **Doctor:** Aulepp, Kristine DO/CD

**Start:** 08/13/19       **Exp:** 08/12/20       **D/C:** 02/11/20       **Pharmacy Dispensings:** 180 TAB in 310 days

Lisinopril 10 MG Tab

Take one tablet (10 MG) by mouth each day

**Rx#:**  162453-LVN       **Doctor:** Aulepp, Kristine DO/CD

**Start:** 02/11/20       **Exp:** 02/10/21       **Pharmacy Dispensings:** 150 TAB in 128 days

Lisinopril 10 MG Tab

Take one tablet (10 MG) by mouth each day

**Rx#:**  818205-OKL       **Doctor:** Petry, G. MD/CD

**Start:** 07/16/19       **Exp:** 09/14/19       **D/C:** 08/07/19       **Pharmacy Dispensings:** 37 TAB in 338 days

metFORMIN HCl 500 MG Tab

Take one tablet (500 MG) by mouth twice daily

**Rx#:**  156201-LVN       **Doctor:** Aulepp, Kristine DO/CD

**Start:** 08/07/19       **Exp:** 09/06/19       **D/C:** 08/13/19       **Pharmacy Dispensings:** 0 TAB in 316 days

| Complex: | LVN--LEAVENWORTH USP | Begin Date: 08/07/2019 | End Date: 06/18/2020 |
|---|---|---|---|
| Inmate: | RUDDEN, DANIEL B | Reg #: 44825-013 | Quarter: F05-023L |

## Active Prescriptions

metFORMIN HCl  500 MG Tab

Take one tablet (500 MG) by mouth twice daily

**Rx#:** 156454-LVN     **Doctor:** Aulepp, Kristine DO/CD

**Start:** 08/13/19     **Exp:** 08/12/20     **D/C:** 02/11/20     **Pharmacy Dispensings:** 360 TAB in 310 days

metFORMIN HCl  500 MG Tab

Take one tablet (500 MG) by mouth twice daily

**Rx#:** 162454-LVN     **Doctor:** Aulepp, Kristine DO/CD

**Start:** 02/11/20     **Exp:** 02/10/21     **Pharmacy Dispensings:** 300 TAB in 128 days

metFORMIN HCl  500 MG Tab

Take one tablet (500 MG) by mouth twice daily

**Rx#:** 818204-OKL     **Doctor:** Petry, G. MD/CD

**Start:** 07/16/19     **Exp:** 09/14/19     **D/C:** 08/07/19     **Pharmacy Dispensings:** 74 TAB in 338 days

# Bureau of Prisons
## Health Services
## Immunizations

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Begin Date:** 08/07/2019 | | | **End Date:** | 06/18/2020 | | | | |
| **Reg #:** 44825-013 | | | **Inmate Name:** RUDDEN, DANIEL B | | | | | |

| Immunization | Immunization Date | Administered | Location | Dosage | Drug Mfg. | Lot # | Exp Date |
|---|---|---|---|---|---|---|---|
| Hepatitis A Series | | History Unknown | | | | | |
| Orig Entered: 08/14/2019 08:43 EST | | Gregory, J. FNP-C | | | | | |
| Hepatitis B Series | | History Unknown | | | | | |
| Orig Entered: 08/14/2019 08:43 EST | | Gregory, J. FNP-C | | | | | |
| Influenza - Immunization Quadrivalent | 10/02/2019 | Now | Right Deltoid | 0.5mL | GSK | HY2XM | 06/30/2020 |
| Orig Entered: 10/07/2019 12:46 EST | | Hannah, Angela RN | | | | | |
| Influenza - Quadrivalent | 10/02/2019 | Now | Right Deltoid | 0.5mL | GSK | HY2XM | 06/30/2020 |
| Orig Entered: 10/02/2019 14:01 EST | | Petersen, T PA-C | | | | | |
| Measles/Mumps/Rubella Series | | History Unknown | | | | | |
| Orig Entered: 08/14/2019 08:43 EST | | Gregory, J. FNP-C | | | | | |
| Pneumococcal conjugate | 09/09/2019 | Now | Right Deltoid | 0.5mL | Wyeth | X49147 | 11/30/2020 |
| Orig Entered: 09/09/2019 11:29 EST | | Rice, Elizabeth RN | | | | | |
| Smallpox Series | | History Unknown | | | | | |
| Orig Entered: 08/14/2019 08:43 EST | | Gregory, J. FNP-C | | | | | |
| Tdap | | History Unknown | | | | | |
| Orig Entered: 08/14/2019 08:43 EST | | Gregory, J. FNP-C | | | | | |
| Varicella Series | | History Unknown | | | | | |
| Orig Entered: 08/14/2019 08:43 EST | | Gregory, J. FNP-C | | | | | |

**Total:** 9

# Bureau of Prisons
## Health Services
## Patient Education Assessments & Topics

| Reg #: 44825-013 | Inmate Name: RUDDEN, DANIEL B |
|---|---|

## Assessments

| Assessment | Learns Best By | Primary Language | Years of Education | Barriers To Education | Provider |
|---|---|---|---|---|---|
| 08/07/2019 | One to One | English | 16 | None | Liggett, Apryl |
| | Orig Entered: 08/07/2019 14:24 EST   Liggett, Apryl | | | | |

**Total:** 1

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 02/14/2020 | Counseling | Access to Care | Verbalizes Understanding | Gregory, J. |
| | Orig Entered: 02/14/2020 14:39 EST   Gregory, J. | | | |
| 02/11/2020 | Counseling | Plan of Care | Verbalizes Understanding | Aulepp, Kristine |
| | Orig Entered: 02/11/2020 10:49 EST   Aulepp, Kristine | | | |
| 08/26/2019 | Medication | Lisinopril 10 MG Tab | Pharmacy No participation | Gregory, J. |
| | Orig Entered: 08/26/2019 16:07 EST   Gregory, J. | | | |
| 08/26/2019 | Medication | metFORMIN HCl  500 MG Tab | Pharmacy No participation | Gregory, J. |
| | Orig Entered: 08/26/2019 16:07 EST   Gregory, J. | | | |
| 08/26/2019 | Medication | Aspirin 81 MG EC Tab | Pharmacy No participation | Gregory, J. |
| | Orig Entered: 08/26/2019 16:07 EST   Gregory, J. | | | |
| 08/19/2019 | Counseling | Access to Care | Verbalizes Understanding | Gabriel, Tara |
| | Orig Entered: 08/19/2019 09:35 EST   Gabriel, Tara | | | |
| 08/13/2019 | Counseling | Plan of Care | Verbalizes Understanding | Aulepp, Kristine |
| | Orig Entered: 08/13/2019 11:26 EST   Aulepp, Kristine | | | |
| 08/07/2019 | Counseling | Access to Care | Verbalizes Understanding | Liggett, Apryl |
| | Orig Entered: 08/07/2019 14:35 EST   Liggett, Apryl | | | |

