# Colette Tvedt

| | |
|---|---|
| **From:** | Colette Tvedt |
| **Sent:** | Friday, June 5, 2020 12:32 PM |
| **To:** | dhudson@bop.gov; jbailey@bop.gov |
| **Subject:** | Daniel Rudden (Inmate 44825013) Request for Compassionate |

June 5, 2020

Dear Warden Hudson and Case Manager Mr. Bailey,

I represent Daniel Rudden, Inmate #44825013, in the District of Colorado on his case, 18-CR-00508-CMA. I am writing on his behalf to request the Bureau of Prisons (BOP) petition the court in the District of Colorado for Mr. Rudden's immediate release from BOP custody and be placed on home confinement under the compassionate release provision under the First Step Act. Mr. Rudden's current projected release date is January 21, 2028. Given Mr. Rudden's advanced age, he is 73 years old, he is a first time offender, he has no mental health history, he has had no disciplinary actions since he has been placed in custody, he was sentenced for a non-violent crime, and he has who has been diagnosed with Diabetes, high blood pressure (hypertension) and has been taking prescribed medication, Lisinopril (for hypertension) and Metformin (for Diabetes). Since his incarceration, he has lost more than 40 pounds. According to the CDC, hypertension and high blood pressure are commonly reported underlying medical conditions of hospitalized and fatal COVID-19 cases.

Between Mr. Rudden's advanced age and medical issues, he is at an extraordinary high risk of death should he contract COVID-19 while incarcerated.

Mr. Rudden's release plan is as follows: He would be picked up at the Leavenworth Camp by his sisters, Eileen Sienkiewicz, and Mary Ann O'Toole, in a 2016 Acura MDX SUV. They will be wearing masks and gloves and will provide Mr. Rudden with a mask and gloves. The seating in the SUV allows for Mr. Rudden to be seated 6 feet away from the other passengers. Once he arrives in Colorado, he will stay with his daughter Tammy Krause and her partner, Blaire Hanniman at 10106 Severn Lane Parker, CO 80134. The home has a separate basement bedroom and bathroom and has a separate entrance.

We are respectfully requesting Mr. Rudden's release from custody and placement into home confinement.

Please contact me if you have any additional questions.

Sincerely,
Colette Tvedt



**COLETTE TVEDT**
Attorney at Law
tvedtlaw.com
colette@tvedtlaw.com
303-577-1633
1600 Stout Street, Suite 1400
Denver, CO 80202

*pronouns: she/her/hers (why I share my pronouns)*



1