TRULINCS 44825013 - RUDDEN, DANIEL B - Unit: LVN-F-E

----------------------------------------------------------------------------------------

FROM: 44825013
TO: WARDEN
SUBJECT: ***Request to Staff*** RUDDEN, DANIEL, Reg# 44825013, LVN-F-E
DATE: 08/26/2020 08:27:14 PM

To: Mr. Donald Hudson
Inmate Work Assignment: Education

To: Warden Hudson,

I am Daniel Rudden, inmate # 44825013, in the District of Colorado, case : 18-CR-00508-CMA. I am writing to request the Bureau of Prisons ( BOP ) petition the Court in the District of Colorado for my immediate release from BOP custody and be placed on home confinement under the compassionate release provision under the First Step Act. My current projected release date is January 21, 2028. Given My advanced age, 73 years old, a first time offender, no mental health history and no disciplinary actions since being placed in custody, non violent crime. I have diabetes, high blood pressure ( hypertension ), numbness in my feet due to the diabetes and I am taking prescribed medication, Lisinopril ( for hypertension ) and Metformin ( for diabetes ). Since my incarceration I have lost over 40 pounds. According to CDC, hypertension and high blood pressure are commonly reported as underlying medical conditions of hospitalized and fatal Covid-19 cases.

Because of my advanced age and medical issues, I have an extraordinary high risk of death should I contact COVID-19 while incarcerated.

My release plan is as follows: I would be picked up at Camp Leavenworth by my sisters, Eileen Sienkiewicz and Mary Ann O'Toole in a 2016 Acura MDX SUV. They will be wearing masks and gloves and will provide me with a mask and gloves. The seating in the SUV allows me to be seated 6 feet away from other passengers. Once I arrive in Colorado, I will stay with my daughter Tammy Krause and her partner, Blair Hanniman at 10106 Severn Lane, Parker, Colorado 80134. The home has a separate bedroom, bathroom and a separate entrance.

I am respectfully requesting my release from custody and placement into home confinement.

Sincerely,
Daniel Rudden  # 4825013


EXHIBIT