**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 18-cr-00508-CMA-1

UNITED STATES OF AMERICA

v.

DANIEL B. RUDDEN

       Defendant

---

**DECLARATION OF JOHN BRANTLEY
EXECUTIVE ASSISTANT**

---

I, John Brantley, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge

and information made known to me from official records reasonably relied upon by me

in the course of my employment, hereby make the following declaration relating to the

above entitled matter.  All records attached to this declaration are true and accurate

copies of Bureau records maintained in the ordinary course of business.

      1.     I am the Executive Assistant at the Federal Bureau of Prisons ("Bureau")

United States Penitentiary ("USP") in Leavenworth, Kansas, known as USP

Leavenworth.  I have been employed in this capacity since May 24, 2020 . Since August

29, 2010, I have been employed by the Bureau in positions of increasing responsibility.

In my role as Executive Assistant at USP Leavenworth, under the general direction of

the Warden, I function as an administrator for correctional operations and programs at

the satellite facility at USP Leavenworth, and serve as a key advisor to the Warden on

matters of policy, programs, and operations. In addition to having overall responsibility

for satellite activities, I provide direct administrative support to the Warden through

continuing assignments and special projects, as well as assistance to institution department heads in achieving specific program management objectives.

2.      As part of my official job duties, I have access to records maintained in the ordinary course of business by the Bureau, including records concerning the operation of USP Leavenworth, information maintained in the SENTRY[1] database and inmate central files.

3.      With respect to COVID-19 specifically, I am involved on a daily basis in the identification, planning, and implementation of all Bureau directives for preventing the spread of COVID-19 at USP Leavenworth.  Through the course of my official duties, I have personal knowledge regarding the numerous measures, discussed in turn below, that have been implemented both Bureau-wide and at USP Leavenworth in order to contain, mitigate, and manage the spread of COVID-19.

4.      The statements I make hereinafter are made based on my review of the official files and records of the Bureau, my own personal knowledge, or based on information acquired by me through the performance of my official duties.

## I.      NATIONAL STEPS TAKEN BY THE BUREAU TO ADDRESS COVID-19[2]

---

1 SENTRY is the Bureau's national database, which tracks various data regarding an inmate's confinement, including, but not limited to, an inmate's institutional history, sentencing information, program participation, administrative remedies, and discipline history.

2 The Bureau's national guidance has undergone a number of changes in response to the evolving threat. The Bureau has established a COVID-19 resource section on its public webpage, which is available at: https://www.bop.gov/coronavirus/.  This webpage includes updates on the Bureau's response to COVID-19 and positive COVID-19 tests among inmates and staff at Bureau institutions nationwide.

5.      In response to the pandemic, the Bureau has taken significant measures to protect the health of inmates in its charge.  These steps include, but are not limited to the following:

a.      Beginning August 5, 2020, the Bureau implemented Phase Nine of the Nationwide Action Plan, which includes an extension of previously disseminated guidance and currently governs operations.  The current modified operations plan allows for limited group gathering with extra attention to social distancing to the extent possible, to facilitate commissary, laundry, showers, telephone, and computer access. Additionally with Phase Nine, Evidence-Based Recidivism Reduction Programs and Productive Activities will resume with social distancing modifications.

b.      All staff and inmates have been and will continue to be issued appropriate face coverings, and are required to wear the face covering when in public areas when social distancing cannot be achieved.

c.      Every newly admitted inmate is screened for COVID-19 and tested by Quest commercial lab for COVID-19.  Asymptomatic inmates are placed in quarantine status for fourteen days with twice-daily temperature checks and twice-daily screening of signs and symptoms.  Symptomatic inmates are placed in isolation until they test negative for COVID-19 as directed by CDC guidelines. Additionally, all staff are screened for signs and symptoms prior to entering the institution.  Any staff member registering a temperature of 100.4 degrees Fahrenheit or higher are not permitted beyond the screening site.

