**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  18-CR-00508-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL B. RUDDEN,

    Defendant, and

DYNAMIC BODY SOLUTIONS 1, LLC,

    Garnishee.

---

## MOTION FOR ENTRY OF GARNISHEE ORDER

---

Plaintiff United States of America respectfully moves for entry of a Garnishee Order directed to Dynamic Body Solutions 1, LLC, Garnishee.  As grounds therefore, the United States advises as follows:

    1.    Upon application of the United States, the Clerk of the Court issued a Writ of Garnishment, directed to Garnishee on April 6, 2020 [ECF No. 71].

    2.    As set forth in the attached Declaration of Sarah Leffler, the Writ of Continuing Garnishment and the Application for Writ of Garnishment were sent to the Garnishee by email on April 8, 2020.  Sarah Leffler Declaration, Ex. 1, ¶ 2; Email, Ex. 2.

    3.    The Application for Writ of Garnishment, Writ of Garnishment, and Clerk's

Notice of Post-Judgment Garnishment, were mailed to the Defendant by first class mail on April 9, 2020, at the last known address.  These documents notified Defendant of the right to request, within twenty days, a hearing to determine exempt property.  Sarah Leffler Decl., Ex. 1 ¶ 3.

4. The Garnishee filed an answer on April 10, 2020 [ECF No. 75], stating that it had in its possession or under its control personal property belonging to and due Defendant, and that it was indebted to Defendant in the form of $1,550.00.

5. Defendant has not filed a request for a hearing.

WHEREFORE, pursuant to 28 U.S.C. § 3205(c)(7), the United States respectfully requests that the Court enter a Garnishee Order directing the Garnishee to pay to the United States the $1,550.00 belonging to the Defendant.

Respectfully submitted,

JASON R. DUNN
United States Attorney

Dated:  October 27, 2020

By: s/William B. Gillespie
*William B. Gillespie*
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail:  William.Gillespie@usdoj.gov
Counsel for United States

CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following email addresses:

William.Gillespie@usdoj.gov

In addition, I hereby certify that I have mailed the document to the following CM/ECF participants:

Garnishee address:

Dynamic Body Solutions 1, LLC
Attn: Henry F. Block
5455 Landmark Pl, #809
Greenwood Village, CO 80111


Defendant's counsel:

Colette Tvedt, Esq.
The Law Firm of Colette Tvedt LLC
1600 Stout Street, Suite 1400
Denver, CO 80202

s/ Patricia McGee-Wake
United States Attorney's Office
