## Re: Rudden distribution garnishment - Dynamic

Henry Block <hfblock1@gmail.com>

Wed 4/8/2020 10:19 AM

To:Leffler, Sarah (USACO) <sleffler@usa.doj.gov>;

Hi Sarah,

I will get this done today.

Regards,

On Tue, Apr 7, 2020 at 7:24 AM Leffler, Sarah (USACO) <Sarah.Leffler@usdoj.gov> wrote:

> Dear Mr. Block:
>
> Re: U.S. v Daniel B. Rudden, Criminal Case Number: 18-CR-00508
>
> Enclosed is a Writ of Garnishment for any and all liquidation distributions owed to Daniel B. Rudden. Pursuant to the E-Government Act of 2002, the defendant's personal identifying information, including Social Security number has been redacted from the original documents filed with the Court. If you would like this information provided to you, please contact our office.
>
> The documents enclosed require you to complete the ANSWER form and file the original with the Clerk of the Court and provide a copy to the defendant and to this office within 10 days of receipt. As the Writ directs, any and all liquidation distributions associated with Defendant Rudden, should be frozen at this time until further order from this Court. A Final Order will be filed with the Court approximately 20 days after your ANSWER has been filed. You will receive a copy of the signed Order, which will direct you where to send the proceeds at that time.
>
> Attached to this email are two PDF documents, "Garnishee Packet - Dynamic" and "Answer - Dynamic." If you require further information, please feel free to call this office at 303-454-0100.
>
> Sincerely,
>
> **Sarah Leffler**
>
> Financial Litigation Unit Legal Assistant
>
> United States Attorney's Office | District of Colorado
>
> 1801 California Street, Suite 1600
>
> Denver, CO 80202
>
> Phone: (303) 454-0255

Email: Sarah.Leffler@usdoj.gov

--
Henry F Block
5455 Landmark Pl. #809
Greenwood Village, CO 80111
(Cell) 303-810-9553
(Fax) 303-583-8902