### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Case No.  18-CR-00508-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL B. RUDDEN,

    Defendant, and

DYNAMIC BODY SOLUTIONS 1, LLC,

    Garnishee.

---

## GARNISHEE ORDER

---

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee, Dynamic Body Solutions 1, LLC shall pay to the United States the $1,550.00 belonging to Defendant Daniel B. Rudden.

Payment Instructions: Checks shall be made payable to Clerk, U.S. District Court and mailed to:

    Clerk of the Court
    901 19th Street, A-105
    Denver, CO 80294

Please include the following information on the check:

    Name of Defendant:   Daniel B. Rudden

    Court Number:   18-CR-00508

BY THE COURT:

Dated: _____     _____
                                    UNITED STATES DISTRICT JUDGE