IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 18-CR-00508-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL B. RUDDEN,

    Defendant, and

DYNAMIC BODY SOLUTIONS 1, LLC,

    Garnishee.

---

GARNISHEE ORDER

---

On the United States' Motion for Entry of Garnishee Order (Doc. # 82) and good cause appearing, IT IS HEREBY ORDERED that Garnishee, Dynamic Body Solutions 1, LLC shall pay to the United States the $1,550.00 belonging to Defendant Daniel B. Rudden.

Payment Instructions: Checks shall be made payable to Clerk, U.S. District Court and mailed to:

    Clerk of the Court
    901 19th Street, A-105 Denver, CO 80294

Please include the following information on the check:

      Name of Defendant: <u>Daniel B. Rudden</u>

      Court Number: <u>18-CR-00508</u>

   DATED:  October 29, 2020

BY THE COURT:

*Christine M. Arguello*

CHRISTINE M. ARGUELLO
United States District Judge