## DECLARATION OF SARAH LEFFLER

I, Sarah Leffler, declare:

1. I am employed at the U.S. Attorney's Office for the District of Colorado as a Legal Assistant. I have personal knowledge of the facts set forth below.

2. On April 8, 2020, I emailed the Writ of Continuing Garnishment and the Application for Writ of Continuing Garnishment in the case of *U.S. v. Daniel B. Rudden, Criminal Case No. 18-CR-00508-CMA* to the Garnishee, Prestige Body Sculpting, LLC. The Garnishee responded to the email verifying the package was received on April 8, 2020. (Ex. 2)

3. On April 9, 2020, I mailed the Application for Writ of Continuing Garnishment, Writ of Continuing Garnishment, and Clerk's Notice of Post Judgment Garnishment to the Defendant by first class mail at the defendant's last known address. These documents notified Defendant of the right to request, within twenty days, a hearing to determine exempt property.

4. The Defendant has not filed a request for a hearing, and has not notified our office that a hearing on the garnishment is requested.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and this declaration was executed at Denver, Colorado on November 3, 2020.

s/Sarah Leffler