# Re: Rudden distribution garnishment - Prestige

## Henry Block <hfblock1@gmail.com>

Wed 4/8/2020 10:31 AM

To:Leffler, Sarah (USACO) <sleffler@usa.doj.gov>;

Cc:Gillespie, William (USACO) <wgillespie@usa.doj.gov>;

Hi Sarah,

I will get this done today.

Regards,

On Wed, Apr 8, 2020 at 7:23 AM Leffler, Sarah (USACO) <Sarah.Leffler@usdoj.gov> wrote:

> Dear Mr. Block:
>
> RE: U.S. v Daniel B. Rudden, Criminal Case Number: 18-CR-00508
>
> Enclosed is a Writ of Garnishment for any and all liquidation distributions owed to Daniel
>
> B. Rudden. Pursuant to the E-Government Act of 2002, the defendant's personal identifying
>
> information, including Social Security number has been redacted from the original documents
>
> filed with the Court. If you would like this information provided to you, please contact our office.
>
> The documents enclosed require you to complete the ANSWER form and file the original
>
> with the Clerk of the Court and provide a copy to the defendant and to this office within 10 days
>
> of receipt. As the Writ directs, any and all liquidation distributions associated with Defendant
>
> Rudden, should be frozen at this time until further order from this Court. A Final Order will be
>
> filed with the Court approximately 20 days after your ANSWER has been filed. You will receive
>
> a copy of the signed Order, which will direct you where to send the proceeds at that time.

Attached to this email are two PDF documents, "Garnishee Packet - Prestige" and "Answer - Prestige."  If you require further information, please feel free to call this office at 303-454-0100.

Sincerely,

**Sarah Leffler**

Financial Litigation Unit Legal Assistant

United States Attorney's Office | District of Colorado

1801 California Street, Suite 1600

Denver, CO  80202

Phone:  (303) 454-0255

Email:   Sarah.Leffler@usdoj.gov

--
Henry F Block
5455 Landmark Pl. #809
Greenwood Village,CO 80111
(Cell) 303-810-9553
(Fax) 303-583-8902