**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  18-CR-00508-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DANIEL B. RUDDEN,

      Defendant, and

PRESTIGE BODY SCULPTING, LLC,

      Garnishee.

---

## GARNISHEE ORDER

---

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee, Prestige Body Sculpting, LLC shall pay to the United States the $331.00 in its possession or under its control belonging to Defendant Daniel B. Rudden.

Payment Instructions: Checks shall be made payable to Clerk, U.S. District Court and mailed to:

              Clerk of the Court
              901 19th Street, A-105
              Denver, CO 80294

Please include the following information on the check:

      Name of Defendant:  <u>Daniel B. Rudden</u>

      Court Number:  <u>18-CR-00508</u>

BY THE COURT:

Dated: _____          _____
                                                                      UNITED STATES DISTRICT JUDGE