IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  18-cr-00508-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL B. RUDDEN,

    Defendant, and

PRESTIGE BODY SCULPTING, LLC,

    Garnishee.

## GARNISHEE ORDER

On the United States of America's Motion for Entry of Garnishee Order (Doc. # 85), and good cause appearing, it is hereby

ORDERED that Garnishee, Prestige Body Sculpting, LLC shall pay to the United States the $331.00 in its possession or under its control belonging to Defendant Daniel B. Rudden.

Payment Instructions: Checks shall be made payable to Clerk, U.S. District Court and mailed to:

    Clerk of the Court
    901 19th Street, A-105
    Denver, CO 80294

Please include the following information on the check:

    Name of Defendant:  <u>Daniel B. Rudden</u>

    Court Number:  <u>18-cr-00508-CMA</u>

BY THE COURT:

DATED: November 3, 2020

*Christine M Arguello*
CHRISTINE M. ARGUELLO
United States District Judge