IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-CR-00508-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DANIEL B. RUDDEN,

        Defendant,

and

OFFICE OF THE STATE TREASURER,

        Garnishee.

## APPLICATION FOR WRIT OF GARNISHMENT

      Plaintiff, United States of America, applies to the Clerk of the United States District Court to issue a Writ of Garnishment in accordance with 28 U.S.C. § 3205(b)(1) upon the amended judgment entered against Defendant Daniel B. Rudden, SSN: ***-**-3769, whose last known address is Register Number 44825-013, Leavenworth USP - SCP, P.O. Box 1000, Leavenworth, KS 66048 in the above cited action in the original amount of $19,919,768.67 ($100.00 Special Assessment and $19,919,668.67 Restitution).  A balance of $19,889,505.31 remains outstanding.

      Demand for payment of the above-stated debt was made upon the Defendant not less than 30 days from the date of this application and Defendant has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the above-named Defendant, or is in possession of property of the Defendant, and said property is a nonexempt interest of the Defendant.

The name and address of the Garnishee or his authorized agent is:

Office of the State Treasurer
Attn: Director of Unclaimed Funds
1580 Logan St, #500
Denver, CO  80203

Date: November 30, 2020

Respectfully submitted,

JASON R. DUNN
United States Attorney

By:   s/William B. Gillespie
WILLIAM B. GILLESPIE
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail:  William.Gillespie@usdoj.gov

Attorneys for Plaintiff
United States of America