IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-CR-00508-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL B. RUDDEN,

    Defendant,

and

OFFICE OF THE STATE TREASURER,

    Garnishee.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 17 2020

JEFFREY P. COLWELL
CLERK

## ANSWER OF THE GARNISHEE

I, __GARTH FARREND__, the __AUDIT MANAGER__
    (Name)                               (Title)

of Garnishee OFFICE OF THE STATE TREASURER, state under penalty of perjury as follows:

GARNISHEE is a state government agency.

On __Dec 3__, 2020, Garnishee was served with a Writ of Garnishment.

1. At the time Garnishee was served with the Writ, did Garnishee have custody, control or possession of any property, now owed or to be paid in the future, in which the defendant has an interest? ☒ Yes or ☐ No

If yes, provide claim number and amount:

__Claim 5871306    $415.99__

2.   If Garnishee denies holding property subject to garnishment check and complete the applicable line below:

☐ Garnishee has the following objections, defenses, or set-offs:

_____

_____

☐ On the date the garnishee was served with the Writ, the garnishee was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property in which the defendant has an interest.

3.   Garnishee mailed the original Answer to:

  Clerk, United States District Court
  901 19th Street, #A-105
  Denver, CO 80294-3589

and a copy of this Answer by first class mail to:

  Office of United States Attorney
  Attn: Financial Litigation Unit
  1801 California Street, Suite 1600
  Denver, CO 80202

and to the Defendant:

  Daniel B. Rudden
  Register No. 44825-013
  Leavenworth USP - SCP
  P.O. Box 1000
  Leavenworth, KS, 66048

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.
Executed this ___9___ day of __December__, 2020.

_____
(Signature)

__Garth Farrend__
(Print Name)

__303 866 6043__
(Phone)

Subscribed and sworn to before me this
___9th___ day of __December__ 20_20_.

__Victoria R___
Notary Public  (Seal)
My Commission expires: _3/18/2021_

VICTORIA RIOS
Notary Public
State of Colorado
Notary ID # 20034025913
My Commission Expires 03-18-2021

**STATE OF COLORADO**
**DEPARTMENT OF THE TREASURY**
1580 LOGAN STREET, SUITE 500
DENVER, CO 80203-1941

401000000

Clerk, United States
District Court
901 19th St # A-105
Denver, Co 80294.3589

80294-250151

DENVER CO 802
15 DEC 2020 PM 7 L

