**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 18-CR-00508-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL B. RUDDEN,

    Defendant, and

PANTHERYX, INC.,

    Garnishee.

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

    Plaintiff, United States of America, applies to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment in accordance with 28 U.S.C. § 3205(b)(1) upon the amended judgment entered against Defendant Daniel B. Rudden, SSN: ***-**-3769, whose last known address is Register Number 44825-013, Leavenworth USP - SCP, P.O. Box 1000, Leavenworth, KS 66048 in the above cited action in the original amount of $19,919,768.67 ($100.00 Special Assessment and $19,919,668.67 Restitution).  A balance of $19,889,505.31 remains outstanding.

    Demand for payment of the above-stated debt was made upon the Defendant not less than 30 days from the date of this application and Defendant has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the above-named Defendant, or is in possession of property of the Defendant, and said property is a nonexempt interest of the Defendant.

The name and address of the Garnishee or his authorized agent is:

PanTheryx, Inc.
c/o John D. Martin, Esq.
1125 17th St, Suite 2100
Denver, CO  80202

Date: December 30, 2020                              Respectfully submitted,

                                                  JASON R. DUNN
                                                  United States Attorney

By:   s/William B. Gillespie
      ***William B. Gillespie***
      Assistant United States Attorney
      1801 California Street, Suite 1600
      Denver, CO 80202
      Telephone: 303-454-0100
      E-mail:  William.Gillespie@usdoj.gov
      Counsel for United States of America