OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

18-cr-508-CMA #92

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 12 2021

JEFFREY P. COLWELL
CLERK

DENVER CO 802
5 JAN 2021 PM 4 L

neopost
01/05/2021
US POSTAGE $00.50⁰

FIRST-CLASS MAIL
ZIP 80294
041L11245087

Daniel Rudden
10106 Severn Lane
Parker, CO 80134

NIXIE

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 802942500099    *2020-01214-05-45