IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-CR-00508-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL B. RUDDEN,

    Defendant, and

PANTHERYX, INC.,

    Garnishee.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 14 2021

JEFFREY P. COLWELL
CLERK

---

## ANSWER OF THE GARNISHEE

---

I, _Angela Lantry_, the _Legal Affairs Coordinator_ of
    (Name)                (Title)

Garnishee PANTHERYX, INC., state under penalty of perjury as follows:

GARNISHEE IS (choose one):

☐ An Individual doing business in the name of _____.
☐ A partnership, ☐ LP, ☐ LLP, or ☐ LLC
☒ A corporation, organized under the laws of the State of _CO_.

On _12/31/2020_, 2020, Garnishee was served with a Writ of Continuing Garnishment. At the time Garnishee was served with the Writ, Garnishee had in its possession or control the following property of the Defendant:

1.      **Distributions**

Distribution Type:      <u>Shareholder Distributions</u> as PanTheryx, Inc.
Distribution Amount:    <u>Unknown</u>          may make from time to
Distribution Date:      <u>Unknown</u>          time to its common
Distribution Frequency: <u>Unknown</u>          Shareholders

2.      **Any Other Property**

Does the garnishee have or anticipate having custody, control or possession of any property, other than distributions, now owed or to be paid in the future, in which the defendant has an interest?  ☐ Yes or ☐ No
If yes, describe:

_____

_____

3.      If Garnishee denies holding property subject to garnishment check and complete the applicable line below:

☐ Garnishee has the following objections, defenses, or set-offs:

_____

_____

☐ On the date the garnishee was served with the Writ, the garnishee was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property in which the defendant has an interest.

4.      Garnishee mailed the original Answer to:

        Clerk, United States District Court
        901 19th Street, #A-105
        Denver, CO 80294-3589

        and a copy of this Answer by first class mail to:

        Office of United States Attorney
        Attn: William B. Gillespie, Financial Litigation Unit
        1801 California Street, Suite 1600
        Denver, CO 80202

and to the Defendant:

> Daniel B. Rudden
> Register Number 44825-013
> Leavenworth USP - SCP
> P.O. Box 1000
> Leavenworth, KS, 66048

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this ___11th___ day of ___January___, 2021.

_____Angela Lantzy_____
(Signature)

_____Angela Lantzy_____
(Print Name)

_____303-9108-11697_____
(Phone)

Subscribed and sworn to before me this ___11___ day of ___January___ 20___21___.

_____Heather Coalson_____
Notary Public (Seal)
My Commission expires: 09/04/2023

> HEATHER COALSON
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20194033326
> MY COMMISSION EXPIRES 09/04/2023

PanTheryx, Inc.
2235 South Central Avenue,
Phoenix, Arizona 85004

Clerk, United States District Court
901 19th Street, #A-105
Denver, CO 80294-3589



R2305K136987  U.S. POSTAGE
              $0.55
        FCML    0023
        Orig: 80004
        01/11/21
        2000052571
              02   6W