IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB -1 2021

JEFFREY P. COLWELL
CLERK

Criminal Case No. 18-CR-00508-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANIEL B. RUDDEN,

Defendant,

and

OFFICE OF THE STATE TREASURER,

Garnishee.

REVISED Reply
original reply was dated 12/9/20

Office of the State Treasurer

ANSWER OF THE GARNISHEE

I, __Garth Farrend__, the __Audit Manager__
(Name)                                   (Title)
of Garnishee OFFICE OF THE STATE TREASURER, state under penalty of perjury as follows:

GARNISHEE is a state government agency.

On __Dec 3__, 2020, Garnishee was served with a Writ of Garnishment.

1. At the time Garnishee was served with the Writ, did Garnishee have custody, control or possession of any property, now owed or to be paid in the future, in which the defendant has an interest? ☒ Yes or ☐ No

If yes, provide claim number and amount:

Claim 5871306, $10,554.42

2. If Garnishee denies holding property subject to garnishment check and complete the applicable line below:

☐ Garnishee has the following objections, defenses, or set-offs:

_____

_____

☐ On the date the garnishee was served with the Writ, the garnishee was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property in which the defendant has an interest.

3. Garnishee mailed the original Answer to:

> Clerk, United States District Court
> 901 19th Street, #A-105
> Denver, CO 80294-3589

and a copy of this Answer by first class mail to:

> Office of United States Attorney
> Attn: Financial Litigation Unit
> 1801 California Street, Suite 1600
> Denver, CO 80202

and to the Defendant:

> Daniel B. Rudden
> Register No. 44825-013
> Leavenworth USP - SCP
> P.O. Box 1000
> Leavenworth, KS, 66048

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of January, ~~2020~~ 2021.

_____ (Signature)

GARTH FARREND (Print Name)

303 866 6043 (Phone)

Subscribed and sworn to before me this 15th day of January 2021.

_____
Notary Public (Seal)
My Commission expires: 3/18/2021

VICTORIA RIOS
Notary Public
State of Colorado
Notary ID # 20034025913
My Commission Expires 03-18-2021

