**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  18-CR-00508-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

 DANIEL B. RUDDEN,

    Defendant, and

PANTHERYX, INC.,

    Garnishee.

---

**MOTION FOR ENTRY OF GARNISHEE ORDER**

---

Plaintiff United States of America respectfully moves for entry of a Garnishee Order directed to Pantheryx, Inc., Garnishee.  As grounds therefore, the United States advises as follows:

    1.    Upon application of the United States, the Clerk of the Court issued a Writ of Continuing Garnishment, directed to Garnishee, on December 30, 2020 (Doc. # 91).

    2.    As set forth in the attached Declaration of Sarah Leffler, the Writ of Continuing Garnishment and the Application for Writ of Continuing Garnishment were sent to the Garnishee by email, and the Garnishee received the documents on December 31, 2020.  (Sarah Leffler Declaration, Ex. 1 at ¶ 2; Read Receipt Email, Ex. 2).

3. The Application for Writ of Continuing Garnishment, Writ of Continuing Garnishment, and Clerk's Notice of Post-Judgment Garnishment, were mailed to the Defendant by first class mail on January 5, 2021, at the last known address.  These documents notified Defendant of the right to request, within twenty days, a hearing to determine exempt property.  (Ex. 1 at ¶ 3).

4. The Garnishee filed an answer on January 14, 2021 (Doc. # 95), stating that it anticipates having in its possession or under its control personal property belonging to and due Defendant in the form of shareholder distributions.

5. Defendant has not filed a request for a hearing.

WHEREFORE, pursuant to 28 U.S.C. § 3205(c)(7), the United States respectfully requests that the Court enter a Garnishee Order directing the Garnishee to pay to the Clerk of the Court any distributions belonging to the defendant continuing until the judgment debt is paid in full or until the Garnishee no longer anticipates custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

Dated:   2nd   day of March, 2021

                    Respectfully submitted,

                    Matthew T. Kirsch
                    Acting United States Attorney

By:    s/ William B. Gillespie
                    ***William B. Gillespie***
                    Assistant United States Attorney
                    1801 California Street, Suite 1600
                    Denver, CO 80202
                    Telephone: 303-454-0100
                    E-mail:  William.Gillespie@usdoj.gov

                    Attorneys for Plaintiff
                    United States of America

# CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following email addresses:

    William.Gillespie@usdoj.gov

In addition, I hereby certify that I have mailed the document to the following non CM/ECF participants:

Garnishee address:

Pantheryx, Inc.
1125 17th St, Suite 2100
Denver, CO  80202
Email: Jmartin@martinhyman.com

Defendant address:

Daniel B. Rudden
Leavenworth USP - SCP
P.O. Box 1000
Leavenworth, KS  66048

                              <u>s/Patricia McGee-Wake</u>
                              United States Attorney's Office