**From:** John Martin
**To:** Leffler, Sarah (USACO)
**Subject:** Read: PanTheryx Garnishment RE: Rudden, 18-CR-00508
**Date:** Thursday, December 31, 2020 8:51:07 AM

Your message
  To: John Martin
  Subject: PanTheryx Garnishment RE: Rudden, 18-CR-00508
  Sent: Thursday, December 31, 2020 8:49:39 AM (UTC-07:00) Mountain Time (US & Canada)
was read on Thursday, December 31, 2020 8:50:54 AM (UTC-07:00) Mountain Time (US & Canada).