IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  18-CR-00508-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL B. RUDDEN,

    Defendant, and

PANTHERYX, INC.,

    Garnishee.

## GARNISHEE ORDER

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee, Pantheryx, Inc. shall pay any distributions owed to the Defendant to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

Payment Instructions: Checks shall be made payable to Clerk, U.S. District Court and mailed to:

>Clerk, U.S. District Court
>901 19th Street, Suite A-105
>Denver, CO 80294

Please include the following information on each check:

| | |
|---|---|
| Name of Defendant: | Daniel B. Rudden |
| Court Number: | 18-CR-00508 |

BY THE COURT:

Dated: _____

_____
UNITED STATES DISTRICT JUDGE