IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-00508-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

 Daniel B. Rudden,

    Defendant, and

Splash Beverage Group, Inc.,

    Garnishee.

## WRIT OF GARNISHMENT

Greetings to:  Splash Beverage Group, Inc.
               Attn: Registered Agent Robert Nistico
               1314 E. Las Olas Blvd, Suite 221
               Fort Lauderdale, FL  33301

An application for a Writ of Garnishment against Defendant Daniel B. Rudden, SSN: ***-**-3769, has been filed with this Court.  A judgment has been entered against the above-named Defendant in the original amount of $19,919,768.67 ($100.00 Special Assessment, and $19,919,668.67 Restitution).  A balance of $19,878,670.89 remains outstanding.

**You are required by law to answer in writing, under oath, within ten (10) days,** whether or not you have in your custody, control or possession, any property owed to or owned by the Defendant or his companies Dan Rudden-FV2, LLC or FV-2,

LLC, including, but not limited to, all funds due to Dan Rudden-FV2, LLC pursuant to the promissory note between Splash Beverage Group, Inc., Grantor, and Dan Rudden-FV2, LLC, Grantee, for the paid down principal sum of Two Hundred Thousand Dollars ($200,000.00) plus monthly interest at the annual net rate of Eight percent (8%), with the original "Maturity Date" of March 17, 2015, and extended to August 14, 2020.

You must file the original copy of your written answer to this Writ within **ten (10) days** of your receipt of this Writ with the **Clerk, United States District Court, District of Colorado** located at: 901 19th Street, # A-105, Denver, CO 80294-3589. Additionally, you are required by law to serve a copy of your Answer upon the Defendant at: Reg. No. 44825-013, Leavenworth USP - SCP, P.O. Box 1000, Leavenworth, KS 66048, and upon the government at: U.S. Attorney's Office, Attn: William B. Gillespie, Financial Litigation Unit, 1801 California Street, Suite 1600, Denver, CO 80202.

Under the law, there is property which is exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this order is listed on the attached Claim for Exemption Form.

**You are required to withhold and retain any property in which the Defendant has a substantial nonexempt interest.**   If you fail to answer this Writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court to explain your reason for not doing so.  If you fail to appear or do appear and fail to show good cause

why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the Defendant's nonexempt property.

**It is unlawful to pay or deliver to the Defendant any item attached by this Writ.**

                                       JEFFREY P. COLWELL, Clerk
                                       United States District Court

_____       By:   _____
Date                                                      Deputy Clerk

## INSTRUCTIONS TO THE GARNISHEE

TO:  Splash Beverage Group, Inc.

Attached is a Writ of Garnishment requesting that you determine whether or not you have in your possession, custody or control any of the property of the Defendant or Dan Rudden-FV2, LLC or FV-2, LLC.  You are required by law to serve a written answer to this Writ within 10 days of your receipt of this Writ.  **You are further required to withhold and retain any property, including, but not limited to, all funds due to Dan Rudden-FV2, LLC pursuant to the promissory note between Splash Beverage Group, Inc., Grantor, and Dan Rudden-FV2, LLC, Grantee, for the paid down principal sum of Two Hundred Thousand Dollars ($200,000.00) plus monthly interest at the annual net rate of Eight percent (8%), with the original "Maturity Date" of March 17, 2015, and extended to August 14, 2020, in which the Defendant or Dan Rudden-FV2, LLC or FV-2, LLC**, has a substantial nonexempt interest.  A list of exemptions which are not subject to the Writ of Garnishment, entitled "Claim for Exemption Form," is attached to the Writ.

**IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT, THE COURT MAY MAKE YOU LIABLE FOR THAT AMOUNT OF THE DEFENDANT'S NONEXEMPT PROPERTY WHICH YOU FAILED TO WITHHOLD.  ADDITIONALLY, YOU MAY BE HELD LIABLE FOR A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES OF AMERICA IF THE UNITED STATES FILES A PETITION TO THE COURT REQUESTING AN EXPLANATION FOR YOUR FAILURE TO COMPLY WITH THIS WRIT.**

If you have any additional questions, please contact Sarah Leffler or Assistant United States Attorney William B. Gillespie at 303-454-0100, or by mail and send to: United States Attorney's Office, Attn: William B. Gillespie, Financial Litigation Unit, 1801 California Street, Suite 1600, Denver, CO 80202.