IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-00508-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Daniel B. Rudden,

    Defendant, and

Splash Beverage Group, Inc.,

    Garnishee.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN -6 2023

JEFFREY P. COLWELL
CLERK

---

ANSWER OF THE GARNISHEE

---

I, __Ron Wall__ (Name), the __CFO__ (Title) of

Garnishee Splash Beverage Group, Inc., state under penalty of perjury as follows:

GARNISHEE IS (choose one):

☐ An Individual doing business in the name of _____
☐ A partnership, ☐ LP, ☐ LLP, or ☐ LLC
☒ A corporation, organized under the laws of the State of __Nevada__.

On __Dec 30__, 2022, Garnishee was served with a Writ of Garnishment. At the time Garnishee was served with the Writ, Garnishee had in its possession or control the following property of the Defendant:

1. Does the garnishee have custody, control, or possession of any property now owed or to be paid in the future, in which the defendant or DAN RUDDEN-FV2, LLC OR FV-2, LLC has an interest?

☒ Yes or ☐ No
If yes, describe:

A note between Splash Beverage Group Inc and Dan Rudden for principal sum of $200,000 plus interest at annual rate of 8% (360 day year). The note was not extended beyond 8/14/2020 at which time principal and interest accrued is $302,666.67

2. If Garnishee denies holding property subject to garnishment check and complete the applicable line below:

☐ Garnishee has the following objections, defenses, or setoffs:

_____

_____

_____

☐ On the date the garnishee was served with the Writ, the garnishee was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property in which the defendant has an interest.

3. Garnishee mailed the original Answer to:

    Clerk, United States District Court
    901 19th Street, #A-105
    Denver, CO 80294-3589

2

and a copy of this Answer by first class mail to:

Office of United States Attorney
Attn: William B. Gillespie, Financial Litigation Unit
1801 California Street, Suite 1600
Denver, CO 80202

and to the Defendant:

Daniel B. Rudden, Reg. No. 44825-013
Leavenworth USP - SCP
P.O. Box 1000
Leavenworth, KS  66048

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this ___5___ day of ___January___, 2022. 2023

_____
(Signature)

___Ron Walc___
(Print Name)

___954 745 5815___
(Phone)

Subscribed and sworn to before me this __5__ day of __January__ 20_23_.

_____
Notary Public  (Seal)
My Commission expires: __11/7/26__

VARONDA BUTLER
Notary Public
State of Florida
Comm# HH329773
Expires 11/7/2026

3



# FedEx

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 06 2023

JEFFREY P. COLWELL
CLERK

Envelope

Align top of FedEx Express® shipping label here.