IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  18-cr-00508-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL B. RUDDEN,

    Defendant, and

SPLASH BEVERAGE GROUP, INC.,

    Garnishee.

---

MOTION FOR ENTRY OF GARNISHEE ORDER

---

    Plaintiff United States of America respectfully moves for entry of a Garnishee Order directed to Splash Beverage Group, Inc., Garnishee.  As grounds therefore, the United States advises as follows:

    1.    Upon application of the United States, the Clerk of the Court issued a Writ of Garnishment, directed to Garnishee on December 20, 2023.  [Doc. #101].

    2.    As set forth in the attached Declaration of Sarah Leffler, the Writ of Garnishment and the Application for Writ of Garnishment were personally served on Garnishee on December 30, 2022.  [Sarah Leffler Declaration, Ex. 1, ¶ 2]; [Doc. #103].

    3.    The Application for Writ of Garnishment, Writ of Garnishment, and Clerk's Notice of Post-Judgment Garnishment, were mailed to Defendant by first class mail on

January 3, 2022, at the last known address.  [Ex. 1, ¶ 3].  These documents notified Defendant of the right to request, within twenty days, a hearing to determine exempt property.  [*Id.*].

   4. Garnishee filed an answer on January 6, 2023, stating that it had in its possession or under its control personal property belonging to and due Defendant, and that it was indebted to Defendant in the form of a note.  [Doc. #102, 2].

   5. Defendant has not filed a request for a hearing, and has notified our office that no hearing on the garnishment is requested.  [Ex. 1, ¶ 4].

   WHEREFORE, pursuant to 28 U.S.C. § 3205(c)(7), the United States respectfully requests that the Court enter a Garnishee Order directing Garnishee to pay to the United States the funds belonging to Defendant.

              Respectfully submitted,

              COLE FINEGAN
              United States Attorney

Dated:  February 8, 2023

          By: s/William B. Gillespie
             ***William B. Gillespie***
             Assistant United States Attorney
             1801 California Street, Suite 1600
             Denver, CO 80202
             Telephone: 303-454-0100
             E-mail:  William.Gillespie@usdoj.gov
             Counsel for United States

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to CM/ECF participants.

In addition, I hereby certify that I have mailed the document to the following CM/ECF participants:

Garnishee address:

Splash Beverage Group, Inc.
Attn: Registered Agent Robert Nistico
1314 E. Las Olas Blvd, Suite 221
Fort Lauderdale, FL 33301


Defendant address:

Daniel B. Rudden, Reg. No. 44825-013
Leavenworth USP - SCP
P.O. Box 1000
Leavenworth, KS 66048

                                                   s/ Sarah Leffler
                                                   United States Attorney's Office