## DECLARATION OF SARAH LEFFLER

I, Sarah Leffler, declare:

1. I am employed at the U.S. Attorney's Office for the District of Colorado as a Legal Assistant. I have personal knowledge of the facts set forth below.

2. On December 30, 2022, a packet was personally served to the Garnishee, Splash Beverage Group, Inc., which included the Writ of Garnishment and the Application for Writ of Garnishment and instructions explaining the requirement that the Garnishee submit a written answer to the Writ of Garnishment within ten days in the case of *U.S. v. Daniel B. Rudden, Criminal Case No. 18-CR-00508-CMA*. [Proof of Service, ECF 103].

3. On January 3, 2023, the Application for Writ of Garnishment, Writ of Garnishment, and Clerk's Notice of Post Judgment Garnishment were mailed to the Defendant by first class mail at the defendant's last known address. These documents notified Defendant of the right to request, within twenty days, a hearing to determine exempt property.

4. The Defendant has not filed a request for a hearing and has notified our office that no hearing on the garnishment is requested.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and this declaration was executed at Denver, Colorado on February 8, 2023.

s/Sarah Leffler