**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No.  18-cr-00508-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DANIEL B. RUDDEN,

      Defendant, and

SPLASH BEVERAGE GROUP, INC.,

      Garnishee.

---

GARNISHEE ORDER

---

On motion of the United States, and good cause appearing, IT IS HEREBY

ORDERED that Garnishee, Splash Beverage Group, Inc. shall pay to the United States

all funds under its control and belonging to Defendant Daniel B. Rudden.

Payment Instructions: Checks shall be made payable to Clerk, U.S. District Court

and mailed to:

      Clerk of the Court
      901 19th Street, A-105
      Denver, CO 80294

Please include the following information on the check:

      Name of Defendant:   Daniel B. Rudden

      Court Number:  18-CR-00508

BY THE COURT:

Dated: _____

_____
UNITED STATES DISTRICT JUDGE