IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  18-cr-00508-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL B. RUDDEN,

    Defendant, and

SPLASH BEVERAGE GROUP, INC.,

    Garnishee.

## GARNISHEE ORDER

On motion of the United States (Doc. # 104), and good cause appearing, IT IS HEREBY

ORDERED that Garnishee, Splash Beverage Group, Inc. shall pay to the United States all funds under its control and belonging to Defendant Daniel B. Rudden.

Payment Instructions: Checks shall be made payable to Clerk, U.S. District Court and mailed to:

    Clerk of the Court
    901 19th Street, A-105
    Denver, CO 80294

Please include the following information on the check:

    Name of Defendant:  <u>Daniel B. Rudden</u>

    Court Number:  <u>18-CR-00508</u>

DATED:  February 9, 2023

                                      BY THE COURT:

                                      *[signature]*
                                      CHRISTINE M. ARGUELLO
                                      Senior United States District Judge