**Total:** 8

## Bureau of Prisons
## Health Services
## Health Problems

Reg #: 44825-013                     Inmate Name:  RUDDEN, DANIEL B

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|

### Current

**Type 2 diabetes mellitus**
08/13/2019 11:22 EST  Aulepp, Kristine DO/CD

| | | ICD-10 | E119 | 08/13/2019 | Current | |

**Other peripheral vertigo**
02/14/2020 14:38 EST  Gregory, J. FNP-C

| | | ICD-10 | H81399 | 02/14/2020 | Current | |

**Essential (primary) hypertension**
08/13/2019 11:22 EST  Aulepp, Kristine DO/CD

| | | ICD-10 | I10 | 08/13/2019 | Current | |

**Total:** 3

## Bureau of Prisons
## Health Services
## Vitals All

| | | | | |
|---|---|---|---|---|
| **Begin Date:** 08/07/2019 | | | **End Date:** | 06/18/2020 |
| **Reg #:** 44825-013 | | | **Inmate Name:** | RUDDEN, DANIEL B |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/14/2020 | 13:29 LVN | 58 | | | Gregory, J. FNP-C |
| | Orig Entered: 02/14/2020 14:30 EST | | Gregory, J. FNP-C | | |
| 02/11/2020 | 09:45 LVN | 58 | | | Aulepp, Kristine DO/CD |
| | Orig Entered: 02/11/2020 10:46 EST | | Aulepp, Kristine DO/CD | | |
| 08/14/2019 | 07:40 LVN | 58 | | | Gregory, J. FNP-C |
| | Orig Entered: 08/14/2019 08:43 EST | | Gregory, J. FNP-C | | |
| 08/13/2019 | 10:20 LVN | 64 | | | Aulepp, Kristine DO/CD |
| | Orig Entered: 08/13/2019 11:21 EST | | Aulepp, Kristine DO/CD | | |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/11/2020 | 09:45 LVN | 16 | Aulepp, Kristine DO/CD |
| | Orig Entered: 02/11/2020 10:46 EST | | Aulepp, Kristine DO/CD |
| 08/14/2019 | 07:40 LVN | 14 | Gregory, J. FNP-C |
| | Orig Entered: 08/14/2019 08:43 EST | | Gregory, J. FNP-C |
| 08/13/2019 | 10:20 LVN | 16 | Aulepp, Kristine DO/CD |
| | Orig Entered: 08/13/2019 11:21 EST | | Aulepp, Kristine DO/CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/25/2020 | 07:22 LVN | 136/78 | Left Arm | Sitting | Adult-large | Rice, Elizabeth RN |
| | Orig Entered: 02/25/2020 08:23 EST | | Rice, Elizabeth RN | | | |
| 02/14/2020 | 13:29 LVN | 166/89 | | | | Gregory, J. FNP-C |
| | Orig Entered: 02/14/2020 14:30 EST | | Gregory, J. FNP-C | | | |
| 02/11/2020 | 09:45 LVN | 159/80 | | | | Aulepp, Kristine DO/CD |
| | Orig Entered: 02/11/2020 10:46 EST | | Aulepp, Kristine DO/CD | | | |
| 08/14/2019 | 07:40 LVN | 141/79 | | | | Gregory, J. FNP-C |
| | Orig Entered: 08/14/2019 08:43 EST | | Gregory, J. FNP-C | | | |
| 08/13/2019 | 10:20 LVN | 135/82 | | | | Aulepp, Kristine DO/CD |
| | Orig Entered: 08/13/2019 11:21 EST | | Aulepp, Kristine DO/CD | | | |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 02/11/2020 | 09:45 LVN | 70.0 | 177.8 | Aulepp, Kristine DO/CD |
| | Orig Entered: 02/11/2020 10:46 EST | | Aulepp, Kristine DO/CD | |
| 08/14/2019 | 07:40 LVN | 70.0 | 177.8 | Gregory, J. FNP-C |
| | Orig Entered: 08/14/2019 08:43 EST | | Gregory, J. FNP-C | |
| 08/13/2019 | 10:20 LVN | 70.0 | 177.8 | Aulepp, Kristine DO/CD |
| | Orig Entered: 08/13/2019 11:21 EST | | Aulepp, Kristine DO/CD | |

| Begin Date: | 08/07/2019 | | | End Date: | 06/18/2020 |
| Reg #: | 44825-013 | | | Inmate Name: | RUDDEN, DANIEL B |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 02/11/2020 | 09:45 LVN | 184.0 | 83.5 | | Aulepp, Kristine DO/CD |
| | **Orig Entered:** 02/11/2020 10:46 EST | | | Aulepp, Kristine DO/CD | |
| 08/14/2019 | 07:40 LVN | 200.0 | 90.7 | | Gregory, J. FNP-C |
| | **Orig Entered:** 08/14/2019 08:43 EST | | | Gregory, J. FNP-C | |
| 08/13/2019 | 10:20 LVN | 201.0 | 91.2 | | Aulepp, Kristine DO/CD |
| | **Orig Entered:** 08/13/2019 11:21 EST | | | Aulepp, Kristine DO/CD | |

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: RUDDEN, DANIEL B | | Reg #: 44825-013 |
| Date of Birth: 10/30/1946 | Sex: M Race: WHITE | Facility: LVN |
| Encounter Date: 08/13/2019 10:19 | Provider: Aulepp, Kristine DO/CD | Unit: F04 |

Chronic Care - 14 Day Physician Eval encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Aulepp, Kristine DO/CD

    **Chief Complaint:** Chronic Care Clinic

    **Subjective:**    Pt seen in CCC. New to LVN and BOP.

       Hx of DM. Diagnosed in June of this year. Just started on metformin. Will update labs. Will add ASA.

       Hx of HTN. Also diagnosed in June. On lisinopril. BP at goal today.

       No chest pain or shortness of breath.

       Last colonoscopy was 20 years ago. Will schedule FOB testing.

       Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

    **Pain:**    No

**Seen for clinic(s):** Hypertension, Diabetes

**Added to clinic(s):** Hypertension, Diabetes

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/13/2019 | 10:20 LVN | 64 | | | Aulepp, Kristine DO/CD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/13/2019 | 10:20 LVN | 16 | Aulepp, Kristine DO/CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/13/2019 | 10:20 LVN | 135/82 | | | | Aulepp, Kristine DO/CD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 08/13/2019 | 10:20 LVN | 70.0 | 177.8 | Aulepp, Kristine DO/CD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 08/13/2019 | 10:20 LVN | 201.0 | 91.2 | | Aulepp, Kristine DO/CD |

**Exam:**

    **General**

       **Appearance**

          Yes: Appears Well, Alert and Oriented x 3

    **Pulmonary**

| Inmate Name: | RUDDEN, DANIEL B | | | Reg #: | 44825-013 |
|---|---|---|---|---|---|
| Date of Birth: | 10/30/1946 | Sex: | M   Race:  WHITE | Facility: | LVN |
| Encounter Date: | 08/13/2019 10:19 | Provider: | Aulepp, Kristine DO/CD | Unit: | F04 |

**Exam:**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR)

**Peripheral Vascular**

**General**

Yes: Within Normal Limits

**Exam comments**

Diabetic foot exam:
Inspection - normal.  No skin break down.  No ulcers.  No callus formation.
Sensation - normal.  Intact sensation.
Vascular - normal.  2+ pulses

**ASSESSMENT:**

Essential (primary) hypertension, I10 - Current

Type 2 diabetes mellitus, E119 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Aspirin 81 MG Tablet (365 day) | 08/13/2019 10:19 | 81mg Orally  -   daily x 365 day(s) |

**Indication:** Type 2 diabetes mellitus

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 156200-LVN | Lisinopril 10 MG Tab | 08/13/2019 10:19 | Take one tablet (10 MG) by mouth each day x 365 day(s) -- put on profile |

**Indication:**  Essential (primary) hypertension

| 156201-LVN | metFORMIN  500 MG Tab | 08/13/2019 10:19 | Take one tablet (500 MG) by mouth twice daily x 365 day(s) -- put on profile |
|---|---|---|---|

**Indication:**  Type 2 diabetes mellitus

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC | One Time | 08/28/2019 00:00 | Routine |
| Lab Tests - Short List-General-Hep B core Ab, Total | | | |
| Lab Tests - Short List-General-Hep B surface Ab | | | |
| Lab Tests - Short List-General-Hep B surface Ag | | | |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-Microalbumin, urine random | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-HIV 1/2 | | | |
| Lab Tests - Short List-General-Hep C Ab | | | |
| Lab Tests - Short List-General-Comprehensive | | | |

| Inmate Name: | RUDDEN, DANIEL B | | | Reg #: | 44825-013 |
|---|---|---|---|---|---|
| Date of Birth: | 10/30/1946 | Sex: | M   Race:  WHITE | Facility: | LVN |
| Encounter Date: | 08/13/2019 10:19 | Provider: | Aulepp, Kristine DO/CD | Unit: | F04 |

Metabolic Profile (CMP)
Lab Tests - Short List-General-Hemoglobin A1C   One Time         01/29/2020 00:00         Routine
Lab Tests - Short List-General-Comprehensive
Metabolic Profile (CMP)

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-PA/Lateral | One Time | | 08/30/2019 | Routine |

      **Specific reason(s) for request (Complaints and findings):**

      HTN

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Optometry | 11/11/2019 | 11/11/2019 | Routine | No | |

      **Subtype:**

      Onsite Eval

      **Reason for Request:**

      New pt with HTN.  Needs baseline fundo.

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| EKG | One Time | | HTN | Aulepp, Kristine DO/CD |

      **Order Date:**         08/13/2019

**Disposition:**

    Follow-up at Sick Call as Needed
    Follow-up at Chronic Care Clinic as Needed

**Other:**

    CCC in 6-12 months or sooner if needed.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/13/2019 | Counseling | Plan of Care | Aulepp, Kristine | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Aulepp, Kristine DO/CD on 08/13/2019 10:26

| Inmate Name: | RUDDEN, DANIEL B | | | Reg #: | 44825-013 |
| Date of Birth: | 10/30/1946 | Sex: | M    Race:  WHITE | Facility: | LVN |
| Encounter Date: | 08/14/2019 07:32 | Provider: | Gregory, J. FNP-C | Unit: | F04 |

**Potential Items For Follow-up:**

**Item**

Diabetes History

Hypertension History

Current Painful Condition

Eye Glasses

Rectum Not Done

PPD Administration Not Performed


**Cleared For Food Services:**  Yes

**Health Problems Newly Identified During This Encounter:**

Health Problem

**Other:**

Diabetic foot exam:
Inspection - normal.  No skin break down.  No ulcers.  No callus formation.
Sensation - normal.  Intact sensation.
Vascular - normal.  2+ pulses

reports some tingling.

**Disposition:**

Follow-up at Sick Call as Needed

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:**  Yes

**Telephone/Verbal Order:**  No

Completed by Gregory, J. FNP-C on 08/14/2019 08:09

Requested to be cosigned by  Aulepp, Kristine DO/CD.

Cosign documentation will be displayed on the following page.

| Inmate Name: | RUDDEN, DANIEL B | | | Reg #: | 44825-013 |
|---|---|---|---|---|---|
| Date of Birth: | 10/30/1946 | Sex: | M   Race:  WHITE | Facility: | LVN |
| Encounter Date: | 08/14/2019 07:32 | Provider: | Gregory, J. FNP-C | Unit: | F04 |

**ROS:**

    **Hair**

        Yes: Within Normal Limits

    **HEENT**

        **Ears**

            Yes: Within Normal Limits

        **Eyes**

            Yes: Within Normal Limits

        **Mouth**

            Yes: Within Normal Limits

    **Cardiovascular**

        **General**

            Yes: Within Normal Limits

    **Pulmonary**

        **Respiratory System**

            Yes: Within Normal Limits

    **GI**

        **General**

            Yes: Within Normal Limits

    **GU**

        **General**

            Yes: Within Normal Limits

    **Musculoskeletal**

        **General**

            Yes: Knee Pain, Shoulder Pain

    **Food Handler's Exam**

        **General**

            Yes: Cleared for Food Service

            No: Hx of Hepatitis (if Yes, enter type in comments), Hx of HIV

**Head:**

    **Normal:**   Yes

    **Comments:**

| Inmate Name: | RUDDEN, DANIEL B | | | Reg #: | 44825-013 |
|---|---|---|---|---|---|
| Date of Birth: | 10/30/1946 | Sex: | M    Race:  WHITE | Facility: | LVN |
| Encounter Date: | 08/14/2019 07:32 | Provider: | Gregory, J. FNP-C | Unit: | F04 |

**Eyes:**

> **EOMI:** Yes
>
> **Icterus:** No
>
> **Conjunctival Inflammation:** No
>
> **Pupils PERRLA:** Yes
>
> **Pupil Size Rt:**
>
> **Pupil Size Lt:**
>
> **Pupils Comments:**
>
> **Fundi Vessels Nicking:** No
>
> **Fundi Vessels Discs Flat:** Yes
>
> **Fundi Vessels Discs Sharp Margins:** Yes
>
> **Fundi Vessels Grounds Abnormal:** No
>
> **Eyes Comments:**