d.      Contractor access to Bureau facilities is restricted to only those performing essential services (e.g. medical or mental health care, religious, etc.) or

those who perform necessary maintenance on essential systems. All volunteer visits have been suspended, unless authorized by the Deputy Director of the Bureau of Prisons. Any contractor or volunteer who requires access is screened for symptoms and risk factors.

e.      Social visits were stopped on March 13, 2020, and remain suspended to limit the number of people entering the facility and interacting with inmates.   In order to ensure familial relationships are maintained throughout this disruption, the Bureau of Prisons has increased inmate telephone allowance to 500 minutes per month. Tours of facilities are also suspended. Legal visits may be permitted on a case-by-case basis after the attorney has been screened for infection in accordance with the screening protocols in place for prison staff, contractors, and visitors. Video legal visits are utilized when possible. Social visits are scheduled to resume no later than October 3, 2020.

f.      In addition to the Bureau's official Action Plans, on March 11, 2020, the Bureau activated its "Incident Command System," commonly referred to as a Command Center, at Central Office in Washington, D.C., in response to the COVID-19 pandemic. The Incident Command System is a standardized, all-hazard incident management tool. The Bureau has used the Incident Command System in the past to address other disruptive events, such as fires, human and animal disease outbreaks, and hazardous materials incidents.

g.      By means of the Incident Command System, the Bureau works to mitigate the health and safety risks of COVID-19 by providing accurate information to all

Bureau institutions, holding Bureau institutions accountable for abiding by Bureau directives and guidance, and coordinating the Bureau's national response.

> **h.** Further details and updates pertaining to the Bureau of Prison's modified operations are available to the public on the Bureau website on a regularly updated resource page.[3].

## II.    Steps Taken at USP Leavenworth to Address COVID-19

6. In addition to the steps taken at the national level, USP Leavenworth itself has also taken a number of additional measures in response to the COVID-19 pandemic. USP Leavenworth is a medium security U.S. Penitentiary with an adjacent and physically separate minimum security satellite camp. At Leavenworth, inmates in the Camp have different custody and security classifications than inmates in the USP and these two groups do not have physical contact with one another:

a. On April 1, 2020, USP Leavenworth activated its local Command Center. The local Command Center, in conjunction with the National Command Center, monitors, plans, and implements national directives and other procedures at USP Leavenworth.

b. In addition to the special rules limiting inmate movement discussed above, USP Leavenworth has taken many other steps to prevent the introduction and spread of COVID-19. Those steps include providing inmate and staff education, conducting inmate and staff screening, implementing testing, quarantine, and isolation procedures, and ordering enhanced cleaning, testing, and medical supplies, among other preventative measures.

---

[3] www.bop.gov/coronavirus/index.jsp

c. From the outset of the COVID-19 pandemic, USP Leavenworth officials have provided regular updates to inmates and staff regarding the virus and the Bureau's response to the situation.  The officials have educated inmates and staff regarding measures that they themselves should take to stay healthy.

d. The Executive Staff—including the Warden, Associate Wardens, Executive Assistant, and Captain—conduct weekly rounds and/or disseminate inmate bulletins.  During these times, inmates receive instruction about all aspects of COVID-19, including how to identify symptoms, how to prevent the virus from spreading (including through good personal hygiene), and the need to immediately report symptoms to medical providers. Informational handouts are posted in locations throughout USP Leavenworth, including in inmate housing units and in places where they can be easily seen by institution staff.  *See Att. 1, CDC COVID-19 Stop the Spread of Germs Factsheet.*  Inmates also receive this information by means of information bulletins posted on TRULINCS.

e. USP Leavenworth staff have also been educated about how to prevent the introduction and spread of COVID-19, including the importance of temperature screening and symptom monitoring. Staff education has also included the importance of frequent hand washing, not touching their face, maintaining appropriate social distancing, and cleaning and disinfecting all equipment, including their uniforms. Additional hand sanitizer stations have been placed for their use.

f. The following screening measures for both inmates and staff are currently in place and will remain in effect even after the stay-in-shelter order is lifted, until Bureau officials have made a determination that COVID-19 no longer poses a threat.