**Vision Screen**      08/14/2019 07:46

> **Blindness:**                                          **With Corrective**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Distance Vision:** OD: | OS: | OU: | | OD: 40 | OS  30 | OU: 30 |
| **Near Vision:** OD: | OS: | OU: | | OD: | OS: | OU: |

> **Ishihara Color Test:**
>
> **Tonometry:**   L:              R:
>
> **Comments:**

**Ears:**

> **Right Ear:**  Canal patent
>
> **Left Ear:**   Canal patent
>
> **Ears Comments:**

**Nose:**

> **Nares Patent:** Yes
>
> **Septum Midline:** Yes
>
> **Septum Intact:** Yes
>
> **Drainage/Discharge:** No
>
> **Polyps:** No
>
> **Nose Comments:**

**Date**          **Time**          **Rate Per Minute** **Provider**

**Blood Pressure:**

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|
| 08/14/2019 | 07:40 LVN | 141/79 | | | | Gregory, J. FNP-C |

**Height:**

| **Date** | **Time** | **Inches** | **Cm** | **Provider** |
|---|---|---|---|---|
| 08/14/2019 | 07:40 LVN | 70.0 | 177.8 | Gregory, J. FNP-C |

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 08/14/2019 | 07:40 LVN | 200.0 | 90.7 | | Gregory, J. FNP-C |

**Prosthetic Devices/Equipment:**

| **Device/Equipment** | **Obtained From** |
|---|---|
| Eye Glasses | Personal |

    **Comments:**

**Tobacco Usage: Denied**

**General Social History:**

  **Foreign Travel:**
  **Born in USA:** Yes
  **Country of Birth:** USA

**Family History - Father:**

  **Age at Death:** 51
  **Cause of Death:** Cancer
  **Significant Illnesses:**


  **Comments:**

**Family History - Mother:**

  **Age at Death:** 87
  **Cause of Death:** natural causes.
  **Significant Illnesses:**


  **Comments:**

**Family History - Sibling:**

  **Number of Siblings:**
  **Significant Illnesses:**


  **Comments:**

**ROS:**

  **General**

    **Constitutional Symptoms**

      No: Chills, Easily Tired, Fatigue

  **Integumentary**

# Bureau of Prisons
## Health Services
## History & Physical

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | RUDDEN, DANIEL B | | | Reg #: | 44825-013 |
| Date of Birth: | 10/30/1946 | Sex: | M    Race: WHITE | Facility: | LVN |
| Encounter Date: | 08/14/2019 07:32 | Provider: | Gregory, J. FNP-C | Unit: | F04 |

**Seizures:** Denied

**Diabetes:**

   **Type:** Non-Insulin Dependent

   **Age of Onset:** Adult (> 70 Years)

   **Comments:** Diagnosed in June 2019

**Cardiovascular:** Denied

**CVA:** Denied

**Hypertension:**

   **Age of Onset:** Adult (> 70 Years)

   **Comments:** Diagnosed in June 2019

**Respiratory:** Denied

**Sickle Cell Anemia:** Denied

**Carcinoma/Lymphoma:** Denied

**Allergies:** Denied

**Tuberculosis:**

   **Hx of Previous Disease:** No

   **Blood-tinged Sputum:** No

   **Night Sweats:** No

   **Weight Loss:** No

   **Fever:** No

   **Cough:** No

   **Comments:**

**Infectious Disease Risk Factors:**

   **IV Drug Use:** No

   **IV Drug Use Needles:**

   **Sexual Partner IV Drug Use:** No

   **Sexual Partner IV Drug Use Needles:**

   **Female Sexual Partners (Last 5 Yrs):** 2-5

   **Male Sexual Partners (Last 5 Yrs):** 0

   **Condom Use:** Never

   **Sexual Contact With HIV+ Individual:** No

   **Blood Product Transfusion:** No

   **Travel Outside US:** No

   **Tattoos:** No

   **Comments:**

| Inmate Name: | RUDDEN, DANIEL B | | | Reg #: | 44825-013 |
| Date of Birth: | 10/30/1946 | Sex: | M   Race: WHITE | Facility: | LVN |
| Encounter Date: | 08/14/2019 07:32 | Provider: | Gregory, J. FNP-C | Unit: | F04 |

**HIV History:**                    Denied

**Hepatitis:**                       Denied

**Other Infectious Diseases:**       Denied

**Abuse History:** Denied

   **Physical:** No

   **Emotional:** No

   **Sexual:** No

   **Comments:** Denies

**Mental Health:**

   **Level of Consciousness:** Alert and Oriented

   **Psychomotor Activity:** Normal

   **General Appearance:** Normal

   **Behavior:** Cooperative

   **Mood:** Appropriate to Content

   **Thought Process:** Goal Directed

   **Thought Content:** Normal

   **Hx of Mental Health Treatment:** None

   **Hx of Head Injury:** None

   **Current Mental Health Treatment:** No

   **Current Mental Health Complaint:** No

   **Hx of Loss of Consciousness:** No

   **Hx of Hearing Voices:** No

   **Past History of Suicide Attempt:** No

   **Current Suicide Ideation:** No

   **Suicide Prevention Initiated:** No

   **Comments:** Denies suicidal ideations.

**Substance Use History:** Denied

**Current Painful Condition:**

   **Location:**                    bilateral knee OA and left shoulder.

**Other Health Issues:**

   **Current Medical Conditions:**

   **Other Current Treatments:**

**Pregnant:**                    N/A

**Dental Condition:** Denied

# Bureau of Prisons
# Health Services
# Dental Health History Screen

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | RUDDEN, DANIEL B | | | Reg #: | 44825-013 |
| Date of Birth: | 10/30/1946 | Sex: | M   Race:   WHITE | Facility: | LVN |
| Encounter Date: | 08/19/2019 08:32 | Provider: | Gabriel, Tara DDS | Unit: | F04 |

**ASSESSMENTS:**

**Health Problems as of Dental Health History Encounter date:** 08/19/2019 08:32
**Health Problems**

| Health Problem | Status |
|---|---|
| Type 2 diabetes mellitus | Current |
| Essential (primary) hypertension | Current |