g. USP Leavenworth began screening protocols with incoming inmates for COVID-19 on March 25, 2020. All newly arriving inmates to USP Leavenworth are screened immediately upon their arrival. All inmates are medically screened by the Health Services Department. The medical providers conduct an initial screening in a designated area at USP Leavenworth separate from other staff and inmates. The medical providers wear personal protective equipment, or "PPE," during the screening process. All inmates designated and arriving to USP Leavenworth are tested for COVID 19, and placed in quarantine for 14 days. Around the 14th day, the inmates are retested, and are not released from quarantine until the results of the second test is received.

h. The inmate is evaluated for symptoms of COVID-19 (including fever, cough, and shortness of breath), as well as for "exposure risk factors," including whether the inmate has traveled from, or through, any locations identified by the CDC as increasing epidemiologic risk within the past 14 days, or has had close contact with anyone diagnosed with COVID-19 in the past 14 days.

i. Following this initial screening, the inmate is escorted to the unit in the prison that has been designated as the isolation/quarantine unit, where all inmates and staff are required to wear a surgical mask and all medical staff members must wear PPE.

j. If the inmate does not have symptoms or risk factors, he is tested for COVID-19, and quarantined for 14 days. During this period, he is checked twice daily for signs, symptoms, and temperature, to ensure he does not develop any symptoms consistent with COVID-19. If the inmate does have symptoms or risk factors, or if

he has a pending COVID-19 test, he will be placed in an isolation cell. In all areas of the quarantine/isolation unit, all staff must wear PPE and all inmates must wear a surgical mask. Inmates on quarantine and isolation status are not celled together.

k. After the expiration of 14 days, and upon medical clearance, inmates are released into the general population. This process ensures inmates are screened in a controlled environment, so the rest of the inmate population is not exposed to a newly arrived inmate until he has been properly screened and cleared by Health Services Department medical providers.

l. USP Leavenworth has also taken steps to screen its current resident inmate population.

m. The Health Services Department follows current CDC guidance in caring for individuals at USP Leavenworth who are considered "high risk." These guidelines can be found at: https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/groups-at-higher-risk.html. Per CDC guidance, "high-risk" individuals include those over 65 and those with significant underlying medical conditions, such as chronic lung disease, moderate to severe asthma, liver disease, and diabetes. *Id.*

n. USP Leavenworth is also conducting enhanced screening for all inmates with ongoing work details, such as food service and cleaning orderlies, deemed essential functions. Each inmate orderly is screened for illness before and after each assigned work detail, including screening for symptoms and having their temperature taken. As a further precaution, most cleaning orderlies are assigned only to the units in which they reside, thus limiting their contact with inmates in other

housing units.

o. All inmates are encouraged to self-monitor and to report symptoms of illness to USP Leavenworth staff. Inmates have multiple opportunities, every day, to speak with medical providers. The Health Services Department is staffed with a full complement of medical providers who go to each housing unit at least twice every day to conduct sick call and pill line. In addition, unit staff and other department representatives (including staff from education, commissary, psychology, and recreation) are required to conduct regular rounds in each housing unit to ensure the inmate population remains safe and healthy. An inmate can speak with any of these staff members, or bring concerns to staff's attention by means of a written request, or "cop-out".

p. USP Leavenworth Health Service's medical providers are prioritizing immediate medical care for anyone who claims symptoms indicative of a COVID-19 infection. An inmate with symptoms consistent with COVID-19 will be evaluated by a medical provider in the Health Services Department. Based upon that evaluation, a determination will be made as to whether isolation and/or testing is appropriate. If an inmate is deemed appropriate for isolation, the inmates in his housing will be quarantined for a period of the sooner of 14 days or pending results of a COVID-19 test.

q. An inmate may also be placed in quarantine or isolation if he is exposed to a person with COVID-19, where he will be tested and monitored daily for a period of at least 14 days. Quarantine or isolation will only be discontinued upon receiving negative results from the second COVID-19 test around the 14th day of isolation or

quarantine and contingent upon the inmate not developing new symptoms.