**Medical History as of Dental Health History Encounter date:** 08/19/2019 08:32
**Medical History:**

**Allergies:** Denied

**Seizures:** Denied

**Diabetes:**

   **Type:** Non-Insulin Dependent

   **Age of Onset:** Adult (> 70 Years)

   **Comments:** Diagnosed in June 2019

**Cardiovascular:** Denied

**CVA:** Denied

**Hypertension:**

   **Age of Onset:** Adult (> 70 Years)

   **Comments:** Diagnosed in June 2019

**Respiratory:** Denied

**Sickle Cell Anemia:** Denied

**Carcinoma/Lymphoma:** Denied

**HIV History:** Denied

**Hepatitis:** Denied

**Other Infectious Diseases:** Denied

**Other Health Issues:**

   **Other Medical Conditions And Treatment:**

   **Current Medical Conditions:**

   **Other Current Treatments:**

**Pregnant:** N/A

**Dental Observations as of Dental Health History Encounter date:** 08/19/2019 08:32

          **History:**

| | |
|---|---|
| **Alcohol:** | No |
| **Methamphetamine:** | No |
| **Tobacco products:** | No |
| **Other drugs:** | No |

| Inmate Name: | RUDDEN, DANIEL B | | | Reg #: | 44825-013 |
|---|---|---|---|---|---|
| Date of Birth: | 10/30/1946 | Sex: M | Race: WHITE | Facility: | LVN |
| Encounter Date: | 08/19/2019 08:32 | Provider: | Gabriel, Tara DDS | Unit: | F04 |

| | |
|---|---|
| **Sensitive teeth:** | No |
| **Bleeding gums:** | No |
| **Food impaction:** | Yes |
| **Pain around ear:** | No |
| **Toothache:** | No |
| **Wear partial dentures:** | No |
| **Unusual sounds while eating:** | No |
| **Snoring:** | No |
| **Blisters on lips or mouth:** | No |
| **Clenching or grinding:** | No |
| **Swelling or lumps in mouth/throat:** | No |
| **Burning tongue:** | No |
| **Bad breath:** | No |
| **Decayed teeth:** | No |
| **Loose teeth:** | No |
| **Wear dentures:** | No |
| **None:** | No |
| **Comments:** | |
| **Cardiac Condition Requiring Prophylaxis:** | No |
| **Prosthetic joint(s):** | No |
| **Radiation history of head or neck:** | No |
| **Excessive bleeding:** | No |
| **Bisphosphonates:** | No |
| **Comments:** | |

**Medications as of Dental Health History Encounter date:**     08/19/2019 08:32
**Medications:**
   Aspirin 81 MG EC Tab  Exp: 08/12/2020  SIG: Take one tablet (81 MG) by mouth each day for heart attack and stroke prevention
   Lisinopril 10 MG Tab  Exp: 08/12/2020  SIG: Take one tablet (10 MG) by mouth each day
   metFORMIN  500 MG Tab  Exp: 08/12/2020  SIG: Take one tablet (500 MG) by mouth twice daily

**OTCs:  Listing of all known OTCs this inmate is currently taking.**

**Disposition:**
   Dental Routine Tx List Request to Be Submitted

**Other:**
   Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| **Date Initiated  Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|



**Federal Bureau of Prisons**

## FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | | |
|---|---|---|---|
| **Name** RUDDEN, DANIEL | **Facility** USP Leavenworth | **Collected** 08/21/2019 06:10 | |
| **Reg #** 44825-013 | **Order Unit** F04-002L | **Received** 08/22/2019 10:56 | |
| **DOB** 10/30/1946 | **Provider** Kristine  Aulepp, DO | **Reported** 08/22/2019 14:52 | |
| **Sex** M | | **LIS ID** 225191743 | |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 141 | 136-146 | mmol/L |
| Potassium | | 4.0 | 3.6-4.9 | mmol/L |
| Chloride | | 104 | 98-108 | mmol/L |
| CO2 | | 22 | 22-29 | mmol/L |
| BUN | | 10 | 7-24 | mg/dL |
| Creatinine | | 0.74 | 0.60-1.20 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.6 | 8.6-10.4 | mg/dL |
| Glucose | H | 155 | 70-110 | mg/dL |
| AST | | 23 | 10-37 | U/L |
| ALT | | 18 | 8-40 | U/L |
| Alkaline Phosphatase | | 68 | 49-126 | U/L |
| Bilirubin, Total | | 0.8 | 0.1-1.1 | mg/dL |
| Total Protein | | 6.9 | 6.3-8.3 | g/dL |
| Albumin | | 4.3 | 3.5-5.0 | g/dL |
| Globulin | | 2.6 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | | 1.65 | 1.00-2.30 | |
| Anion Gap | | 14.5 | 9.0-19.0 | |
| BUN/Creat Ratio | | 13.5 | 5.0-30.0 | |
| Cholesterol | | 156 | 50-200 | mg/dL |
| Triglycerides | | 122 | <150 | mg/dL |
| HDL Cholesterol | | 43 | 40-60 | mg/dL |
| LDL Cholesterol (calc) | | 89 | 0-130 | mg/dL |
| Chol/HDL Ratio | | 3.6 | 0.0-4.0 | |

## HEMATOLOGY

| | | | |
|---|---|---|---|
| WBC | 5.3 | 3.5-10.5 | K/uL |
| RBC | 4.90 | 4.10-6.00 | M/uL |
| Hemoglobin | 15.4 | 12.0-17.5 | g/dL |
| Hematocrit | 45.0 | 38.8-50.0 | % |
| MCV | 91.8 | 76.0-100.0 | fL |
| MCH | 31.4 | 27.0-33.0 | pg |
| MCHC | 34.2 | 28.0-36.0 | g/dL |
| RDW-CV | 13.0 | 12.0-15.0 | % |
| Platelet | 256 | 150-450 | K/uL |

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical



Federal
Bureau of
Prisons

# FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | |
|---|---|
| **Name** RUDDEN, DANIEL | **Facility** USP Leavenworth |
| **Reg #** 44825-013 | **Order Unit** F04-002L |
| **DOB** 10/30/1946 | **Provider** Kristine Aulepp, DO |
| **Sex** M | |

| | |
|---|---|
| **Collected** 08/21/2019 06:10 | |
| **Received** 08/22/2019 10:56 | |
| **Reported** 08/22/2019 14:52 | |
| **LIS ID** 225191743 | |

## HEMATOLOGY

| MPV | H | 10.7 | 6.9-10.5 | fL |
|---|---|---|---|---|

## HEMOGLOBIN A1C

| Hemoglobin A1C | H | 6.9 | <5.7 | % |
|---|---|---|---|---|

5.7 - 6.4  Increased Risk
  > 6.4  Diabetes

## HEPATITIS

| Hep B Surface Ag | Non-Reactive | Non-Reactive |
|---|---|---|
| Hep B Surface Ab | Non-Reactive | Non-Reactive |
| Hep B Core Ab Total | Non-Reactive | Non-Reactive |
| Hep C Ab | Non-Reactive | Non-Reactive |

---

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical



Federal
Bureau of
Prisons

# FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** RUDDEN, DANIEL | **Facility** USP Leavenworth | **Collected** 08/21/2019 06:10 |
| **Reg #** 44825-013 | **Order Unit** F04-002L | **Received** 08/22/2019 10:56 |
| **DOB** 10/30/1946 | **Provider** Kristine  Aulepp, DO | **Reported** 08/22/2019 13:17 |
| **Sex** M | | **LIS ID** 225191743 |

| CHEMISTRY, URINE | | | |
|---|---|---|---|
| Microalbumin, Urine Random | 13 | 0-17 | mg/L |