**r.** If there is a positive inmate case of COVID-19 at USP Leavenworth that inmate will be placed in an isolation cell and be screened daily by Health Services for symptoms and appropriate care.

**s.** All inmates have access to sinks, water, and soap at all times. Newly arriving, and currently housed inmates at the USP Leavenworth automatically receive soap, and all inmates may receive new soap weekly. For inmates without sufficient funds to purchase soap in the commissary, soap and other hygiene items are provided at no cost to the inmate. USP Leavenworth inmates' clothing and linens are sent to be washed at least once a week.

**t.** All common areas in inmate housing units are cleaned at least once daily, and are typically cleaned by inmate orderlies multiple times throughout the day, with a designated disinfectant known to kill human coronavirus. USP Leavenworth has made this disinfectant available to all inmates so that they may clean their own living areas on a regular basis. Common areas outside inmate living areas, including the USP Leavenworth lobby, bathrooms, cafeteria, etc., are also cleaned with the same disinfectant on a daily basis, and often multiple times per day.

**u.** Each housing unit has been stocked with cleaning supplies for use by inmate orderlies and other inmates to clean both the common areas and their individual housing areas on a daily basis.

**v.** Since March 19, 2020, all individuals entering USP Leavenworth institutions (including staff, delivery drivers, or any other visitors) are directed to a single point of entry. Every person entering the institution must undergo a health screening.

The screening consists of a questionnaire to determine whether they have been experiencing any symptoms of illness, in addition to having their temperature taken.

w. The persons conducting this health screening are authorized to deny entry to any individual if he or she has a body temperature of 100.4 degrees Fahrenheit or above, or reports other symptoms consistent with COVID-19.

x. USP Leavenworth employees have also been educated on the importance of staying home if they are feeling ill, and are required to self-report any COVID-19 exposure (known or suspected) as well as any positive COVID-19 test.  If a staff member is tested for COVID-19, they are not permitted to return to work until they have received negative test results.

y. USP Leavenworth has limited the number of in-person, onsite staff meetings.  If such meetings take place, they are conducted in areas that allow individuals to maintain an appropriate distance from one another.

z. Correctional staff are required to disinfect all common equipment, such as keys and radios, upon obtaining these items from the supply room and again upon their return.  Staff also have regular, consistent access to soap and hand sanitizer.

aa. Correctional staff are provided with protective equipment to be used in appropriate locations throughout USP Leavenworth such as quarantined areas, isolation units, and screening sites.  USP Leavenworth has sufficient PPE on hand, including N-95 respirator masks, surgical masks, and rubber gloves, to meet its current and anticipated needs.  It has the ability to order additional PPE should the need arise.

bb. On April 20, 2020, all inmates and staff were provided protective face coverings, which are replaced when needed.  New face coverings are provided to inmates

releasing to the community.

cc. The measures described above have been effective in maintaining the safety of inmates and staff at USP Leavenworth.

dd. At USP Leavenworth, the decision whether to test an inmate for COVID-19 is made by Bureau medical providers based on a number of criteria, including but not limited to: (1) the nature and severity of the symptoms; (2) the inmate's potential exposure to COVID-19; and (3) whether the inmate is considered "high-risk."

ee. As reported on the Bureau of Prison's website (https://www.bop.gov/coronavirus/), on September 11, 2020, 5 staff members at USP Leavenworth have tested positive for COVID-19.

ff. As reported on the Bureau of Prison's website (https://www.bop.gov/coronavirus/), on September 16, 2020, 194 inmates at USP Leavenworth have tested positive for COVID-19. As of the date of this declaration, no inmates in the satellite camp have tested positive for COVID-19.

gg. All inmates identified as having close contact with that staff member were isolated and tested for the virus.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on this 16th day of September 2020, in Leavenworth, Kansas.

/s/ _____

John Brantley

Executive Assistant

USP Leavenworth

Federal Bureau of Prisons