---

**FLAG LEGEND**     L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal  A! =Abnormal Critical

BP-A0360
JUN 10

# HEALTH INTAKE ASSESSMENT/HISTORY CDFRM   PART 1

## U.S. DEPARTMENT OF JUSTICE                FEDERAL BUREAU OF PRISONS

| Inmate Name: Daniel B Rudden | Register No: | Institution: |
|---|---|---|

Inmate Received From:   ☐ Court   ☒ Jail   ☐ Self-surrender   ☐ Other _____

**INMATE: PLEASE COMPLETE ITEMS 1-14.**
For non-English speaking, template provided in:   ☐ Spanish   ☐ Other _____

**1. MEDICATIONS:** Please list all current medications, doses, and date/time last taken:

| |
|---|
| Diabetes Twice Daily |
| high and pressure Once Daily |
| |

**2. ALLERGIES:** Please check any allergies you have had.

| ☐ Medications: | |
|---|---|
| ☐ Foods (list): | ☐ Other: |

**3. MEDICAL ILLNESSES:** Please check any conditions you currently have or have had in the past.

| ☐ Heart attack/disease | ☐ Blood clot | ☐ Angina | ☒ Diabetes | ☐ Sickle cell disease |
|---|---|---|---|---|
| ☐ Lung disease | ☐ Asthma | ☐ Stroke | ☒ High blood pressure | ☐ Seizures/Epilepsy |
| ☐ Cancer  Type:_____  When:_____ | | ☐ Other _____ | | |

**4. INFECTIOUS DISEASE:** Please check any conditions you currently have or have had in the past.

| ☐ Positive TB skin test | ☐ Tuberculosis   ☐ Cough up blood   ☐ Persistent cough- how long?_____ | | ☐ Night sweats |
|---|---|---|---|
| ☐ Chickenpox or shingles | ☐ Gonorrhea | ☐ Chlamydia | ☐ Do you currently have a rash, open sore or wound?  Where: _____ |
| ☐ HIV (how long) _____ | ☐ Hepatitis (Type): _____ | ☐ Herpes | ☐ Blood transfusion |
| ☐ Recent travel outside US: When: _____ Where: _____ | ☐ Syphilis ☐ Treated? When: _____ Where: _____ | | When: _____ Why: _____ |

Are you at risk for HIV and/or hepatitis due to sharing needles, high-risk sex or tattooing?
☐ Yes   ☐ No   ☐ Don't know
**(If you do not know, please discuss any concerns with a health care provider and request testing if appropriate)**

**5. NERVOUS CONDITIONS:** Please check any conditions you currently have or have had in the past.

| Have you ever had a mental illness? ☒ No   ☐ Yes   Specify: | | |
|---|---|---|
| ☐ Suicidal thoughts When: _____ | ☐ Head injury When: _____ How: _____ | ☐ Loss of Consciousness When: _____ How: _____ |
| ☐ Suicide Attempt   When: _____ | | How: _____ |

**6. DRUGS AND ALCOHOL:** Are you now using, or have you in the past used any of the following:

| SUBSTANCE | HOW USED (Needle, Smoked, Snorted, Pills) | DATE OF LAST USE |
|---|---|---|
| ☐ Tranquilizers (Valium, Xanax, etc) | | |
| ☐ Opiates (Heroin, Methadone, Oxycontin, Vicodin, other) | | |
| ☐ Barbituates (phenobarbital,  Seconal, other) | | |
| ☐ LSD/Hallucinogens/PCP | | |
| ☐ Marijuana | | |
| ☐ Other | | |

| Ord. Date 07/18/19 | RUDDEN, DANIEL | | Petry, G. MD/CO |
|---|---|---|---|
| | 44825-013 | BDH      E08 | (0) Refills |
| Exp. Date 09/14/19 | **Take one tablet (10 MG) by mouth each day **bus*** | | |

#7 TAB
818205-OKL   Lisinopril 10 MG Tab

| Ord. Date 07/13/19 | RUDDEN, DANIEL | | Petry, G. MD/CO |
|---|---|---|---|
| | 44825-013 | BDH      E08 | (0) Refills |
| Exp. Date 09/14/19 | **Take one tablet (500 MG) by mouth twice daily **bus*** | | |

#14 TAB
818204-OKL   metFORMIN  500 MG Tab

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | RUDDEN, DANIEL B | | | Reg #: | 44825-013 |
| Date of Birth: | 10/30/1946 | Sex: | M Race: WHITE | Facility: | LVN |
| Note Date: | 09/09/2019 10:29 | Provider: | Rice, Elizabeth RN | Unit: | F04 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE 1** **Provider:** Rice, Elizabeth RN

Ear lavage completed, all wax in right ear removed, no wax in left ear

**Copay Required:** No       **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Rice, Elizabeth RN on 09/09/2019 10:31

**Alcohol History:** Please complete the following:

| Type used: (beer, wine, vodka, etc.) | How often:(daily, weekly) | Usual Amount | Date of last drink |
|---|---|---|---|
| None | | | |

Have you ever had, or are you now having, any withdrawal symptoms when you have stopped using drugs or alcohol:
☐ No    ☐ Yes
If yes, please describe: _____

**Do you use:**

| Tobacco:  ☐ Yes  ☒ No    How much? _____ Pack/Day    How long? _____ Years |
|---|

**7.  PAIN ASSESSMENT:**

| Do you currently suffer from any painful condition?    ☐ No    ☒ Yes - Location: Left knee |
|---|

**8.  DENTAL:** Do you currently have any of the following:

| ☐ Pain in teeth or mouth | ☐ Swelling in mouth, jaws, or neck | ☐ Dental emergency which you feel must be addressed immediately |
|---|---|---|

**9.  HISTORY OF ABUSE:** Please complete the following: if applicable:                ☐ Not applicable

| TYPE OF ABUSE | WHAT AGE(s) OR WHEN |
|---|---|
| ☐ Physical | |
| ☐ Emotional | None |
| ☐ Sexual | |

**10.  FEMALE HEALTH:**  Women please complete the following:

| Date of last menstrual period:_____ # of Pregnancies: _____ | Are you pregnant now?: ☐ Yes  ☐ No  ☐ Don't know |
|---|---|
| Date of last pap smear:_____ Results:  ☐ Normal  ☐ Abnormal  ☐ Don't know | Have you ever had any of the following? (If yes, what year?) ☐ Abnormal Pap |
| Date of last mammogram:_____ Results:  ☐ Normal  ☐ Abnormal  ☐ Don't know | |
| Type of Birth Control: ☐ Birth Control Pills  ☐ IUD  ☐ Diaphragm  ☐ None  ☐ Other:_____ | ☐ Breast Biopsy |
| Are you taking hormones for menopause or after hysterectomy?  ☐ Yes  ☐ No | Check vaccinations you have had: ☐ Measles  ☐ Mumps  ☐ Rubella | ☐ Hysterectomy |

**11.  ALL INMATES - Please describe any other medical or mental health concerns you have:**

| Bad knees ~ |
|---|
| |
| |
| |
| |

**12.  DIET:**

| ☒ Diabetic | ☐ Low salt | ☐ Low fat | ☐ Vegetarian | ☐ Other _____ |
|---|---|---|---|---|
| Current weight: | | Usual weight: | | |

**13.  IMMUNIZATIONS:** Have you received any of the following vaccinations:

| ☐ Tetanus (when): | ☐ Hepatitis A | ☐ Hepatitis B | ☐ Pneumonia ["Pneumovax"] (when): |
|---|---|---|---|

**I have answered all questions truthfully and to the best of my ability.**

| Inmate Signature: | Date: |
|---|---|

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | RUDDEN, DANIEL B | | | Reg #: | 44825-013 |
| Date of Birth: | 10/30/1946 | Sex: | M   Race: WHITE | Facility: | LVN |
| Note Date: | 12/03/2019 10:41 | Provider: | Aulepp, Kristine DO/CD | Unit: | F05 |

Admin Note - Consultation encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE   1**         **Provider:** Aulepp, Kristine DO/CD

   Pt seen by in-house optometrist for DM fundoscopic exam 12/2/19.
   No evidence of retinopathy.
   Will follow-up with fundoscopic exam yearly.

   Needs appointment for optical for new glasses.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Optometry | 12/02/2020 | 12/02/2020 | Routine | No | |

   **Subtype:**
      Onsite Eval
   **Reason for Request:**
      Pt seen by in-house optometrist for DM fundoscopic exam 12/2/19.
      No evidence of retinopathy.
      Will follow-up with fundoscopic exam yearly.

| | | | | | |
|---|---|---|---|---|---|
| Optometry | 03/02/2020 | 03/02/2020 | Routine | No | |

   **Subtype:**
      Onsite Eval
   **Reason for Request:**
      Optical appointment.
      Pt seen by in-house optometrist for DM fundoscopic exam 12/2/19.
      Needs appointment for optical for new glasses.

**Copay Required:** No         **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Aulepp, Kristine DO/CD on 12/03/2019 10:44

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: RUDDEN, DANIEL B | | Reg #: 44825-013 |
| Date of Birth: 10/30/1946 | Sex: M Race: WHITE | Facility: LVN |
| Encounter Date: 02/11/2020 09:44 | Provider: Aulepp, Kristine DO/CD | Unit: F05 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1** **Provider:** Aulepp, Kristine DO/CD

**Chief Complaint:** Chronic Care Clinic

**Subjective:** Pt seen in CCC.

Hx of DM. A1C improved with weight loss and medication. A1C=6.9 in August. A1C=5.9 in January.
Will continue with metformin 500mg bid.
Pt states that he works out on the stationary bike for 60 minutes per day.

Hx of HTN. BP is elevated today. Will schedule with nurse to recheck.
Denies CP or SOB.

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Pain:** No

**Seen for clinic(s):** Diabetes, Hypertension

## OBJECTIVE:
**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/11/2020 | 09:45 LVN | 58 | | | Aulepp, Kristine DO/CD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/11/2020 | 09:45 LVN | 16 | Aulepp, Kristine DO/CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/11/2020 | 09:45 LVN | 159/80 | | | | Aulepp, Kristine DO/CD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 02/11/2020 | 09:45 LVN | 70.0 | 177.8 | Aulepp, Kristine DO/CD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 02/11/2020 | 09:45 LVN | 184.0 | 83.5 | | Aulepp, Kristine DO/CD |

**Exam:**
**General**
**Appearance**
Yes: Appears Well, Alert and Oriented x 3
**Pulmonary**
**Auscultation**
Yes: Clear to Auscultation

Generated 02/11/2020 09:50 by Aulepp, Kristine DO/CD  Bureau of Prisons - LVN  Page 1 of 3

| Inmate Name: | RUDDEN, DANIEL B | | | Reg #: | 44825-013 |
|---|---|---|---|---|---|
| Date of Birth: | 10/30/1946 | Sex: | M Race: WHITE | Facility: | LVN |
| Encounter Date: | 02/11/2020 09:44 | Provider: | Aulepp, Kristine DO/CD | Unit: | F05 |

**Exam:**

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR)

**Peripheral Vascular**

**General**

Yes: Within Normal Limits

**Exam Comments**

Diabetic foot exam:
Inspection - normal. No skin break down. No ulcers. No callus formation.
Sensation - normal. Intact sensation.
Vascular - normal. 2+ pulses

**ASSESSMENT:**

Essential (primary) hypertension, I10 - Current

Type 2 diabetes mellitus, E119 - Current

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 156456-LVN | Aspirin 81 MG EC Tab | 02/11/2020 09:44 |

**Prescriber Order:** Take one tablet (81 MG) by mouth each day for heart attack and stroke prevention x 365 day(s)

**Indication:** Type 2 diabetes mellitus

| 156453-LVN | Lisinopril 10 MG Tab | 02/11/2020 09:44 |
|---|---|---|

**Prescriber Order:** Take one tablet (10 MG) by mouth each day x 365 day(s)

**Indication:** Essential (primary) hypertension

| 156454-LVN | metFORMIN HCl 500 MG Tab | 02/11/2020 09:44 |
|---|---|---|

**Prescriber Order:** Take one tablet (500 MG) by mouth twice daily x 365 day(s)

**Indication:** Type 2 diabetes mellitus

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-Lipid Profile | One Time | 07/24/2020 00:00 | Routine |
| Lab Tests - Short List-General-Microalbumin, urine random | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Fecal Occult Blood | One Time | | x3 - please issue cards | Aulepp, Kristine DO/CD |
| | Order Date: | 02/11/2020 | | |
| Blood Pressure | One Time | | elevated at CCC - please recheck | Aulepp, Kristine DO/CD |
| | Order Date: | 02/11/2020 | | |

**Disposition:**

Follow-up at Sick Call as Needed

| Inmate Name: | RUDDEN, DANIEL B | | Reg #: | 44825-013 |
|---|---|---|---|---|
| Date of Birth: | 10/30/1946 | Sex:    M    Race:  WHITE | Facility: | LVN |
| Encounter Date: | 02/11/2020 09:44 | Provider:  Aulepp, Kristine DO/CD | Unit: | F05 |

Follow-up at Chronic Care Clinic as Needed

**Other:**

CCC in 6-12 months or sooner if needed.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/11/2020 | Counseling | Plan of Care | Aulepp, Kristine | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Aulepp, Kristine DO/CD on 02/11/2020 09:50

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | RUDDEN, DANIEL B | | | Reg #: 44825-013 |
| Date of Birth: | 10/30/1946 | Sex: M Race: WHITE | | Facility: LVN |
| Encounter Date: | 02/14/2020 06:45 | Provider: Gregory, J. FNP-C | | Unit: F05 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**          **Provider:** Gregory, J. FNP-C

**Chief Complaint:** Dizziness

**Subjective:** Mr. Rudden is a 73 y/o old with a history of DM and HTN. He states he has experienced some dizziness the last tow days. This increases with position change. He denies shortness of breath or chest pain.

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Pain:** No

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/14/2020 | 13:29 LVN | 58 | | | Gregory, J. FNP-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/14/2020 | 13:29 LVN | 166/89 | | | | Gregory, J. FNP-C |

**Exam:**

**General**

**Appearance**

Yes: Appears Well

**Face**

**General**

Yes: Symmetric

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G

**ASSESSMENT:**

Other peripheral vertigo, H81399 - Current

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

| Inmate Name: | RUDDEN, DANIEL B | | | Reg #: | 44825-013 |
| Date of Birth: | 10/30/1946 | Sex: | M   Race:  WHITE | Facility: | LVN |
| Encounter Date: | 02/14/2020 06:45 | Provider: | Gregory, J. FNP-C | Unit: | F05 |

He also denies any change in hearing or tinnitus.

He did notice a slight increase in vertigo  with Epley maneuver.  I will treat with BPPV and follow-up in two weeks. I will also follow up on BP at that time.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/14/2020 | Counseling | Access to Care | Gregory, J. | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Gregory, J. FNP-C on 02/14/2020 13:39

**ID:** 44825013
**Rudden, Daniel**

02/14/2020 07:44:01

Sinus rhythm

Normal ECG

* Unconfirmed Analysis *

D.O.B.: 10/30/1946  73 Years
Male          Caucasian
Meds:
Class:
Dr:    Aulepp
Tech:  Gregory

164/89  58

Comment:

| | |
|---|---|
| Vent. Rate: | 67 bpm |
| RR Interval: | 887 ms |
| PR Interval: | 148 ms |
| QRS Duration: | 94 ms |
| QT Interval: | 420 ms |
| QTc Interval: | 432 ms |
| QT Dispersion: | 104 ms |
| P Axis: | 60 deg |
| QRS Axis: | 18 deg |
| T Axis: | 36 deg |

FEB 1 8 2020

K. Aulepp, DO
Clinical Director
USP/FPC Leavenworth



Serial #: E8300-004371
E8300 Ref #20120426 8.0

QUINTON MEDFER # 716-0237-00

~STABLE 40 Hz

25 mm/s

 Federal Bureau of Prisons

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** RUDDEN, DANIEL | **Facility** USP Leavenworth | **Collected** 01/22/2020 06:02 |
| **Reg #** 44825-013 | **Order Unit** F04-002L | **Received** 01/23/2020 10:32 |
| **DOB** 10/30/1946 | **Provider** Kristine Aulepp, DO | **Reported** 01/23/2020 13:58 |
| **Sex** M | | **LIS ID** 225191744 |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 140 | 136-145 | mmol/L |
| Potassium | | 4.3 | 3.5-5.1 | mmol/L |
| Chloride | | 102 | 98-107 | mmol/L |
| CO2 | | 23 | 22-29 | mmol/L |
| BUN | | 14 | 8-23 | mg/dL |
| Creatinine | | 0.87 | 0.67-1.17 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.2 | 8.8-10.2 | mg/dL |
| Glucose | H | 248 | 74-109 | mg/dL |
| AST | | 15 | 10-40 | U/L |
| ALT | | 9 | 8-41 | U/L |
| Alkaline Phosphatase | | 82 | 49-126 | U/L |
| Bilirubin, Total | | 0.5 | 0.1-1.2 | mg/dL |
| Total Protein | | 7.0 | 6.6-8.7 | g/dL |
| Albumin | | 4.2 | 3.5-5.2 | g/dL |
| Globulin | | 2.8 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | | 1.50 | 1.00-2.30 | |
| Anion Gap | | 15.2 | 9.0-19.0 | |
| BUN/Creat Ratio | | 15.5 | 5.0-30.0 | |

## HEMOGLOBIN A1C

| | | | | |
|---|---|---|---|---|
| Hemoglobin A1C | H | 5.9 | <5.7 | % |

5.7 - 6.4  Increased Risk
  > 6.4  Diabetes

---

**FLAG LEGEND**     L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

## Bureau of Prisons
## Health Services
## Dental A&O Exam

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | RUDDEN, DANIEL B | | | Reg #: | 44825-013 |
| Date of Birth: | 10/30/1946 | Sex: M | Race: WHITE | Facility: | LVN |
| Encounter Date: | 08/19/2019 08:31 | Provider: | Gabriel, Tara DDS | Unit: | F04 |

**Reviewed Health Status:**    Yes

**Occlusion:**    Class I

**Oral Hygiene:** Fair

**CPITN:**

| 3 | 2 | 2 |
|---|---|---|
| 2 | 2 | 2 |

**Hard and soft tissue examination performed and documented on BP618 form:**  Yes

**Head & Neck/Soft Tissue within normal limits?**    Yes

**Comments:**    left mandibular lingual torus

| **Decayed:** | **Missing:** | **Filled:** |
|---|---|---|
| 1 | 5 | 11 |

**Comments:**

**Approved for hygiene appointment and radiographs:**    Yes

**Instructed inmate how to obtain routine and emergency dental care.  Oral hygiene instructions given:**    Yes

Dental A&O Screening Exam findings entered on RUDDEN, DANIEL B by Gabriel, Tara DDS on 08/19/2019 08:31.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | RUDDEN, DANIEL B | | | Reg #: | 44825-013 |
| Date of Birth: | 10/30/1946 | Sex: | M    Race: WHITE | Facility: | LVN |
| Note Date: | 02/25/2020 07:23 | Provider: | Rice, Elizabeth RN | Unit: | F05 |

POC Note - Default encounter performed at Health Services.

**Administrative Notes:**

  **ADMINISTRATIVE NOTE   1          Provider:** Rice, Elizabeth RN

  Fecal Occult Blood point of care testing completed on RUDDEN, DANIEL B, register number 44825-013 at 02/25/2020 07:22
  Reason Not Done: Refused
  Reference Range: Negative
  Critical Result: Positive
  Comments: Form signed

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Fecal Occult Blood | One Time | | Due 2/25/21 | Rice, Elizabeth RN |
| | **Order Date:** | 02/25/2020 | | |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Rice, Elizabeth RN on 02/25/2020 07:24

Requested to be reviewed by  Aulepp, Kristine DO/CD.

Review documentation will be displayed on the following page.